ORIGINAL

FILED
APR 16 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** | |
| **Plaintiff,** | 08-282 C |
| **v.** | **Civil Action No.** |
| **UNITED STATES,** | |
| **Defendant.** | |

## MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Rules of the Court of Federal Claims, Plaintiff Great Lakes Dredge & Dock Company LLC ("GLDD") moves the Court for entry of a Temporary Restraining Order enjoining the Defendant, the U.S. Army Corps of Engineers, and their agents, employees, officers and representatives, and those acting in concert with them, from receiving bids or awarding a contract under Solicitation Number W912EQ-08-B-0001 until further Order of this Court. A Memorandum in Support of this motion and Plaintiff's Motion for A Preliminary Injunction is filed herewith, and a proposed order is attached.

Respectfully submitted,

Daniel C. Sauls
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

Dated: April 16, 2008

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | ) | **Civil Action No. ________** |

## TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the entire record herein, and the law applicable thereto, it is this ____ day of ______________, 2008, ORDERED, that the Defendant, its officers, agents, and employees, and all other persons in active concert or participation with them, are restrained from receiving bids or awarding a contract under Solicitation Number W912EQ-08-B-0001 as of the date of this Order, and then until further Order of this Court.

______________________________
J.