ORIGINAL

FILED
APR 16 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

**GREAT LAKES DREDGE & DOCK COMPANY LLC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**Civil Action No.** 08-282 C

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff Great Lakes Dredge & Dock Company LLC moves the Court for entry of a preliminary injunction enjoining the Defendant, the U.S. Army Corps of Engineers, and their agents, employees, officers and representatives, and those acting in concert with or participating with any of them, from receiving bids or awarding a contract under Solicitation Number W912EQ-08-B-0001 pending a final determination of the merits of this action by this Court. A Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction is filed herewith, and a proposed order is attached.

Respectfully submitted,

Daniel C. Sauls
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8054
Facsimile: (202) 429-3902
dsauls@steptoe.com

**Attorney of Record for Great Lakes Dredge & Dock Company LLC**

Dated: April 16, 2008

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY LLC, Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. ________ |

**ORDER**

Upon consideration of Plaintiff's Motion For Preliminary Injunction, and Defendant's opposition thereto, it is this ______ day of _______________, 2008, hereby ORDERED that the Defendant, the U.S. Army Corps of Engineers, and their officers, agents, and employees, and all other persons in active concert or participation with them, are enjoined from receiving bids or awarding a contract under Solicitation Number W912EQ-08-B-0001 until a final hearing and a determination on the merits of this action are issued by this Court.

______________________________
J.