# In the United States Court of Federal Claims

No. 08-282C
Filed April 17, 2008

| | |
|---|---|
| ****************************************** | |
| | * |
| GREAT LAKES DREDGE & DOCK COMPANY LLC, | * * * |
| Plaintiff, | * * * |
| v. | * * |
| THE UNITED STATES, | * * |
| Defendant. | * * |
| ****************************************** | |

**SCHEDULING ORDER**

In accordance with April 17, 2008 telephone conference, the court orders the following schedule:

1. The Government will file the Administrative Record on or before April 25, 2008

2. The Parties will file Cross-Motions for Judgment on the Administrative Record on or before May 5, 2008.

3. The Parties will file Responses to the Cross-Motions for Judgment on the Administrative Record on or before May 12, 2008.

4. Oral argument will be held on May 16, 2008 at 10:00 a.m. EDT at the United States Court of Federal Claims.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**