IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-282 |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING

Pursuant to this Court's Scheduling Order of April 17, 2008, the United States hereby files the administrative record of the U.S. Army Corps of Engineers. Pages 637-638 have been redacted at plaintiff's request because the redacted information is not relevant to this bid protest.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-0315
Fax. (202) 514-8624

April 25, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2008, a copy of the Defendant's Notice of Filing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Robert C. Bigler
Robert C. Bigler

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-282 |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**INDEX TO THE ADMINISTRATIVE RECORD**


Cover Letter, dated April 23, 2008 . . . . . . . . . . 1

Purchase Request, dated November 26, 2007 . . . . . . . . . . 2

Source Selection Plan - Not Applicable, dated April 23, 2008 . . . . . . . . . . 3

Bid Abstract - Not Applicable, dated April 23, 2008 . . . . . . . . . . 4

Synopsis to FedBizOps, dated December 12, 2007 . . . . . . . . . . 5

SF 1442 Solicitation Offer and Award, dated January 17, 2008 . . . . . . . . . . 7

Bid Schedule, dated January 17, 2008 . . . . . . . . . . 9

Section 00100 Instructions to Bidders, dated January 17, 2008 . . . . . . . . . . 18

Section 00600 Representations and Certifications, dated January 17, 2008 . . . . . . . . . . 30

Section 00700 Contract Clauses, dated January 17, 2008 . . . . . . . . . . 36

Section 00800 Special Contract Requirements, dated January 17, 2008 . . . . . . . . . . 152

Section 00900 Wage Determination, dated January 17, 2008 . . . . . . . . . . 161

Section 01130 Environmental Protection, dated January 17, 2008 . . . . . . . . . . 170

Section 01440 Contractor Quality Control, dated January 17, 2008 . . . . . . . . . . . . . . . . . . . . . 175

Section 02482 Dredging, dated January 17, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 181

Solicitation Drawings North West Tennessee Harbor, dated January 17, 2008 . . . . . . . . . . . . 186

Amendment 0001, dated January 28, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 197

Amendment 0002, dated February 15, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 199

Amendment 0003, dated February 29, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 201

Amendment 0004, dated March 5, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 226

Amendment 0005, dated April 7, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 228

Amendment 0005 Drawings, dated April 7, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 285

Amendment 0006 Postpones Bid Closing Indefinitely, dated April 17, 2008 . . . . . . . . . . . . . 296

Documents from pre-bid or pre-proposal conferences - Not Applicable,
dated April 23, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 298

Questions/Clarifications, dated February 12, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299

Questions/Clarifications, dated February 19, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300

SF 1442 Solicitation Offer and Award with text box showing estimated cost,
dated April 23, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 301

Email from FedBizOps shows successful submission of synopsis,
dated December 12, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 302

Email with attached Spreadsheet for Dredge Sources, dated December 14, 2007 . . . . . . . . . 305

Excel Spreadsheet with Dredging Sources, dated December 14, 2007 . . . . . . . . . . . . . . . . . . . 306

Email from FedBizOps successful submission of release date on Sol.,
dated December 27, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 307

Email for meeting on Harbor Dredging contract FY08, dated January 8, 2008 . . . . . . . . . . . . 309

Email on Harbor Dredging Contract Size Specifications, dated January 10, 2008 . . . . . . . . . . 310

Email with bid packages from New Orleans, dated January 11, 2008 . . . . . . . . . . . . . . . . . . . 311

Email attachments 3 bid packages from New Orleans, dated January 11, 2008 . . . . . . . . . . . . 312

Email on Harbor Dredging Solicitation, dated January 15, 2008 . . . . . . . . . . . . . . . . . . . . . . . . 387

Email on Harbor Dredging Solicitation with attachments, dated January 15, 2008 . . . . . . . . . 388

Harbor Dredging Solicitation attached examples from MVN, dated January 15, 2008 . . . . . . 389

Harbor Dredging Solicitation has been issued, dated January 17, 2008 . . . . . . . . . . . . . . . . . . 416

Solicitation W912EQ-08-B-0001, dated January 17, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . 417

Email from FedBizOps with successful submission of solicitation, dated January 17, 2008 . . 596

Email from FedBizOps with changes to synopsis, dated January 17, 2008 . . . . . . . . . . . . . . . 598

Email with attached Amendment 0001, dated January 28, 2008 . . . . . . . . . . . . . . . . . . . . . . . . 600

Amendment 0001 attachment, dated January 28, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 601

Email regarding question from GLDD on non-effective hours, dated February 6, 2008 . . . . . 603

Email response to GLDD on non-effective hours, dated February 6, 2008 . . . . . . . . . . . . . . . 606

Email from GLDD on non-effective hours, dated February 6, 2008 . . . . . . . . . . . . . . . . . . . . . 608

Clarification Letter #1 regarding non-effective hours, dated February 6, 2008 . . . . . . . . . . . . 609

Email Great Lakes Response, dated February 13, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 610

Email Great Lakes Response, dated February 13, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 611

Response referencing Pre-Bid Letter No. 2 dated February 13, 2008 . . . . . . . . . . . . . . . . . . . . 612

Email to set meeting for Harbor dredging contract, dated February 14, 2008 . . . . . . . . . . . . . 613

GLDD pre-bid letter #3, dated February 14, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 614

Pre-bid letter # 3 attachment, dated February 14, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 615

Email with Pre-bid letter # 4, dated February 14, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 616

Pre-bid letter # 4 attachment, dated February 14, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 617

Email seeking responses to Pre-bid letter # 4, dated February 15, 2008 . . . . . . . . . . . . . . . . . 618

Pre-bid letter # 4 attachment, dated February 15, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 620

Email informing GLDD that Amendment 0002 has been issued, dated February 15, 2008 . . . 621

Email informing Weeks that Amendment 0002 has been issued, dated February 15, 2008 . . . 623

Email confirming response to Pre-bid letter # 4, dated February 15, 2008 . . . . . . . . . . . . . . . . 625

Topographic data drawing attachment for Pre-bid letter # 4, dated February 15, 2008 . . . . . . 627

Email regarding Harbor Dredging Contract completion, dated February 19, 2008 . . . . . . . . . 629

Response back form Chris Atkins, dated February 20, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . 631

Response to Chris Atkins, dated February 20, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 633

Email from GLDD on Pre-bid letter # 5, dated February 25, 2008 . . . . . . . . . . . . . . . . . . . . . . 635

Pre-Bid Letter # 5 attachment, dated February 25, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 636

Email with memo regarding revision of W912EQ-08-B-0001, dated February 25, 2008 . . . . 640

Memo regarding revision of IFB W912EQ-08-B-0001, dated February 25, 2008 . . . . . . . . . . 641

Email with revised tech specs, dated February 26, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 643

Technical Specs attachment, dated February 26, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 644

Email letting cost estimator and his response back on 0003 reestablishing the solicitation, dated March 3, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 662

Email with attached Weeks Marine agency protest, dated March 4, 2008 . . . . . . . . . . . . . . . . 663

Weeks Marine agency protest attachment, dated March 4, 2008 . . . . . . . . . . . . . . . . . . . . . . . 664

Email setting up a meeting to discuss Weeks agency protest, dated March 4, 2008 . . . . . . . . . 667

Weeks agency protest provided to Great Lakes, dated March 5, 2008 . . . . . . . . . . . . . . . . . . . 669

Copy of Weeks Protest, dated March 5, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 670

Cost Engineer responding to postponement of Sol., dated March 10, 2008 . . . . . . . . . . . . . . . 673

Email discussing mobilization time from 10 to 14 days, dated March 14, 2008 . . . . . . . . . . . . 674

Internal question regarding clarification 02 to clearing and grubbing, dated March 18, 2008 . 676

Venture production breakdown from Weeks Marine, dated March 26, 2008 . . . . . . . . . . . . . . 677

Venture production breakdown spreadsheet, dated March 26, 2008 . . . . . . . . . . . . . . . . . . . . . 678

Estimates for cubic yardage of materials, dated March 26, 2008 . . . . . . . . . . . . . . . . . . . . . . . 679

Email on Revised bid document, dated April 1, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 680

Revised bid document, dated April 1, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 681

Email on Vicksburg bid results, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 688

Bid results spreadsheet, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 689

Amendment 0005 Bid Schedule, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 695

Bid Schedule, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 696

Vicksburg Bid results, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 700

Bid results spreadsheet, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 701

Email for Revised specs for amendment 0005, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . 707

Revised specs for amendment 0005, dated April 2, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 708

Email on revised yardage for NWTH less 2 foot overdig, dated April 4, 2008 . . . . . . . . . . . . 750

Email on NWTH yardage, dated April 4, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 752

Email that suggest the 2 foot overdig does not need to be included in estimate, dated April 4, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 754

Email on Amendment 0005 for CO to review changes, dated April 7, 2008 . . . . . . . . . . . . . . 755

Draft Amendment 0005, dated April 7, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 756

Email to let Weeks Marine know of Amendment 0005 release, dated April 7, 2008 . . . . . . . . 813

Memorandum of Record regarding Weeks Production, dated April 7, 2008 . . . . . . . . . . . . . . 814

Records of the results of any bid opening or oral motion auction in which the protester, awardee, or other interested parties participated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 817

The protesters', awardees', or other interested parties' offers, proposals, or other responses to the solicitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 818

The agency's competitive range determination, including supporting documentatio . . . . . . . . 819

The agency's evaluations of the protester's, awardees', or other interested parties' offers, proposals, or other responses to the solicitation, including supporting documentation . . . . . . 820

Agency's source selection decision, including supporting documentation . . . . . . . . . . . . . . . . 821

Pre-award audits, if any, or surveys of the offerors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 822

Notifications of contract award and the executed contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . 823

Documents relating to any pre- or post-award debriefing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 824

Documents relating to any stay, suspension, or termination of award or performance pending resolution of the bid protest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 825

Justifications, approvals, determinations, and findings, if any, prepared for the procurement by the agency pursuant to statute or regulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 826

Weeks Marine, Inc. Dredging Protest, dated March 4, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . 827

Weeks Marine, Inc. Withdrawal of Dredging Protest, dated April 8, 2008 . . . . . . . . . . . . . . . 830

Pre-Solicitation Dredging Calculations W912EQ-06-B-0001 Memphis District . . . . . . . . . . . 831

Memphis District Solicitation Bid Schedule and Technical Specification DACW66-99-B-0006 Mississippi River Dredging, dated March 30, 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 838

Memphis District Solicitation Bid Schedule and Technical Specification DACW66-00-B-0017 Mississippi River Dredging, dated April 7, 2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 853

Memphis District Solicitation Bid Schedule and Technical Specification DACW66-01-B-0002 White River Dredging, dated February 9, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 865

Memphis District Solicitation Bid Schedule and Technical Specification DACW66-03-B-0004 White River Dredging, dated February 13, 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 880

Memphis District Solicitation Bid Schedule and Technical Specification W912EQ-08-B-0006 White River Dredging, dated April 4, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 898

CERTIFICATION OF CONTRACTING OFFICE ADMINISTRATIVE RECORD
FOR W912EQ-08-B-0001

Lease of One Cutterhead Hydraulic Pipeline Dredge, Fully Operated with Attendant Plant for Dredging of the Mississippi River, Existing Harbors, and New Construction of North West Tennessee Harbor in the Memphis District

I, Wendell N. Norman, Contracting Officer, hereby certify that to the best of my knowledge and after careful review the following documents constitute the record of administrative actions performed for the issuance of solicitation No. W912EQ-08-B-0001. The documents contained in the administrative record are the documents required to be maintained in accordance with the agency's procurement regulations FAR Subpart 4.803, as well as the documents identified in Appendix C to the Rules of the United States Court of Federal Claims. The records have been organized as they are maintained in this agency's files.

23-APR-08

Wendell N. Norman
Contracting Officer
USACE, Memphis District
CECT-MVM