
898
881
TONEYS TOWHEAD REVET
880
899
22
DISPOSAL AREA B
135 ACRES
DISPOSAL AREA A 59.7 ACRES
HARBOR FOOTPRINT
104 ACRES
EXISTING STONE DIKE
MISSOURI
NEW MADRID COUNTY
WINCHESTER TOWHEAD REVETMENT
MISSISSIPPI RIVER
900
901
902
DONALDSON POINT DIKES
BELOW ISLAND NO.9 DIKES
BELOW ISLAND NO. 9 DIKES
TENNESSEE
LAKE COUNTY
1T
2T
3T
US Army Corps of Engineers
Memphis District
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
SCALE : AS SHOWN
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
GENERAL MAP
RIVER MILE 900L
DRAWING
2 OF 11