
PEA RIDGE ROAD
HIGHWAY 22
899
DISPOSAL AREA B
OUTLET DITCH B
EXISTING STONE DIKE
900
MISSISSIPPI RIVER
PEA RIDGE ROAD
DISPOSAL AREA A
BOTTOM
225' BOTTOM WIDTH
130' BOTTOM WIDTH
US Army Corps of Engineers
Memphis District
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
SCALE: AS SHOWN
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
DREDGE CUT AND PIPE ROW
RIVER MILE 900L
DRAWING
3 OF 11

188