


| NAME | NORTHING | EASTING | NAME | NORTHING | EASTING |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |