

US Army Corps of Engineers Memphis District
130FT
3.5 H
1V
-400 -375 -350 -325 -300 -275 -250 -225 -200 -175 -150 -125 -100 -75 -50 -25 0 25 50 75 100 125 150 175 200 225 250 275 300
U.S. ARMY ENGINEER DISTRICT CORPS OF ENGINEERS MEMPHIS, TENNESSEE
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
CONSTRUCTION
CROSS SECTIONS
RIVER MILE 900L
DRAWING
5 OF 11



45+00
50+00
55+00
60+00
65+00
70+00
75+00
80+00
85+00
130FT
181FT
225FT
-400 -375 -350 -325 -300 -275 -250 -225 -200 -175 -150 -125 -100 -75 -50 -25 0 25 50 75 100 125 150 175 200 225 250 275 300
US Army Corps of Engineers Memphis District
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
SCALE : 1:50
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
CONSTRUCTION
CROSS SECTIONS
RIVER MILE 900L
DRAWING
6 OF 11




| BORING NAME | NORTHING | EASTING |
|---|---|---|
| 01-NWTH-06 | 13246163.25 | 908172.042 |
| 02-NWTH-00 | 13242756.46 | 911779.834 |
| 02-NWTH-06 | 13245410.31 | 909117.124 |
| 03-NWTH-06 | 13245019.95 | 909736.461 |
| 04-NWTH-06 | 13244326.25 | 910347.998 |
| 05-NWTH-06 | 13243680.17 | 910682.857 |
| 06-NWTH-06 | 13243213.99 | 911104.11 |
| 07-NWTH-06 | 13250635.03 | 905996.162 |
| 08-NWTH-06 | 13250109.89 | 906115.45 |
| 09-NWTH-06 | 13247387.97 | 907182.376 |
| 10-NWTH-06 | 13249279.61 | 904569.058 |
| 11-NWTH-06 | 13248195.54 | 905455.229 |

US Army Corps of Engineers
Memphis District

U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE

MISSISSIPPI RIVER — CHANNEL IMPROVEMENT

NORTHWEST TENNESSEE REGIONAL HARBOR
CONSTRUCTION
RIVER MILE 900L
BASELINE & SOIL BORING LOCATIONS

DRAWING
7 OF 11


ELEVATION IN NGVD.29 FEET
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
CONSTRUCTION
RIVER MILE 900L
SOIL BORINGS
DRAWING
8 OF 11
SCALE AS SHOWN
193


ELEVATION IN NGVD_29 FEET
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
CONSTRUCTION
RIVER MILE 900L
SOIL BORINGS
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
DRAWING
9 OF 11

# UNIFIED SOIL CLASSIFICATION

| MAJOR DIVISION | | TYPE | LETTER SYMBOL | SYMBOL | TYPICAL NAMES |
|---|---|---|---|---|---|
| COARSE GRAINED SOILS | GRAVEL | CLEAN GRAVEL | GW | | GRAVEL, Well Graded, gravel-sand mixtures, little or no fines |
| | | | GP | | GRAVEL, Poorly Graded, gravel-sand mixtures, little or no fines |
| | | GRAVEL WITH FINES | GM | | SILTY GRAVEL, gravel-sand-silt mixtures |
| | | | GC | | CLAYEY GRAVEL, gravel-sand-clay mixtures |
| | SAND | CLEAN SAND | SW | | SAND, Well Graded, gravelly sands |
| | | | SP | | SAND, Poorly Graded, gravelly sands |
| | | SAND WITH FINES | SM | | SILTY SAND, sand-silt mixtures |
| | | | SC | | CLAYEY SAND, sand-clay mixtures |
| FINE GRAINED SOILS | | SILTS AND CLAYS | ML | | SILT & very fine sand, silty or clayey fine sand or clayey silt with slight plasticity |
| | | | CL | | LEAN CLAY; Sandy Clay; Silty Clay; of low to medium plasticity |
| | | | OL | | ORGANIC SILTS, and organic silty clays of low plasticity |
| | | SILTS AND CLAYS | MH | | SILT, fine sandy or silty soil with high plasticity |
| | | | CH | | FAT CLAY, inorganic clay of high plasticity |
| | | | OH | | ORGANIC CLAYS of medium to high plasticity, organic silts |
| HIGHLY ORGANIC SOILS | | | Pt | | PEAT, and other highly organic soil |
| WOOD | | | Wd | | WOOD |
| MIXED SAMPLE | | | VM | | Variable mixed silts, clays and sands |
| NO SAMPLE | | | | | |

NOTE: Soils possessing characteristics of two groups are designated by combinations of group symbols.

# NOTES:

## FIGURES TO THE LEFT OF BORING UNDER COLUMN "W OR $D_{10}$"

[illegible]

## FIGURES TO THE LEFT OF BORING UNDER COLUMNS "LL" AND "PL"

Are liquid and plastic limits, respectively

## SYMBOLS TO THE LEFT OF BORING

Ground water surface and date observed

[illegible]

## FIGURES TO THE RIGHT OF BORING

[illegible]

## BORING TYPE

[illegible]

[illegible]

# DESCRIPTIVE SYMBOLS

## COLOR

| COLOR | SYMBOL |
|---|---|
| TAN | T |
| YELLOW | Y |
| RED | R |
| BLACK | Bk |
| GRAY | Gr |
| LIGHT GRAY | lGr |
| DARK GRAY | dGr |
| BROWN | Br |
| LIGHT BROWN | lBr |
| DARK BROWN | dBr |
| BROWNISH - GRAY | brGr |
| GRAYISH - BROWN | grBr |
| GREENISH - GRAY | gnGr |
| GRAYISH - GREEN | grGn |
| GREEN | Gn |
| BLUE | Bl |
| BLUE - GREEN | BlGn |
| WHITE | Wh |
| MOTTLED | Mot |

## CONSISTENCY FOR COHESIVE SOILS

| CONSISTENCY | COHESION IN LBS./SQ.FT. FROM UNCONFINED COMPRESSION TEST | SYMBOL |
|---|---|---|
| VERY SOFT | < 250 | vSo |
| SOFT | 250 - 500 | So |
| MEDIUM | 500 - 1000 | M |
| STIFF | 1000 - 2000 | St |
| VERY STIFF | 2000 - 4000 | vSt |
| HARD | > 4000 | H |




PLASTICITY CHART

For classification of fine - grained soils

## MODIFICATIONS

| MODIFICATION | SYMBOL |
|---|---|
| Traces | Tr |
| Fine | F |
| Medium | M |
| Coarse | C |
| Concretions | CC |
| Rootlets | rt |
| Lignite fragments | lg |
| Shale fragments | sh |
| Sandstone fragments | sds |
| Shell fragments | sl |
| Organic matter | O |
| Clay strata or lenses | CS |
| Silt strata or lenses | SS |
| Sand strata or lenses | SS |
| Sandy | S |
| Gravelly | G |
| Boulders | B |
| Slickensides | SL |
| Wood | Wd |
| Oxidized | Ox |
| Saturated | Sat |
| Lumps of Clay | Clp |

# GENERAL NOTES:

[illegible]

U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE

STANDARD DRAWING BL-1

STANDARD BORING LEGEND

DRAWING STD 10 OF 11

US Army Corps of Engineers Memphis District


STAGE IN FEET - GAGE ZERO 255.48 N.G.V.D.
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
STAGE HYDROGRAPHS
NEW MADRID, MO.
MILE 889
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
SCALE : AS SHOWN
DRAWING
11 OF 11
US Army Corps of Engineers
Memphis District