
881
880
898
899
900
901
902
TONEYS TOWHEAD REVET
MISSOURI
NEW MADRID COUNTY
DONALDSON POINT DIKES
WINCHESTER TOWHEAD REVETMENT
EXISTING STONE DIKE
MISSISSIPPI RIVER
FLOW
DISPOSAL AREA B
155 ACRES
DISPOSAL AREA A 59.7 ACRES
HARBOR FOOTPRINT 104 ACRES
BELOW ISLAND NO.9 DIKES
BELOW ISLAND NO.9 DIKES
22
22
TENNESSEE
LAKE COUNTY
US Army Corps of Engineers
Memphis District
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
SCALE : AS SHOWN
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
GENERAL MAP
RIVER MILE 900L
DRAWING
2 OF 11




DISCHARGE PIPE CENTERLINE ALIGNMENT POINTS

| NAME | NORTHING | EASTING |
|---|---|---|
| 503 | 13249556.73 | 906303.4478 |
| 504 | 13249302.56 | 905406.7606 |

DISCHARGE PIPE ROW POINTS

| NAME | NORTHING | EASTING |
|---|---|---|
| 500 | 13249581.99 | 906296.289 |
| 501 | 13249327.81 | 905399.6017 |
| 506 | 13249531.48 | 906310.6067 |
| 507 | 13249277.3 | 905413.9195 |

TEMPORARY EASEMNET OF DREDGE PIPE

| Name | Northing | Easting |
|---|---|---|
| 1 | 13244332.17 | 910077.822 |
| 2 | 13244312.75 | 909798.6476 |
| 3 | 13244306.14 | 909561.5339 |
| 4 | 13244303.24 | 909331.5905 |
| 5 | 13244310.81 | 909251.977 |
| 6 | 13244325.38 | 909168.1902 |
| 7 | 13244363.91 | 909076.7241 |
| 8 | 13244417.33 | 908995.978 |
| 9 | 13244869.85 | 908454.2706 |
| 10 | 13246802.33 | 906608.3365 |
| 11 | 13247200.28 | 906217.2755 |
| 12 | 13247250.6 | 906160.0077 |
| 13 | 13247359.5 | 906032.4565 |
| 14 | 13247404.62 | 905965.644 |
| 15 | 13247516.55 | 905774.7512 |

US Army Corps of Engineers
Memphis District

U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE

SCALE : AS SHOWN

MISSISSIPPI RIVER — CHANNEL IMPROVEMENT

NORTHWEST TENNESSEE REGIONAL HARBOR

DREDGE CUT AND PIPE ROW
RIVER MILE 900L

DRAWING
3 OF 11




| Point Name | Easting | Northing | Centerline Station |
|---|---|---|---|
| 86 | 13250159.65 | 906398.33 | 0+00 |
| 256 | 13249379.83 | 906594.93 | 8+04 |
| 95 | 13248826.06 | 906690.66 | 13+66 |
| 257 | 13248344.28 | 906924.05 | 19+02 |
| 258 | 13248038.67 | 907081.56 | 22+45 |
| 210 | 13247738.43 | 907222.44 | 25+77 |
| 259 | 13247549.1 | 907411.85 | 28+45 |
| 216 | 13247134.99 | 907634.78 | 33+15 |
| 222 | 13246853.12 | 907766.86 | 36+26 |
| 227 | 13246321.16 | 908090.11 | 42+49 |
| 232 | 13245980.69 | 908425.74 | 47+27 |
| 236 | 13245851.19 | 908589.04 | 49+35 |
| 238 | 13245709.44 | 908810.3 | 51+98 |
| 244 | 13245055.56 | 909314.19 | 60+24 |
| 245 | 13244863.7 | 909517.44 | 63+03 |
| 260 | 13244728.06 | 909776.82 | 65+96 |
| 261 | 13244360.15 | 910250.52 | 71+96 |
| 262 | 13243437.41 | 910741.15 | 82+41 |
| 263 | 13243236.43 | 910907.59 | 85+02 |
| 264 | 13242948.22 | 911259.79 | 89+57 |

US Army Corps of Engineers Memphis District

U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE

SCALE : AS SHOWN

Submitted by: DARIAN S. CHASTEEN, P.E., RIVER ENGINEERING TEAM LEADER
Approval Recommended: DAVID P. BERRETTA, P.E., CHIEF, HYDRAULICS & HYDROLOGY BRANCH
Date: NOVEMBER 2007
Plot date: 04-APR-2008

MISSISSIPPI RIVER — CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
DREDGE CUT CENTERLINE COORDINATES
RIVER MILE 900L

DRAWING
4 OF 11



PEA RIDGE ROAD
HIGHWAY 22
OUTLET DITCH B
DISPOSAL AREA B
DISPOSAL AREA A
EXISTING STONE DIKE
MISSISSIPPI RIVER
FLOW
899
900
BASE OPTION
OPTION 1
OPTION 2
SCALE: 1"= 500'
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
DREDGING OPTIONS
RIVER MILE 900L
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
SCALE : AS SHOWN
DRAWING
5 OF 11