
US Army Corps of Engineers
Memphis District
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
CONSTRUCTION
CROSS SECTIONS
RIVER MILE 900L
DRAWING
6 OF 11
0+00
5+00
10+00
15+00
20+00
25+00
30+00
35+00
40+00
45+00
50+00
55+00
60+00
65+00
70+00
75+00
80+00
85+00
89+57
130FT
201FT
225FT