
WINCHESTER TOWHEAD DIKES
EXISTING BELOW ISLAND NO.9 DIKES
MISSISSIPPI RIVER
FLOW
900
899
HARBOR FOOTPRINT
DISPOSAL AREA A
DISPOSAL AREA B
TENNESSEE
LAKE COUNTY
BORING NAME NORTHING EASTING
01-NWTH-06 13246163.25 908172.042
02-NWTH-00 13242756.46 911779.834
02-NWTH-06 13245410.31 909117.124
03-NWTH-06 13245019.95 909736.461
04-NWTH-06 13244326.25 910347.998
05-NWTH-06 13243680.17 910682.857
06-NWTH-06 13243213.99 911104.11
07-NWTH-06 13250635.03 905996.162
08-NWTH-06 13250109.89 906115.45
09-NWTH-06 13247387.97 907182.376
10-NWTH-06 13249279.61 904569.058
11-NWTH-06 13248195.54 905455.229
BENCHMARK DATA (PLEASE CONTACT MEMPHIS DISTRICT SURVEY SECTION FOR FULL DESCRIPTION)
T-7-55-94 (TYPE F) EASTING = 909756.012 NORTHING = 13242924.930 EL. = 301.138
R-7-50-94 (TYPE F) EASTING = 904708.758 NORTHING = 13252141.988 EL. = 298.499
T-7-60-94 (TYPE F) EASTING = 906169.203 NORTHING = 13246154.372 EL. = 297.992
T-7-56-94 (TYPE F) EASTING = 906506.586 NORTHING = 13247187.839 EL. = 296.78
DRAWING 7 OF 11