

US Army Corps of Engineers Memphis District
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
SOIL BORINGS
DRAWING
8 OF 11
ELEVATION IN NGVD-29 FEET
BOR. 06-NWTH-06
LAT: 36 26 54.10 N
LON: 89 28 49.20 W
SAMPLE METHODS - ROTARY WASH
02-Jun-06
BOR. 05-NWTH-06
LAT: 36 26 58.60 N
LON: 89 28 54.50 W
SAMPLE METHODS - ROTARY WASH
03-Jun-06
BOR. 04-NWTH-06
LAT: 36 27 04.90 N
LON: 89 28 58.80 W
SAMPLE METHODS - ROTARY WASH
03-Jun-06
BOR. 03-NWTH-06
LAT: 36 27 11.60 N
LON: 89 29 06.50 W
SAMPLE METHODS - ROTARY WASH
04-Jun-06
BOR. 02-NWTH-06
LAT: 36 27 15.30 N
LON: 89 29 14.20 W
SAMPLE METHODS - ROTARY WASH
04-Jun-06
BOR. 02-NWTH-00
LAT: 36 26 49.75 N
LON: 89 28 40.79 W
SAMPLE METHODS - AUG, STS, SSS
GROUND WATER EL. 274.2
23-May-00
BOR. 01-NWTH-06
LAT: 36 27 22.50 N
LON: 89 29 26.00 W
SAMPLE METHODS - ROTARY WASH
04-Jun-06