
MISSISSIPPI RIVER
CHANNEL IMPROVEMENT
NORTHWEST TENNESSEE REGIONAL HARBOR
SOIL BORINGS
DRAWING 9 OF 11
U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE
US Army Corps of Engineers Memphis District
ELEVATION IN NGVD_29 FEET
BOR. 11-NWTH-06
LAT: 36 27 41.89 N
LON: 89 29 59.88 W
SAMPLE METHODS - AUG. ST5. SSS
18-Apr-06
G.S.E. 298.6
BOR. 10-NWTH-06
LAT: 36 27 52.38 N
LON: 89 30 11.07 W
SAMPLE METHODS - AUG. ST5. SSS
18-Apr-06
G.S.E. 297.8
BOR. 09-NWTH-06
LAT: 36 27 34.35 N
LON: 89 29 38.50 W
SAMPLE METHODS - AUG. ST5. SSS
11-Apr-06
G.S.E. 295.7
BOR. 08-NWTH-06
LAT: 36 28 00.98 N
LON: 89 29 52.41 W
SAMPLE METHODS - AUG. ST5. SSS
05-Apr-06
G.S.E. 296.7
BOR. 07-NWTH-06
LAT: 36 28 06.17 N
LON: 89 29 54.03 W
SAMPLE METHODS - AUG. ST5. SSS
03-Apr-06
G.S.E. 295.1

## UNIFIED SOIL CLASSIFICATION

| MAJOR DIVISION | | TYPE | LETTER SYMBOL | SYMBOL | TYPICAL NAMES |
|---|---|---|---|---|---|
| COARSE GRAINED SOILS (More than half of material is larger than No. 200 sieve size) | GRAVEL (More than half of coarse fraction is larger than No. 4 sieve size) | CLEAN GRAVEL (Little or No Fines) | GW | | GRAVEL, Well Graded, gravel-sand mixtures, little or no fines |
| | | | GP | | GRAVEL, Poorly Graded, gravel-sand mixtures, little or no fines |
| | | GRAVEL WITH FINES (Appreciable Amount of Fines) | GM | | SILTY GRAVEL, gravel-sand-silt mixtures |
| | | | GC | | CLAYEY GRAVEL, gravel-sand-clay mixtures |
| | SAND (More than half of coarse fraction is smaller than No. 4 sieve size) | CLEAN SAND (Little or No Fines) | SW | | SAND, Well Graded, gravelly sands |
| | | | SP | | SAND, Poorly Graded, gravelly sands |
| | | SAND WITH FINES (Appreciable Amount of Fines) | SM | | SILTY SAND, sand-silt mixtures |
| | | | SC | | CLAYEY SAND, sand-clay mixtures |
| FINE GRAINED SOILS (More than half the material is smaller than No. 200 sieve size) | | SILTS AND CLAYS (Liquid Limit <50) | ML | | SILT & very fine sand, silty or clayey fine sand or clayey silt with slight plasticity |
| | | | CL | | LEAN CLAY; Sandy Clay; Silty Clay; of low to medium plasticity |
| | | | OL | | ORGANIC SILTS, and organic silty clays of low plasticity |
| | | SILTS AND CLAYS (Liquid Limit >50) | MH | | SILT, fine sandy or silty soil with high plasticity |
| | | | CH | | FAT CLAY, inorganic clay of high plasticity |
| | | | OH | | ORGANIC CLAYS of medium to high plasticity, organic silts |
| HIGHLY ORGANIC SOILS | | | Pt | | PEAT, and other highly organic soil |
| WOOD | | | Wd | | WOOD |
| MIXED SAMPLE | | | VM | | Variable mixed silts, clays and sands |
| NO SAMPLE | | | | | |

NOTE: Soils possessing characteristics of two groups are designated by combinations of group symbols.

## DESCRIPTIVE SYMBOLS

### COLOR

| COLOR | SYMBOL |
|---|---|
| TAN | T |
| YELLOW | Y |
| RED | R |
| BLACK | BK |
| GRAY | Gr |
| LIGHT GRAY | lGr |
| DARK GRAY | dGr |
| BROWN | Br |
| LIGHT BROWN | lBr |
| DARK BROWN | dBr |
| BROWNISH - GRAY | brGr |
| GRAYISH - BROWN | grBr |
| GREENISH - GRAY | gnGr |
| GRAYISH - GREEN | grGn |
| GREEN | Gn |
| BLUE | Bl |
| BLUE - GREEN | BlGn |
| WHITE | Wh |
| MOTTLED | Mot |

### CONSISTENCY FOR COHESIVE SOILS

| CONSISTENCY | COHESION IN LBS./SQ. FT. FROM UNCONFINED COMPRESSION TEST | SYMBOL |
|---|---|---|
| VERY SOFT | < 250 | vSo |
| SOFT | 250 - 500 | So |
| MEDIUM | 500 - 1000 | M |
| STIFF | 1000 - 2000 | St |
| VERY STIFF | 2000 - 4000 | vSt |
| HARD | > 4000 | H |




PLASTICITY CHART

For classification of fine - grained soils

### MODIFICATIONS

| MODIFICATION | SYMBOL |
|---|---|
| Traces | Tr - |
| Fine | F |
| Medium | M |
| Coarse | C |
| Concretions | cc |
| Rootlets | rt |
| Lignite fragments | lg |
| Shale fragments | sh |
| Sandstone fragments | sds |
| Shell fragments | slf |
| Organic matter | O |
| Clay strata or lenses | CS |
| Silt strata or lenses | SIS |
| Sand strata or lenses | SS |
| Sandy | S |
| Gravelly | G |
| Boulders | B |
| Slickensides | SL |
| Wood | Wd |
| Oxidized | Ox |
| Saturated | Sat |
| Lumps of Clay | Clp |

## NOTES:

### FIGURES TO THE LEFT OF BORING UNDER COLUMN "W OR $D_{10}$"

Are natural water contents in percent dry weight

When underlined denotes $D_{10}$ size in mm *

### FIGURES TO THE LEFT OF BORING UNDER COLUMNS "LL" AND "PL"

Are liquid and plastic limits, respectively

### SYMBOLS TO THE LEFT OF BORING

| Symbol | Description |
|---|---|
| ▽ | Ground water surface and date observed |
| (C) | Denotes location of consolidation test * * |
| (S) | Denotes location of consolidation - drained direct shear test * * |
| (R) | Denotes location of consolidation - undrained triaxial compression test * * |
| (Q) | Denotes location of unconsolidated - undrained triaxial compression test * * |
| (T) | Denotes location of sample subjected to consolidation test and each of the above three types of shear tests * * |
| FW | Denotes free water encountered in boring or sample |
| o— | Denotes channel grade |

### FIGURES TO THE RIGHT OF BORING

Are values of cohesion in lbs/sq. ft. from unconfined compression tests

In parentheses are driving resistances in blows per foot determined with a standard split spoon sampler ( $1\frac{3}{8}$" I.D. 2" O.D. ) and a 140 lb. driving hammer with a 30" drop

Where underlined with a solid line denotes laboratory permeability in centimeters per second of undisturbed sample

Where underlined with a dashed line denotes laboratory permeability in centimeters per second of sample remoulded to the estimated natural void ratio

### BORING TYPE

SS - Split Spoon Sampler
AUG - Auger
TUBE - 3" or 5" Thin Wall Tube

* The $D_{10}$ size of a soil is the grain diameter in millimeters of which 10% of the soil is finer, and 90% coarser than size $D_{10}$.

* * Results of these tests are available for inspection in the U.S. Army Engineer District Office if these symbols appear beside the boring logs on the drawings.

## GENERAL NOTES:

While the borings are representative of subsurface conditions at their respective locations and for their respective vertical reaches, local variations characteristic of subsurface materials of the region are anticipated and, if encountered, such variations will not be considered as differing materially within the purview of the contract clause entitled, "Differing Site Conditions".

Ground water elevations shown on the borings logs represent ground water surfaces encountered in such borings on the dates shown. Absence of water surface data on certain borings indicates that no ground water data are available from the boring but does not necessarily mean that ground water will not be encountered at the locations or within the vertical reaches of such borings.

Consistency of cohesive soils shown on the boring logs is based on driller's log and visual examination and is approximate, except within those vertical reaches of the borings where shear strengths from unconfined compression tests are shown.

US Army Corps of Engineers
Memphis District

U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE

STANDARD DRAWING BL-1

STANDARD BORING LEGEND

DRAWING
STD
10 OF 11




THIS PROJECT WAS DESIGNED BY THE MEMPHIS DISTRICT OF THE U.S. ARMY CORPS OF ENGINEERS. THE INITIALS OR SIGNATURES AND PROFESSIONAL DESIGNATIONS OF INDIVIDUALS APPEAR ON THESE PROJECT DOCUMENTS WITHIN THE SCOPE OF THEIR EMPLOYMENT AS REQUIRED BY ER1110-1-8152.

US Army Corps of Engineers
Memphis District

Designed by: DAS | Drawn by: HJP | Plotted by: $PLOTTEDBY$$$$ | Plot scale: $SCALE$$$$ | Pen table: $PENTABLE$$$$
Checked by: DSC | Checked by: DSC | Feature table: $FEATURETABLE$$$$ | Color table: $COLORTABLE$$$$ | Plot date: $DATE$$$$

Submitted by: DARIAN S. CHASTEEN, P.E., RIVER ENGINEERING TEAM LEADER

Approval Recommended: HUBERT LOGAN, P.E., CHIEF, CIVIL DESIGN BRANCH

Design file name:
Invitation No.:
Date: NOVEMBER 2007
Project ID:
Raster file name:
Serial No.:

U.S. ARMY ENGINEER DISTRICT
CORPS OF ENGINEERS
MEMPHIS, TENNESSEE

SCALE : AS SHOWN

MISSISSIPPI RIVER

CHANNEL IMPROVEMENT

# STAGE HYDROGRAPHS
## NEW MADRID, MO.
## MILE 889

DRAWING 11 OF 11