# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 of 2 |
| 2. AMENDMENT/MODIFICATION NO. | 0006 |
| 3. EFFECTIVE DATE | 17-Apr-2008 |
| 4. REQUISITION/PURCHASE REQ. NO. | W38XGR73303790 |
| 5. PROJECT NO.(If applicable) | |
| 6. ISSUED BY CODE W912EQ | US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 |
| 7. ADMINISTERED BY (If other than item 6) CODE | See Item 6 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | |
| CODE | FACILITY CODE |
| X 9A. AMENDMENT OF SOLICITATION NO. | W912EQ-08-B-0001 |
| X 9B. DATED (SEE ITEM 11) | 17-Jan-2008 |
| 10A. MOD. OF CONTRACT/ORDER NO. | |
| 10B. DATED (SEE ITEM 13) | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This solicitation W912EQ-08-B-0001 is for Lease of One Cutterhead Hydraulic Pipeline Dredge, fully operated w ith attendant plant for Dredging of the Mississippi River, existing harbors and new construction of North West Tennessee Harbor in the Memphis District scheduled to open 18 April 2008 at 2:00 p.m., is amended as follow s:

The bid opening for Solicitation No. W912EQ-08-B-0001 is postponed indefinitely.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TEL: EMAIL: |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) |
| 15C. DATE SIGNED | 16C. DATE SIGNED 17-Apr-2008 |

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

The following have been added by full text:

This solicitation W912EQ-08-B-0001 is for Lease of One Cutterhead Hydraulic Pipeline Dredge, fully operated with attendant plant for Dredging of the Mississippi River, existing harbors and new construction of North West Tennessee Harbor in the Memphis District scheduled to open 18 April 2008 at 2:00 p.m., is amended as follows:

The bid opening for Solicitation No. W912EQ-08-B-0001 is postponed indefinitely.

(End of Summary of Changes)

**(f) Documents and information provided to bidders during pre-bid or pre-proposal conference. Not applicable, no pre-bid or pre-proposal conferences have been held.**

**QUESTION/CLARIFICATION**

**SOLICITATION: W912EQ-08-B-0001**

**Closing Date: 20 February 2008 at 2:00 PM**

**The closing date and time remains the same.**

Subject: Lease of one Cutterhead Hydraulic Pipeline Dredge, fully operated with attendant plant for Dredging of the Mississippi River, existing harbors and new construction of North West Tennessee Harbor in the Memphis District.

An interested party to this solicitation has made reference to the following;

**Please reference Section 00800, Special Contract Requirements, SP.18.d**

d. All cumulative non-effective hours will be reduced by 30 percent and the reduced cumulative hours paid for at the applicable contract unit price per hour.

The previous years solicitation had a 20 percent reduction.

This confirms the Governments intent: The 20% to 30% decrease is correct. After reviewing other District's Hourly contracts, this change was made to help reduce cost of non-effective dredging time.

**QUESTION/CLARIFICATION02**

**SOLICITATION: W912EQ-08-B-0001**

**Closing Date: 20 February 2008 at 2:00 PM**

***The closing date and time has been postponed indefinitely by Amendment 0002 as of 15 February 2008, an amendment will be issued at a later date for a new bid opening date.***

Subject: Lease of one Cutterhead Hydraulic Pipeline Dredge, fully operated with attendant plant for Dredging of the Mississippi River, existing harbors and new construction of North West Tennessee Harbor in the Memphis District.

An interested party to this solicitation has made reference to the following;

1. Has the clearing and grubbing of the Northwest Tennessee Harbor dredging footprint been performed? If not, when will the clearing and grubbing be performed?

*No clearing has been done in the harbor footprint. Water stages have not been conducive for this work.*

2. Please provide topographic survey information for the Northwest Tennessee Harbor dredged material Disposal Areas A and B, including as-built dike information.

*Two pdf sheets with the topo data will be uploaded to AFSI.*

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912EQ-08-B-0001 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 17-Jan-2008 | PAGE OF PAGES 1 OF 179 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. W38XGR73303790 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY CODE W912EQ | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 | **See Item** |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME CARLOS E CLAYTON | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* 901-544-3119 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Dredging of the Mississippi River, Harbors and new construction of Northwest Tenn. Harbor. The dredge will be used to maintain various harbors at any points on the Mississippi River between Cape Girardeau, MO(Mile 48 UMR), and Greenville, MS (Mile 537AHP), which includes Hickman, KY; New Madrid, MO; Caruthersville, MO; Osceola, AR; Memphis, TN; and Helena, AR. The dredge will also be used for new construction dredging of the NorthWest TN Harbor LMR. Mile 899.0. The dredge shall not be less than 27-inch I.D. discharge and have a manufacturer's horsepower rating for continuous operation of not less than 3,900 brake horsepower. Dredges larger than 30-inch will be considered,but the estimated output will be based on the quanity shown for a 29 inch dredge. The Dredge shall be able to maintain a minimum production rate of 1145 cubic yards per hour at all times during the performance of this contract. The estimated cost range of the work is between $5 and $10 million. This will be an unrestricted procurement with HubZone Price Evaluation Preference(See Section 0700, FAR Clause 52.219-4). Any award issued from this solicitation is pursuant to the small Business Competitiveness Program.

11. The Contractor shall begin performance within 21 calendar days and complete it within 275 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* 52.211-10 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 5 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 20 Feb 2008 *(date).* If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**From:** emailer@fbo.gov
**To:** Clayton, Carlos E MVM;
**CC:**
**Subject:** Reply from EPS: EPS SUBMISSION SUCCESSFUL.
**Date:** Wednesday, December 12, 2007 7:16:41 AM
**Attachments:**

---

========== original mail ===========
<PRESOL>
<DATE>1212
<YEAR>07
<CBAC>*******
<PASSWORD>*******
<ZIP>38103
<CLASSCOD>Z
<NAICS>237990
<OFFADD>US Army Corps of Engineers, Memphis District, 167 North Main Street, Rm B202, Memphis, TN 38103-1894
<SUBJECT>Z--Lease of one Cutterhead Hydraulic Pipeline Dredge, fully operated with attendant plant for Dredging of the Mississippi River, existing harbors and new construction of North West Tennessee Harbor in the Memphis District.
<SOLNBR>W912EQ-08-B-0001
<RESPDATE>012808
<ARCHDATE>03282008
<CONTACT>Carlos Clayton, 901-544-3119

<DESC>The dredge will be used to maintain various harbors at any point on the Mississippi River between Cape Girardeau, Missouri (Mile 48 UMR), and Greenville, Mississippi (Mile 537 AHP), which includes Hickman, Kentucky; New Madrid, Missouri; Caruthersvil
le, Missouri; Osceola, Arkansas; Memphis, Tennessee; and Helena, Arkansas. The dredge will also be used for new construction dredging of the North West Tennessee Harbor LMR. Mile 899.0. The dredge shall be not less than 27-inch I.D. discharge and have a

=?ISO646-US?Q?manufacturer=19s_horsepower_rating?=
=?ISO646-US?Q?_for_continuous_operation_of_not?=
=?ISO646-US?Q?_less_than_3,900_brake_horsepowe?=
=?ISO646-US?Q?r._Dredges_no_larger_than_30-inc?=
=?ISO646-US?Q?h_will_be_considered,_the_estima?=
=?ISO646-US?Q?ted_output_will_be_based_on_the_?=
=?ISO646-US?Q?quantity_shown_for_a_30_inch_dre?=
=?ISO646-US?Q?dge.__The_estimated_cost_range_o?=
f the work is between $5,000,000 and $10,000,000. This will be an unrestricted procurement with Price Evaluation for HubZone small business concerns. For the purpose of this procurement to qualify as a small business concern, in addition to being independ
ently owned and operated and not dominate in the field of operation in which it is bidding on Government contracts, the concern must have had average annual sales receipts for the preceding three fiscal years not exceeding $18,500,000 dollars. Also, to be considered small for the purposes of Government procurement, a firm must perform at least 40 percent of the volume dredged with its own equipment or equipment owned by another small dredging concern. The supplies or services being procured in this solicita tion are classified under NAICS 237900. This solicitation will be issued on or about 28 December 2007 and bid opening will be on or about 28 January 2008. When the solicitation package is available, you may download it from the Army Single Face to Industry
(ASFI) Acquisition Business Web Site at https://acquisition.army.mil/asfi/. Offerors must be registered with the Central Contractor Registration (CCR), including the NAICS code they are bidding under, in order to receive a Government contract award. To re gister, the CCR Internet address is: http://www.ccr.gov. For additional information regarding this solicitation please contact Carl Clayton at (901) 544-3119 or email at carlos.e.clayton@usace.army.mil. <BR><BR>

<LINK>
<URL>
<DESC>
<EMAIL>
<ADDRESS>carlos.e.clayton@usace.army.mil
<DESC>US Army Corps of Engineers, Memphis District
<SETASIDE>N/A
<POPADDRESS>US Army Corps of Engineers, Memphis District 167 North Main Street, Rm B202, Memphis TN

<POPZIP>38103-1894
<POPCOUNTRY>US
<SOURCE>ftpArmy
</PRESOL>

========== end of original mail ===========

**From:** Norman, Wendell N MVM
**To:** Clayton, Carlos E MVM;
**CC:**
**Subject:** Dredging Sources
**Date:** Friday, December 14, 2007 12:12:01 PM
**Attachments:** dredging.xls

---

Also, Dredging Contractors of America have a website.

dredging.xls attachment to email from Norman dated Dec 14 07 12:12:01 PM

| Company Name | POC | Phone # | Vessel | Capacity | | |
|---|---|---|---|---|---|---|
| Weeks Marine | Michael Mayeux | 504-594-8151 | Venture | 27" | | |
| | Stephen Chatry | 504-461-9200 | Borinquen | 27" | | |
| | | 985-875-2500 | Tom James | 30" | | |
| Mike Hooks, Inc. | Mike Halp | 337-436-6693 | | | | |
| | | 337-436-5951 | | | | |
| Great Lakes | Bradley Hansen | 630-574-3000 | Pontchartrain | 27" | | |
| | | | America | | | |
| Inland Dredging Co. | Jim Mohead | 731-285-1995 | | | | |
| Carter Const. Inc. | Carlos Izzery | 501-776-3811 | Little Rock | 20" | | |
| | Clay Woodall | | Tulsa | 24" | | |
| Pentzien, Inc. | James Zeman | 402-397-7800 | | 20" | | |
| | | | | 20" | | |
| Central Gulf Contractors | | 504-626-4530 | | 20" | | |
| Pine Bluff Sand & Gravel | Scott McGeorge | 870-534-7120 | Wallace McGeorge | Dustpan | | |
| | Mark Lemoine | 318-448-0536 | Butcher | 24" | | |
| | | 225-922-7861 | | | | |
| Luhr Bros. | Bill Gardner | 618-281-4106 | | 24" | | |

**From:** emailer@fbo.gov

**To:** Clayton, Carlos E MVM;

**CC:**

**Subject:** Reply from EPS: EPS SUBMISSION SUCCESSFUL.

**Date:** Thursday, December 27, 2007 10:16:42 AM

**Attachments:**

---

========== original mail ===========
<MOD>
<DATE>1227
<YEAR>07
<CBAC>*******
<PASSWORD>*******
<ZIP>38103
<CLASSCOD>Z
<NAICS>237990
<OFFADD>US Army Corps of Engineers, Memphis District, 167 North Main Street, Rm B202, Memphis, TN 38103-1894
<SUBJECT>Z--Lease of one Cutterhead Hydraulic Pipeline Dredge, fully operated with attendant plant for Dredging of the Mississippi River, existing harbors and new construction of North West Tennessee Harbor in the Memphis District.
<SOLNBR>W912EQ-08-B-0001
<RESPDATE>022808
<ARCHDATE>04282008
<CONTACT>Carlos Clayton, 901-544-3119

<DESC>This notice changes the solicitation release date to on or about 01/28/2008 and a response date to on or about 02/28/2008.

<LINK>
<URL>

<DESC>
<EMAIL>
<ADDRESS>carlos.e.clayton@usace.army.mil
<DESC>US Army Corps of Engineers, Memphis District
<SETASIDE>N/A
<POPADDRESS>US Army Corps of Engineers, Memphis District 167 North Main Street, Rm B202, Memphis TN
<POPZIP>38103-1894
<POPCOUNTRY>US
<SOURCE>ftpArmy
</MOD>

========== end of original mail ===========

**From:** Norman, Wendell N MVM
**To:** Clayton, Carlos E MVM;
**CC:**
**Subject:** FW: Harbor Dredging Contract for FY 2008
**Date:** Tuesday, January 08, 2008 7:31:54 AM
**Attachments:**

---

-----Original Message-----
From: Bright, Kenneth M MVM
Sent: Tuesday, January 08, 2008 6:22 AM
To: Todd, Jean F MVM; Norman, Wendell N MVM; Sullivan, Richard S MVM; Channell, Stephen W MVM; Atkins, Christopher L MVM; Donlon, William E MVM
Cc: Bodron, James A MVM; Funderburk, Rodger M MVM
Subject: Harbor Dredging Contract for FY 2008

Your attendance is requested at a meeting on Thursday, 10 Jan 08, @ 0730 hrs in Jean's office to discuss subject contract.

Thanks,

Ken Bright
Chief, Project Operations Branch
Memphis Disrict,  USACE

kenneth.m.bright@usace.army.mil
Phone:  901-544-4016

**From:** Atkins, Christopher L MVM

**To:** Norman, Wendell N MVM;

**CC:** Channell, Stephen W MVM; Sullivan, Richard S MVM; Bright, Kenneth M MVM; Funderburk, Rodger M MVM; Clayton, Carlos E MVM;

**Subject:** Harbor Dredging Contract Specifications

**Date:** Thursday, January 10, 2008 3:26:57 PM

**Attachments:**

---

Wendell,

I was kicking the idea around that perhaps we could avoid the protest issue by allowing any size dredge bid on the job, but have firm time requirements in the contract (or average production "X" per day for "Y" number of days) such that we would get either one large dredge or 2 smaller dredges. While we'd prefer one large dredge to do the work, this would avoid a protest and ensure that even if someone had a smaller dredge (or multiple dredges), they'd have to be able to compete with the efficiency of the larger dredge. Bottom line - the best price that can accomplish our mission within the limited timeframe is our main concern. If a large dredge comes in and blows everyone else out of the water in the bidding - all the better. Any thoughts on this?

I think we have a good set of specifications, but if the prospect of a protest is legitimate, we probably don't want to take the chance of having that set us back, especially since schedule time will be critical.

Regards,

Chris Atkins, P.E.

Operations PM

| | |
|---|---|
| **From:** | Norman, Wendell N MVM |
| **To:** | Clayton, Carlos E MVM; |
| **CC:** | |
| **Subject:** | FW: MVN Dredging |
| **Date:** | Friday, January 11, 2008 10:37:01 AM |
| **Attachments:** | bidpkg_08b0022.pdf<br>bidpkg08b0023.pdf<br>bidpkg08b0024.pdf |

---

bidpkg_08b0022.pdf attachment to email from Norman dated Jan11 08 10:37:01AM

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division
Projects East Branch

**ATTENTION BIDDERS**

In preparing your bid -----

1. Have you signed the bid? Are all blank spaces filled in?

2. If signing on behalf of your company and not an offer thereof, have you attached evidence of your authority to sign the bid?

3. Have you acknowledged receipt of all amendments?

4. Have you checked your bid for possible errors? Arithmetically?

5. Have you furnished all information required by the invitation for bids or the specifications?

6. Are you submitting your bid on time? If mailed, will it reach the place of bid opening at the designated hour?

7. If required by the invitation, have you submitted a bid bond? Is it signed? Is it in the proper amount?

8. Have you identified on the face of the envelope containing your bid, the invitation number to which it pertains, and the date and hour of opening?

**LMN FL 1078-1**
**AUGUST 90 (previous editions are obsolete) Proponent: CEMVN-CT-E**

bidpkg_08b0022.pdf attachment to email from Norman dated Jan11 08 10:37:01AM

| **BID BOND**<br>(See instructons on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) | FORM APPROVED OMB NO.<br>**9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS). Office of Federal Acquisition Policy, GSA, Washington, D. C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one)<br>☐ INDIVIDUAL ☐ PARTNERSHIP<br>☐ JOINT VENTURE ☐ CORPORATION |
|---|---|
| | STATE OF INCORPORATION |

SURETY(IES) (Name and business address)

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| | | | | | FOR (Construction, Supplies or Services) | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

**CORPORATE SURETY(IES) (Continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g. an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed ___________ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury`s list of approved sureties and must act within the limitations listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substaining information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdicton requiring adhesive seals.

6. Type the name and the title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

**SOLICITATION, OFFER AND AWARD**
***(Construction, Alteration, or Repair)***

1. SOLICITATION NO. W912P8-08-B-0022

2. TYPE OF SOLICITATION
[X] SEALED BID *(IFB)*
[ ] NEGOTIATED *(RFP)*

3. DATE ISSUED 30 NOV 2007

PAGE OF PAGES

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

4. CONTRACT NO.

5. REQUISITION/PURCHASE REQUEST NO.

6. PROJECT NO. OM-08-065

7. ISSUED BY CODE W912P8
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
POST OFFICE BOX 60267
NEW ORLEANS, LA 70160-0267

8. ADDRESS OFFER TO
OFFER 1

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
ATTN: CEMVN-CT
PO BOX 60267
NEW ORLEANS, LA 70160-0267

9. FOR INFORMATION CALL:
A. NAME JANE B. KULICK
B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* (504)862-2890

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*
ATCHAFALAYA BASIN, GULF INTRACOASTAL WATERWAY (GIWW) AND MISCELLANEOUS PROJECTS, CUTTERHEAD DREDGE RENTAL NO. 1-2008

The "Description and Magnitude of Work" is as follows:
The work consists of furnishing one fully crewed and equipped hydraulic pipeline cutterhead dredge on a rental basis for the removal and satisfactory disposal of shoal material within any combination of the following Dredging Regions: Atchafalaya River in the vicinity of Berwick Bay Harbor, Berwick Lock Forebay, Tidewater Point 20 Grand Point, GIWW vicinity of Mile 99, Wax Lake Outlet, Port Allen Lock Forebay, Three Rivers, Baton Rouge Harbor (Devil's Swamp), and Old River Lock Forebay. Work may be required in other areas of the New Orleans District.

*See Section 00010, Para (3)(b).
**Bid Opeing Date To Be Established by Amendment.

11. The Contractor shall begin performance within 5 calendar days and complete it within * calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See __________ .)*

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS?
*(If "YES," indicate within how many calendar days after award in Item 12B.)*
[X] YES [ ] NO

12B. CALENDAR DAYS 3 DAYS

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 11 a.m. *(hour)* local time ** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror`s name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing other than 30 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

bidpkg_08b0022.pdf attachment to email from Norman dated Jan11 08 10:37:01AM

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

CAGE CODE: DUNS NO:

CODE FACILITY CODE

15. TELEPHONE NO. *(Include area code)*

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ______________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE

LAFAYETTE AREA ENGINEER
U.S. ARMY CORPS OF ENGINEERS
646 CAJUNDOME BLVD., SUITE 301
LAFAYETTE, LA 70506

27. PAYMENT WILL BE MADE BY

USACE, FIANCE CENTER
ATTN: CEFC-AD
5722 INTEGRITY DRIVE
MILLINGTON, TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ____________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

**STANDARD FORM 1442 BACK** (REV. 4-85)

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 1-2008

## Solicitation No. W912P8-08-B-0022

### LOT ONE, 20 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 20-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1551 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 512 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT ONE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

## SECTION 00010 – BIDDING SCHEDULE

### Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 1-2008

### Solicitation No. W912P8-08-B-0022

### LOT TWO, 24 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1076 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 355 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT TWO BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

## SECTION 00010 – BIDDING SCHEDULE

### Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 1-2008

### Solicitation No. W912P8-08-B-0022

**LOT THREE, 24 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 861 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 284 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT THREE BID | |

*SEE BID FORM NOTES FOLLOWING LAST BID LOT

## SECTION 00010 – BIDDING SCHEDULE

### Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 1-2008

### Solicitation No. W912P8-08-B-0022

**LOT FOUR, 27 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 27-inch ID pump discharge, attendant plant and discharge pipeline as specified | 850 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 281 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FOUR BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 1-2008

## Solicitation No. W912P8-08-B-0022

### LOT FIVE, 30 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, attendant plant and discharge pipeline as specified | 689 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 227 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FIVE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

## SECTION 00010 – BIDDING SCHEDULE

### Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 1-2008

### Solicitation No. W912P8-08-B-0022

**LOT SIX, 30 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 519 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 171 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT SIX BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg_08b0022.pdf attachment to email from Norman dated Jan11 08 10:37:01AM

**Bid Form Notes:**

1. Bidders shall bid on all items including optional items (see "*Evaluation of Options*" FAR 52.217-5). Failure to bid on all items will result in a non-responsive bid.

2. Bidders shall use the Item No. 0003 unit price to compute Item No. 0004 total price.

3. Any bid may be rejected if the Contracting Officer or his/her authorized representative determines in writing that it is unreasonable as to price. Unreasonableness of price includes not only the total price of the bid, but the prices for individual line items as well. Any bid may be rejected if the prices for any line items or subline items are materially unbalanced (see "*Proposal Analysis Techniques*" FAR 15.404-1(g)(3)).

4. THE NOTICE TO PROCEED (NTP): The successful bidder is advised that performance and payment bonds shall be submitted in accordance with the time frame in block 12B of SF 1442 after Notice of Award. The NTP will be issued after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contractor shall initiate a meeting to discuss the submittal process with the Area or Resident Engineer or his authorized representative. Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract have been conducted.

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

**ADDITIONAL BID FORM NOTES:**

**1. BIDDING.**

a. The bidder shall select only one bid lot, determined by the class of dredge intended to be used. Bids which are submitted on an inappropriate bid lot will be declared non-responsive.

b. Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items but does furnish an extended total or an estimated amount for such items, the Government will deem the unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY REQUIRED ITEM, THE BID WILL BE DECLARED NON-RESPONSIVE.

**2. EVALUATION OF BIDS.**

a. To provide fair competition between dredges of dissimilar sizes and production rates the hourly dredging quantities have been determined based on the estimated quantity of shoal material to be removed and the nominal production rates of the dredges in each bid lot. The production rates shown in the chart entitled “Minimum Production Rates” located in the Dredging Regions section(s) were used to make this determination.

b. The nominal dredge production rates listed in this solicitation were conservatively estimated based on lower-bound material face availability of this solicitation's dredging regions, which have variable and dynamic shoaling conditions. It is the bidder's responsibility to make it’s own assessment of the actual dredging conditions in order to prepare a bid for this work.

c. Award will be to that responsible bidder presenting the lowest priced responsive bid in response to this solicitation, regardless of the Bid Lot used.

d. The hourly quantities shown on the bid lots (Bid Items, “Dredging”, and “Option: Dredging”) are 100% pay time hours. The actual term of the dredge rental may vary as a result of fractional pay time. Refer to paragraph 02327-1.2.4 entitled "Dredging and Option Dredging Items", for additional information.

**3. CONDITIONS OF CONTRACT AWARD.**

a. Award will be made as a whole to one bidder. The dredge and attendant plant offered in the bidding schedule shall be complete with full operating personnel and in operating status for the contract period. EM 385-1-1, Section 19 “Floating Plant and Marine Activities” shall be complied with at all times. All work under these

specifications shall be performed in accordance with the provisions of EM 385-1-1 "Army Corps of Engineers Safety and Health Requirements Manual", dated 3 Nov 2003.

b. The number of hours of rental time stated in the bidding schedule is an estimated quantity. The dredge and attendant plant will be retained for an approximate number of days shown in the table below starting from 120 hrs after receipt of Government Notice to Proceed by the Contractor.

| APPROXIMATE CUTTERHEAD DREDGE CONTRACT DURATION (BASE PLUS OPTION) | | | |
|---|---|---|---|
| **BID LOT** | **DISCHARGE LINE ID (INCHES)** | **SUBMERGED PUMP** | **APPROXIMATE NUMBER OF RENTAL DAYS** |
| **1** | **20** | **No** | **134** |
| **2** | **24** | **No** | **105** |
| **3** | **24** | **Yes** | **92** |
| **4** | **27** | **No** | **91** |
| **5** | **30** | **No** | **82** |
| **6** | **30** | **Yes** | **71** |

c. The bidder shall be capable of providing for assignment of the dredge and all attendant plant, complete and in full operating condition in all respects, within 120 hours after receipt of Notice to Proceed by the Contractor.

## 4. BIDDER QUALIFICATIONS.

a. Before the Government will award a contract based on this solicitation, the apparent low bidder shall establish that it is responsible and entitled to award of the contract, by certifying that its dredge meets the appropriate production rate for the dredging region, as listed in the table entitled "Minimum Production Rates" located in the Dredging Regions section(s). The dredge must have performed at, or above, the listed production rate for at least 85 percent of the total contract duration, on any contracts that are used to prove plant capability, within three years prior to the bid opening date of this solicitation. Failure to establish the dredge's capability to meet the required production rate will result in a finding of non-responsibility.

b. A bidder may be rejected as non-responsible if it cannot show the necessary capital, experience, or equipment needed to perform the work described under this solicitation (see "*Contractor Qualifications*" FAR 9.1). The bidder must also show that the dredge and attendant plant are not already obligated for the performance of other

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

work which would delay commencement, performance, and completion of the solicited work; and must show that delivery of the dredge and attendant plant to the site of work can be made within the time allowed in the specifications.

**5. PRE-AWARD INSPECTION OF PLANT.**

a. The apparent low bidder shall make the dredge and attendant plant available for inspection, to determine compliance with these specifications, as soon as practicable after bids are opened, and prior to contract award. If deficiencies are found during the inspection, the bidder will be notified in writing, which may be transmitted by email or facsimile. Upon receipt of such notice, the bidder shall correct all deficiencies at least two calendar days in advance of the projected contract award date.

b. Two calendar days before the projected award date, or upon notification by the bidder that the deficiencies have been corrected, a Government representative will re-inspect the dredge and attendant plant. If at that time the dredge and attendant plant do not meet the requirements of these specifications, the bidder will be rejected as non-responsible.

c. The Government may choose to waive the pre-award inspection if the projected contract award date is less than five calendar days after the bid opening date. Waiver of the pre-award inspection does not relieve the bidder from the requirement to provide a dredge and attendant plant in full compliance with the specifications.

**6. OPTION ITEMS**

a. The Government may require the delivery of, in whole or part, all Option Items. The Government may exercise an Option Item by written notice to the Contractor. If the Government activates the Option Item, the activation will occur while the Contractor's equipment is in the work vicinity as described in the applicable Dredging Region Section(s). “Option Dredging” Item work shall be performed as a continuance of “Dredging” Item work, which shall be activated first.

b. No additional mobilization/demobilization will be paid to the Contractor for Option Item work performed within the work region. The Contractor shall commence performance of optional work no more than 3 calendar days after the time the Contractor receives the Government’s Notice to Proceed with the optional work.

**7. EVALUATION OF SUBDIVIDED ITEMS (EFARS 52.211-5000-MAR 95).** Item No. 0007 is subdivided into two or more estimated quantities and are to be separately priced. The Government will evaluate each of these items on the basis of total price of its sub-items.

**8. VARIATIONS IN ESTIMATED QUANTITIES-SUBDIVIDED ITEMS (EFARS 52.212-5001 – MAR 95).** The Variations in Estimated Quantities Subdivided Items clause is applicable only in Item No. 0007.

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

a. Variations from the estimated quantity in the actual work performed under any second or subsequent sub-item or elimination of all work under such a second or subsequent sub-item will not be the basis for an adjustment in contract unit price.
b. Where the actual quantity of work performed for Item No. 0007 is less than 85% of the quantity of the first sub-item listed under such items, the Contractor will be paid at the contract unit price for that sub-item for the actual quantity of work performed and, in addition, an equitable adjustment in contract price shall be made in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity – Apr 84.
c. If the quantity of work performed under Item No. 0007 exceeds 115% or is less than 85% of the total estimated quantity of the sub-items under that item, and/or if the quantity of work performed under the second sub-item or any subsequent sub-item under Item No. 0007 exceeds 115% or is less than 85% of the estimated quantity of any such sub-item, and if such variation causes an increase or decrease in the time required for performance of this contract, the contract completion time will be adjusted in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity.

bidpkg_08b0022.pdf attachment to email from Norman dated Jan11 08 10:37:01AM

TABLE OF CONTENTS

SECTION 00600 - REPRESENTATIONS & CERTIFICATIONS

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998) .... 1
52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006) .... 2
52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) .... 3
252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006).... 5
252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)..... 5

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

Section 00600 - Representations & Certifications

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.-------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

bidpkg_08b0022.pdf attachment to email from Norman dated Jan11 08 10:37:01AM

___ International organization per 26 CFR 1.6049-4;

___ Other-----------------------------------------------------

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name-----------------------------------------------------------------

TIN-------------------------------------------------------------------

(End of provision)

52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (b) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

(__) Paragraph (c) applies.

(__) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause | Title | Date | Change |
|---|---|---|---|
| ------ | ---------- | ------ | ------ |

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

(End of Provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women; in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries subject to this provision include: Cuba, Iran, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

bidpkg_08b0022.pdf attachment to email from Norman dated Jan11 08 10:37:01AM

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement Clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

## REQUEST FOR ASSIGNMENT OF A COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE

*(See Instructions on Reverse)*

*Form Approved OMB No. 0704-0225 Expires May 31, 1990*

### SECTION A - TO BE COMPLETED BY INITIATOR

1. REQUESTING GOVERNMENT AGENCY / ACTIVITY
   a. NAME
   b. ADDRESS *(Street, City, State and Zip Code)*

| 2. TYPE CODE REQUESTED *(X one)* | 3. EXCEPTION CODES |
|---|---|
| a. TYPE A | a. CAO |
| b. TYPE F | b. ADP |

4. INITIATOR

| a. TYPED NAME *(Last, First, Middle Initial)* | b. OFFICE SYMBOL | c. SIGNATURE | d. TELEPHONE NO. |
|---|---|---|---|
| | | | |

### SECTION B - TO BE COMPLETED BY FIRM TO BE CODED

1. FIRM
   a. NAME *(Include Branch of, Division of, etc.)*
   b. ADDRESS *(Street, City, State and Zip Code)*
   c. CAGE CODE *(If previously assigned)*

2. IF FIRM PREVIOUSLY OPERATED UNDER OTHER NAME(S) OR OTHER ADDRESS(ES) SPECIFY THE PREVIOUS NAME(S) AND/OR ADDRESS(ES) *(Use separate sheet of paper, if necessary)*

3. PARENT COMPANY AND AFFILIATED FIRMS *(X one, and complete as applicable)*
   a. NONE
   b. CURRENTLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)*
   c. PREVIOUSLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)*

4. PRIMARY BUSINESS CATEGORY *(X one)*
   a. MANUFACTURER
   b. DEALER / DISTRIBUTOR
   c. CONSTRUCTION FIRM
   d. SERVICE COMPANY
   e. SALES OFFICE
   f. OTHER *(Specify)*

5. DISADVANTAGED SMALL BUSINESS STATUS *(X one)*
   a. APPROVED BY SMALL BUSINESS ADMINISTRATION (SBA) FOR SECTION 8(a) PROGRAM
   b. OTHER DISADVANTAGED SMALL BUSINESS FIRM
   c. NOT DISADVANTAGED SMALL BUSINESS FIRM

6. NUMBER OF EMPLOYEES

7. WOMAN OWNED BUSINESS *(X one)*
   a. YES
   b. NO

8. STANDARD INDUSTRIAL CLASSIFICATION (SIC) CODE(S)
   a. PRIMARY
   b. OTHER *(Specify)*

10. FIRM OFFICIAL

| a. TYPED NAME *(Last, First, Middle Initial)* | b. DATE SIGNED *(YYMMDD)* | c. SIGNATURE | d. TELEPHONE NO |
|---|---|---|---|
| | | | |

bidpkg_08b0022.pdf attachment to email from Norman dated Jan 11 08 10:37:01AM

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

## INSTRUCTIONS FOR COMPLETING DD FORM 2051

### GENERAL NOTE FOR PERSONNEL PREPARING OR PROCESSING THIS REPORT

Coding must be as indicated in the instructions. In cases where specific coding instructions are provided, reference must be made to the Department of Defense Manual for Standard Data Elements, DoD 5000.12-M. Noncompliance with either the coding instructions contained herein or those published in referenced manual will make the organization which fails to comply responsible for required concessions in data base communication.

### SPECIFIC INSTRUCTIONS

#### SECTION A - TO BE COMPLETED BY THE INITIATING GOVERNMENT ACTIVITY

Item 1: Self-explanatory.

Item 2: Mark the type of code being requested.

a. Type A - Manufacturers Code which is used in the Federal Catalog System to identify a certain facility at a specific location which is a possible source for the manufacture and/or design control of items cataloged by the Federal Government; or,

b. Type F - Non-manufacturers Code which is required for identifying an organization/function in MILSCAP. These are assigned to contractors which are non-manufacturers or are manufacturers not qualifying for a Type A Code.

Item 3: If applicable, enter the exception DoD Activity Address Code for the Servicing Contract Administration Office (CAO) or ADP point.

Item 4: Self-explanatory.

#### SECTION B - TO BE COMPLETED BY THE FIRM TO WHICH THE CODE WILL BE ASSIGNED

Items 1a and 1b: Self-explanatory.

Item 1c: If a CAGE Code (Type A or Type F) was previously assigned, enter it in this block.

Item 2: Self-explanatory.

Item 3: If a block other than "None" is marked, identify the Parent company by a (P) beside the firm name.

#### SECTION B - *(Continued)*

Item 4: Self-explanatory.

Item 5: A disadvantaged business firm is defined as a firm that is 51%, or more, owned, controlled, and operated by a person(s) who is socially and economically disadvantaged. "Controlled" is defined as exercising the power to make policy decisions. "Operated" is defined as actively involved in the day-to-day management of the firm.

Item 6: Enter the number of employees. This number should include the employees of all affiliates.

Item 7: A woman-owned business is defined as a firm that is 51%, or more, owned, controlled, and operated by a woman or women. "Controlled" and "Operated" are as defined in Item 5.

Item 8: The SIC Code is a Government Index used to identify business activity and indicates the function (manufacturer, wholesaler, retailer, or service) and the line of business in which the company is engaged. If multiple SIC Codes, indicate the primary first, next important, etc.

Items 9 and 10: Self-explanatory.

NOTE: When any future changes are made to the coded facility; i.e., name change, location change, business sold or operations discontinued, etc., written notification stating the appropriate change should be sent to:

Commander
Defense Logistics Services Center
ATTN: DLSC-FBA
Federal Center
74 North Washington
Battle Creek, MI 49017-3084

DD Form 2051 Reverse, DEC 87

*U.S. Government Printing Office: 1989-242-450/90225

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division
Projects East Branch

**ATTENTION BIDDERS**

In preparing your bid -----

1. Have you signed the bid? Are all blank spaces filled in?

2. If signing on behalf of your company and not an offer thereof, have you attached evidence of your authority to sign the bid?

3. Have you acknowledged receipt of all amendments?

4. Have you checked your bid for possible errors? Arithmetically?

5. Have you furnished all information required by the invitation for bids or the specifications?

6. Are you submitting your bid on time? If mailed, will it reach the place of bid opening at the designated hour?

7. If required by the invitation, have you submitted a bid bond? Is it signed? Is it in the proper amount?

8. Have you identified on the face of the envelope containing your bid, the invitation number to which it pertains, and the date and hour of opening?

**LMN FL 1078-1**
**AUGUST 90 (previous editions are obsolete) Proponent: CEMVN-CT-E**

| **BID BOND** (See instructons on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) | FORM APPROVED OMB NO. **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS). Office of Federal Acquisition Policy, GSA, Washington, D. C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one)<br>☐ INDIVIDUAL ☐ PARTNERSHIP<br>☐ JOINT VENTURE ☐ CORPORATION<br>STATE OF INCORPORATION |
|---|---|

SURETY(IES) (Name and business address)

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR (Construction, Supplies or Services) | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

NSN 7540-01-152-8059 EXPIRATION DATE 12-31-92 24-106 **STANDARD FORM 24** (REV. 1-90)
Previous edition not usable Prescribed by GSA - FAR (48 CFR) 53.228(a)

**CORPORATE SURETY(IES) (Continued)**

| SURETY | | | | | | |
|---|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY C | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY D | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY E | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY F | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY G | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g. an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed ___________ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury`s list of approved sureties and must act within the limitations listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substaining information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdicton requiring adhesive seals.

6. Type the name and the title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

| SOLICITATION, OFFER AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912P8-08-B-0023 | 2. TYPE OF SOLICITATION [X] SEALED BID *(IFB)* [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 30 NOV 2007 | PAGE OF PAGES |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. OM-08-066 |
|---|---|---|

| 7. ISSUED BY CODE W912P8 | 8. ADDRESS OFFER TO |
|---|---|
| U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS<br>POST OFFICE BOX 60267<br>NEW ORLEANS, LA 70160-0267 | OFFER 1<br><br>U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS<br>ATTN: CEMVN-CT<br>PO BOX 60267<br>NEW ORLEANS, LA 70160-0267 |

| 9. FOR INFORMATION CALL: | A. NAME LYDIA A. QUILLENS | B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* (504)862-1887 |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

ATCHAFALAYA BASIN, GULF INTRACOASTAL WATERWAY (GIWW) AND MISCELLANEOUS PROJECTS, CUTTERHEAD DREDGE RENTAL NO. 2-2008

The "Description and Magnitude of Work" is as follows:
The work consists of furnishing one fully crewed and equipped hydraulic pipeline cutterhead dredge on a rental basis for the removal and satisfactory disposal of shoal material within any combination of the following Dredging Regions: Atchafalaya River in the vicinity of Berwick Bay Harbor, Berwick Lock Forebay, Tidewater Point 20 Grand Point, GIWW vicinity of Mile 99, Wax Lake Outlet, Port Allen Lock Forebay, Three Rivers, Baton Rouge Harbor (Devil's Swamp), and Old River Lock Forebay. Work may be required in other areas of the New Orleans District.

*See Section 00010, Para (3)(b).
**Bid Opeing Date To Be Established by Amendment.

11. The Contractor shall begin performance within 5 calendar days and complete it within * calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ______ .)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 3 DAYS |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 11 a.m. *(hour)* local time ** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror`s name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing other than 30 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
|---|---|
| CAGE CODE: DUNS NO: | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)* |
| CODE FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ______________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( ) |
|---|---|---|

| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| LAFAYETTE AREA ENGINEER<br>U.S. ARMY CORPS OF ENGINEERS<br>646 CAJUNDOME BLVD., SUITE 301<br>LAFAYETTE, LA 70506 | USACE, FIANCE CENTER<br>ATTN: CEFC-AD<br>5722 INTEGRITY DRIVE<br>MILLINGTON, TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return* ____________ *copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY | 31C. AWARD DATE |

bidpkg08b0023 attachment to email from Norman dated Jan 11 08 10:37:01 AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

## Solicitation No. W912P8-08-B-0023

### LOT ONE, 20 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 20-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1551 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 512 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT ONE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 attachment to email from Norman dated Jan 11 08 10:37:01 AM

## SECTION 00010 – BIDDING SCHEDULE

**Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW)**
**and Miscellaneous Projects**
**Cutterhead Dredge Rental No. 2-2008**

**Solicitation No. W912P8-08-B-0023**

**LOT TWO, 24 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1076 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 355 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT TWO BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

## SECTION 00010 – BIDDING SCHEDULE

**Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW)
and Miscellaneous Projects
Cutterhead Dredge Rental No. 2-2008**

**Solicitation No. W912P8-08-B-0023**

**LOT THREE, 24 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 861 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 284 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT THREE BID | |

*SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 attachment to email from Norman dated Jan 11 08 10:37:01 AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

## Solicitation No. W912P8-08-B-0023

### LOT FOUR, 27 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 27-inch ID pump discharge, attendant plant and discharge pipeline as specified | 850 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 281 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FOUR BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 attachment to email from Norman dated Jan 11 08 10:37:01 AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

## Solicitation No. W912P8-08-B-0023

### LOT FIVE, 30 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, attendant plant and discharge pipeline as specified | 689 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 227 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FIVE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 attachment to email from Norman dated Jan 11 08 10:37:01 AM

## SECTION 00010 – BIDDING SCHEDULE

**Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW)**
**and Miscellaneous Projects**
**Cutterhead Dredge Rental No. 2-2008**

**Solicitation No. W912P8-08-B-0023**

**LOT SIX, 30 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 519 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 171 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT SIX BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0025 attachment to email from Norman dated Jan 11 08 10:37:01 AM

**Bid Form Notes:**

1. Bidders shall bid on all items including optional items (see "*Evaluation of Options*" FAR 52.217-5). Failure to bid on all items will result in a non-responsive bid.

2. Bidders shall use the Item No. 0003 unit price to compute Item No. 0004 total price.

3. Any bid may be rejected if the Contracting Officer or his/her authorized representative determines in writing that it is unreasonable as to price. Unreasonableness of price includes not only the total price of the bid, but the prices for individual line items as well. Any bid may be rejected if the prices for any line items or subline items are materially unbalanced (see "*Proposal Analysis Techniques*" FAR 15.404-1(g)(3)).

4. THE NOTICE TO PROCEED (NTP): The successful bidder is advised that performance and payment bonds shall be submitted in accordance with the time frame in block 12B of SF 1442 after Notice of Award. The NTP will be issued after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contractor shall initiate a meeting to discuss the submittal process with the Area or Resident Engineer or his authorized representative. Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract have been conducted.

**ADDITIONAL BID FORM NOTES:**

**1. BIDDING.**

a. The bidder shall select only one bid lot, determined by the class of dredge intended to be used. Bids which are submitted on an inappropriate bid lot will be declared non-responsive.

b. Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items but does furnish an extended total or an estimated amount for such items, the Government will deem the unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY REQUIRED ITEM, THE BID WILL BE DECLARED NON-RESPONSIVE.

**2. EVALUATION OF BIDS.**

a. To provide fair competition between dredges of dissimilar sizes and production rates the hourly dredging quantities have been determined based on the estimated quantity of shoal material to be removed and the nominal production rates of the dredges in each bid lot. The production rates shown in the chart entitled “Minimum Production Rates” located in the Dredging Regions section(s) were used to make this determination.

b. The nominal dredge production rates listed in this solicitation were conservatively estimated based on lower-bound material face availability of this solicitation's dredging regions, which have variable and dynamic shoaling conditions. It is the bidder's responsibility to make it’s own assessment of the actual dredging conditions in order to prepare a bid for this work.

c. Award will be to that responsible bidder presenting the lowest priced responsive bid in response to this solicitation, regardless of the Bid Lot used.

d. The hourly quantities shown on the bid lots (Bid Items, “Dredging”, and “Option: Dredging”) are 100% pay time hours. The actual term of the dredge rental may vary as a result of fractional pay time. Refer to paragraph 02327-1.2.4 entitled "Dredging and Option Dredging Items", for additional information.

**3. CONDITIONS OF CONTRACT AWARD.**

a. Award will be made as a whole to one bidder. The dredge and attendant plant offered in the bidding schedule shall be complete with full operating personnel and in operating status for the contract period. EM 385-1-1, Section 19 “Floating Plant and Marine Activities” shall be complied with at all times. All work under these

specifications shall be performed in accordance with the provisions of EM 385-1-1 “Army Corps of Engineers Safety and Health Requirements Manual”, dated 3 Nov 2003.

b. The number of hours of rental time stated in the bidding schedule is an estimated quantity. The dredge and attendant plant will be retained for an approximate number of days shown in the table below starting from 120 hrs after receipt of Government Notice to Proceed by the Contractor.

| APPROXIMATE CUTTERHEAD DREDGE CONTRACT DURATION (BASE PLUS OPTION) | | | |
|---|---|---|---|
| BID LOT | DISCHARGE LINE ID (INCHES) | SUBMERGED PUMP | APPROXIMATE NUMBER OF RENTAL DAYS |
| 1 | 20 | No | 134 |
| 2 | 24 | No | 105 |
| 3 | 24 | Yes | 92 |
| 4 | 27 | No | 91 |
| 5 | 30 | No | 82 |
| 6 | 30 | Yes | 71 |

c. The bidder shall be capable of providing for assignment of the dredge and all attendant plant, complete and in full operating condition in all respects, within 120 hours after receipt of Notice to Proceed by the Contractor.

**4. BIDDER QUALIFICATIONS.**

a. Before the Government will award a contract based on this solicitation, the apparent low bidder shall establish that it is responsible and entitled to award of the contract, by certifying that its dredge meets the appropriate production rate for the dredging region, as listed in the table entitled “Minimum Production Rates” located in the Dredging Regions section(s). The dredge must have performed at, or above, the listed production rate for at least 85 percent of the total contract duration, on any contracts that are used to prove plant capability, within three years prior to the bid opening date of this solicitation. Failure to establish the dredge's capability to meet the required production rate will result in a finding of non-responsibility.

b. A bidder may be rejected as non-responsible if it cannot show the necessary capital, experience, or equipment needed to perform the work described under this solicitation (see “*Contractor Qualifications*” FAR 9.1). The bidder must also show that the dredge and attendant plant are not already obligated for the performance of other

work which would delay commencement, performance, and completion of the solicited work; and must show that delivery of the dredge and attendant plant to the site of work can be made within the time allowed in the specifications.

**5. PRE-AWARD INSPECTION OF PLANT.**

a. The apparent low bidder shall make the dredge and attendant plant available for inspection, to determine compliance with these specifications, as soon as practicable after bids are opened, and prior to contract award. If deficiencies are found during the inspection, the bidder will be notified in writing, which may be transmitted by email or facsimile. Upon receipt of such notice, the bidder shall correct all deficiencies at least two calendar days in advance of the projected contract award date.

b. Two calendar days before the projected award date, or upon notification by the bidder that the deficiencies have been corrected, a Government representative will re-inspect the dredge and attendant plant. If at that time the dredge and attendant plant do not meet the requirements of these specifications, the bidder will be rejected as non-responsible.

c. The Government may choose to waive the pre-award inspection if the projected contract award date is less than five calendar days after the bid opening date. Waiver of the pre-award inspection does not relieve the bidder from the requirement to provide a dredge and attendant plant in full compliance with the specifications.

**6. OPTION ITEMS**

a. The Government may require the delivery of, in whole or part, all Option Items. The Government may exercise an Option Item by written notice to the Contractor. If the Government activates the Option Item, the activation will occur while the Contractor's equipment is in the work vicinity as described in the applicable Dredging Region Section(s). “Option Dredging” Item work shall be performed as a continuance of “Dredging” Item work, which shall be activated first.

b. No additional mobilization/demobilization will be paid to the Contractor for Option Item work performed within the work region. The Contractor shall commence performance of optional work no more than 3 calendar days after the time the Contractor receives the Government’s Notice to Proceed with the optional work.

**7. EVALUATION OF SUBDIVIDED ITEMS (EFARS 52.211-5000-MAR 95).** Item No. 0007 is subdivided into two or more estimated quantities and are to be separately priced. The Government will evaluate each of these items on the basis of total price of its sub-items.

**8. VARIATIONS IN ESTIMATED QUANTITIES-SUBDIVIDED ITEMS (EFARS 52.212-5001 – MAR 95).** The Variations in Estimated Quantities Subdivided Items clause is applicable only in Item No. 0007.

a. Variations from the estimated quantity in the actual work performed under any second or subsequent sub-item or elimination of all work under such a second or subsequent sub-item will not be the basis for an adjustment in contract unit price.
b. Where the actual quantity of work performed for Item No. 0007 is less than 85% of the quantity of the first sub-item listed under such items, the Contractor will be paid at the contract unit price for that sub-item for the actual quantity of work performed and, in addition, an equitable adjustment in contract price shall be made in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity – Apr 84.
c. If the quantity of work performed under Item No. 0007 exceeds 115% or is less than 85% of the total estimated quantity of the sub-items under that item, and/or if the quantity of work performed under the second sub-item or any subsequent sub-item under Item No. 0007 exceeds 115% or is less than 85% of the estimated quantity of any such sub-item, and if such variation causes an increase or decrease in the time required for performance of this contract, the contract completion time will be adjusted in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity.