bidpkg08b0023 attachment to email from Norman dated Jan 11 08 10:37:01 AM

TABLE OF CONTENTS

SECTION 00600 - REPRESENTATIONS & CERTIFICATIONS

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998) ........ 1
52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006) ........ 2
52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) ........ 3
252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006)........ 5
252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)..... 5

bidpkg08b0023 attachment to email from Norman dated Jan 11 08 10:37:01 AM

Section 00600 - Representations & Certifications

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.-------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other------------------------------------------------------

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name--------------------------------------------------------------------

TIN---------------------------------------------------------------------

(End of provision)

52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (b) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

(__) Paragraph (c) applies.

(__) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause | Title | Date | Change |
| --- | --- | --- | --- |
| ------ | ---------- | ------ | ------ |

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

(End of Provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women; in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries subject to this provision include: Cuba, Iran, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement Clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

## REQUEST FOR ASSIGNMENT OF A COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE

*(See Instructions on Reverse)*

*Form Approved*
*OMB No. 0704-0225*
*Expires May 31, 1990*

### SECTION A - TO BE COMPLETED BY INITIATOR

**1. REQUESTING GOVERNMENT AGENCY / ACTIVITY**

| a. NAME | b. ADDRESS *(Street, City, State and Zip Code)* |
|---|---|
| | |

| 2. TYPE CODE REQUESTED *(X one)* | | 3. EXCEPTION CODES |
|---|---|---|
| | a. TYPE A | a. CAO |
| | b. TYPE F | b. ADP |

**4. INITIATOR**

| a. TYPED NAME *(Last, First, Middle Initial)* | b. OFFICE SYMBOL | c. SIGNATURE | d. TELEPHONE NO. |
|---|---|---|---|
| | | | |

### SECTION B - TO BE COMPLETED BY FIRM TO BE CODED

**1. FIRM**

| a. NAME *(Include Branch of, Division of, etc.)* | b. ADDRESS *(Street, City, State and Zip Code)* |
|---|---|
| c. CAGE CODE *(If previously assigned)* | |

**2. IF FIRM PREVIOUSLY OPERATED UNDER OTHER NAME(S) OR OTHER ADDRESS(ES) SPECIFY THE PREVIOUS NAME(S) AND/OR ADDRESS(ES)** *(Use separate sheet of paper, if necessary)*

**3. PARENT COMPANY AND AFFILIATED FIRMS** *(X one, and complete as applicable)*

| | |
|---|---|
| | a. NONE |
| | b. CURRENTLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)* |
| | c. PREVIOUSLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)* |

**4. PRIMARY BUSINESS CATEGORY** *(X one)*

| | |
|---|---|
| | a. MANUFACTURER |
| | b. DEALER / DISTRIBUTOR |
| | c. CONSTRUCTION FIRM |
| | d. SERVICE COMPANY |
| | e. SALES OFFICE |
| | f. OTHER *(Specify)* |

**5. DISADVANTAGED SMALL BUSINESS STATUS** *(X one)*

| | |
|---|---|
| | a. APPROVED BY SMALL BUSINESS ADMINISTRATION (SBA) FOR SECTION 8(a) PROGRAM |
| | b. OTHER DISADVANTAGED SMALL BUSINESS FIRM |
| | c. NOT DISADVANTAGED SMALL BUSINESS FIRM |

**6. NUMBER OF EMPLOYEES**

**7. WOMAN OWNED BUSINESS** *(X one)*

| | | | |
|---|---|---|---|
| | a. YES | | b. NO |

**8. STANDARD INDUSTRIAL CLASSIFICATION (SIC) CODE(S)**

a. PRIMARY

b. OTHER *(Specify)*

**10. FIRM OFFICIAL**

| a. TYPED NAME *(Last, First, Middle Initial)* | b. DATE SIGNED *(YYMMDD)* | c. SIGNATURE | d. TELEPHONE NO |
|---|---|---|---|
| | | | |

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

# INSTRUCTIONS FOR COMPLETING DD FORM 2051

## GENERAL NOTE FOR PERSONNEL PREPARING OR PROCESSING THIS REPORT

Coding must be as indicated in the instructions. In cases where specific coding instructions are provided, reference must be made to the Department of Defense Manual for Standard Data Elements, DoD 5000.12-M. Noncompliance with either the coding instructions contained herein or those published in referenced manual will make the organization which fails to comply responsible for required concessions in data base communication.

## SPECIFIC INSTRUCTIONS

### SECTION A - TO BE COMPLETED BY THE INITIATING GOVERNMENT ACTIVITY

Item 1: Self-explanatory.

Item 2: Mark the type of code being requested.

a. Type A - Manufacturers Code which is used in the Federal Catalog System to identify a certain facility at a specific location which is a possible source for the manufacture and/or design control of items cataloged by the Federal Government; or,

b. Type F - Non-manufacturers Code which is required for identifying an organization/function in MILSCAP. These are assigned to contractors which are non-manufacturers or are manufacturers not qualifying for a Type A Code.

Item 3: If applicable, enter the exception DoD Activity Address Code for the Servicing Contract Administration Office (CAO) or ADP point.

Item 4: Self-explanatory.

### SECTION B - TO BE COMPLETED BY THE FIRM TO WHICH THE CODE WILL BE ASSIGNED

Items 1a and 1b: Self-explanatory.

Item 1c: If a CAGE Code (Type A or Type F) was previously assigned, enter it in this block.

Item 2: Self-explanatory.

Item 3: If a block other than "None" is marked, identify the Parent company by a (P) beside the firm name.

### SECTION B - *(Continued)*

Item 4: Self-explanatory.

Item 5: A disadvantaged business firm is defined as a firm that is 51%, or more, owned, controlled, and operated by a person(s) who is socially and economically disadvantaged. "Controlled" is defined as exercising the power to make policy decisions. "Operated" is defined as actively involved in the day-to-day management of the firm.

Item 6: Enter the number of employees. This number should include the employees of all affiliates.

Item 7: A woman-owned business is defined as a firm that is 51%, or more, owned, controlled, and operated by a woman or women. "Controlled" and "Operated" are as defined in Item 5.

Item 8: The SIC Code is a Government Index used to identify business activity and indicates the function (manufacturer, wholesaler, retailer, or service) and the line of business in which the company is engaged. If multiple SIC Codes, indicate the primary first, next important, etc.

Items 9 and 10: Self-explanatory.

NOTE: When any future changes are made to the coded facility; i.e., name change, location change, business sold or operations discontinued, etc., written notification stating the appropriate change should be sent to:

Commander
Defense Logistics Services Center
ATTN: DLSC-FBA
Federal Center
74 North Washington
Battle Creek, MI 49017-3084

DD Form 2051 Reverse, DEC 87

*U.S. Government Printing Office: 1989-242-450/90225

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division
Projects East Branch

**ATTENTION BIDDERS**

In preparing your bid -----

1. Have you signed the bid? Are all blank spaces filled in?

2. If signing on behalf of your company and not an offer thereof, have you attached evidence of your authority to sign the bid?

3. Have you acknowledged receipt of all amendments?

4. Have you checked your bid for possible errors? Arithmetically?

5. Have you furnished all information required by the invitation for bids or the specifications?

6. Are you submitting your bid on time? If mailed, will it reach the place of bid opening at the designated hour?

7. If required by the invitation, have you submitted a bid bond? Is it signed? Is it in the proper amount?

8. Have you identified on the face of the envelope containing your bid, the invitation number to which it pertains, and the date and hour of opening?

**LMN FL 1078-1**
**AUGUST 90 (previous editions are obsolete) Proponent: CEMVN-CT-E**

bidpkg08b0024 pdf attachment to email from Norman dated Jan 11 08 10:37:01

| BID BOND (See instructons on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) | FORM APPROVED OMB NO. **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS). Office of Federal Acquisition Policy, GSA, Washington, D. C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one)<br>☐ INDIVIDUAL ☐ PARTNERSHIP<br>☐ JOINT VENTURE ☐ CORPORATION<br>STATE OF INCORPORATION |
|---|---|

SURETY(IES) (Name and business address)

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR (Construction, Supplies or Services) | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

**CORPORATE SURETY(IES) (Continued)**

| | | | | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g. an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed ___________ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury`s list of approved sureties and must act within the limitations listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substaining information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdicton requiring adhesive seals.

6. Type the name and the title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

bidpkg08b0024.pdf attachment to email from Norman dated Jan 11 08 10:37:01

| SOLICITATION, OFFER AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. W912P8-08-B-0024 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 30 NOV 2007 | PAGE OF PAGES |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. OM-08-067 |
|---|---|---|

| 7. ISSUED BY CODE W912P8 | 8. ADDRESS OFFER TO |
|---|---|
| U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS<br>POST OFFICE BOX 60267<br>NEW ORLEANS, LA 70160-0267 | OFFER 1<br><br>U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS<br>ATTN: CEMVN-CT<br>PO BOX 60267<br>NEW ORLEANS, LA 70160-0267 |

| 9. FOR INFORMATION CALL: | A. NAME DAVIS RICHARME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (504)862-2870 |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

ATCHAFALAYA BASIN, GULF INTRACOASTAL WATERWAY (GIWW) AND MISCELLANEOUS PROJECTS, CUTTERHEAD DREDGE RENTAL NO. 3-2008

The "Description and Magnitude of Work" is as follows:
The work consists of furnishing one fully crewed and equipped hydraulic pipeline cutterhead dredge on a rental basis for the removal and satisfactory disposal of shoal material within any combination of the following Dredging Regions: Atchafalaya River in the vicinity of Berwick Bay Harbor, Berwick Lock Forebay, Tidewater Point 20 Grand Point, GIWW vicinity of Mile 99, Wax Lake Outlet, Port Allen Lock Forebay, Three Rivers, Baton Rouge Harbor (Devil's Swamp), and Old River Lock Forebay. Work may be required in other areas of the New Orleans District.

*See Section 00010, Para (3)(b).
**Bid Opeing Date To Be Established by Amendment.

11. The Contractor shall begin performance within 5 calendar days and complete it within * calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See __________ .)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 3 DAYS |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 11 a.m. *(hour)* local time ** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror`s name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing other than 30 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

CAGE CODE: DUNS NO:

CODE FACILITY CODE

15. TELEPHONE NO. *(Include area code)*

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ______________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE

LAFAYETTE AREA ENGINEER
U.S. ARMY CORPS OF ENGINEERS
646 CAJUNDOME BLVD., SUITE 301
LAFAYETTE, LA 70506

27. PAYMENT WILL BE MADE BY

USACE, FIANCE CENTER
ATTN: CEFC-AD
5722 INTEGRITY DRIVE
MILLINGTON, TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ____________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

bidpkg08b0024 pdf attachment to email from Norman dated Jan 11 08 10:37:01

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 3-2008

## Solicitation No. W912P8-08-B-0024

### LOT ONE, 20 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 20-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1551 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 512 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT ONE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

## SECTION 00010 – BIDDING SCHEDULE

### Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 3-2008

### Solicitation No. W912P8-08-B-0024

### LOT TWO, 24 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1076 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 355 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT TWO BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0024 pdf attachment to email from Norman dated Jan 11 08 10:37:01

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 3-2008

## Solicitation No. W912P8-08-B-0024

### LOT THREE, 24 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 861 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 284 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT THREE BID | |

*SEE BID FORM NOTES FOLLOWING LAST BID LOT

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 3-2008

## Solicitation No. W912P8-08-B-0024

### LOT FOUR, 27 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 27-inch ID pump discharge, attendant plant and discharge pipeline as specified | 850 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 281 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FOUR BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 3-2008

## Solicitation No. W912P8-08-B-0024

### LOT FIVE, 30 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, attendant plant and discharge pipeline as specified | 689 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 227 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FIVE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0024 pdf attachment to email from Norman dated Jan 11 08 10:37:01

## SECTION 00010 – BIDDING SCHEDULE

### Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 3-2008

### Solicitation No. W912P8-08-B-0024

**LOT SIX, 30 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 519 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 171 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT SIX BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

**Bid Form Notes:**

1. Bidders shall bid on all items including optional items (see "*Evaluation of Options*" FAR 52.217-5). Failure to bid on all items will result in a non-responsive bid.

2. Bidders shall use the Item No. 0003 unit price to compute Item No. 0004 total price.

3. Any bid may be rejected if the Contracting Officer or his/her authorized representative determines in writing that it is unreasonable as to price. Unreasonableness of price includes not only the total price of the bid, but the prices for individual line items as well. Any bid may be rejected if the prices for any line items or subline items are materially unbalanced (see "*Proposal Analysis Techniques*" FAR 15.404-1(g)(3)).

4. THE NOTICE TO PROCEED (NTP): The successful bidder is advised that performance and payment bonds shall be submitted in accordance with the time frame in block 12B of SF 1442 after Notice of Award. The NTP will be issued after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contractor shall initiate a meeting to discuss the submittal process with the Area or Resident Engineer or his authorized representative. Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract have been conducted.

**ADDITIONAL BID FORM NOTES:**

**1. BIDDING.**

a. The bidder shall select only one bid lot, determined by the class of dredge intended to be used. Bids which are submitted on an inappropriate bid lot will be declared non-responsive.

b. Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items but does furnish an extended total or an estimated amount for such items, the Government will deem the unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY REQUIRED ITEM, THE BID WILL BE DECLARED NON-RESPONSIVE.

**2. EVALUATION OF BIDS.**

a. To provide fair competition between dredges of dissimilar sizes and production rates the hourly dredging quantities have been determined based on the estimated quantity of shoal material to be removed and the nominal production rates of the dredges in each bid lot. The production rates shown in the chart entitled "Minimum Production Rates" located in the Dredging Regions section(s) were used to make this determination.

b. The nominal dredge production rates listed in this solicitation were conservatively estimated based on lower-bound material face availability of this solicitation's dredging regions, which have variable and dynamic shoaling conditions. It is the bidder's responsibility to make it's own assessment of the actual dredging conditions in order to prepare a bid for this work.

c. Award will be to that responsible bidder presenting the lowest priced responsive bid in response to this solicitation, regardless of the Bid Lot used.

d. The hourly quantities shown on the bid lots (Bid Items, "Dredging", and "Option: Dredging") are 100% pay time hours. The actual term of the dredge rental may vary as a result of fractional pay time. Refer to paragraph 02327-1.2.4 entitled "Dredging and Option Dredging Items", for additional information.

**3. CONDITIONS OF CONTRACT AWARD.**

a. Award will be made as a whole to one bidder. The dredge and attendant plant offered in the bidding schedule shall be complete with full operating personnel and in operating status for the contract period. EM 385-1-1, Section 19 "Floating Plant and Marine Activities" shall be complied with at all times. All work under these

bidpkg08b0024 pdf attachment to email from Norman dated Jan 11 08 10:37:01

specifications shall be performed in accordance with the provisions of EM 385-1-1 "Army Corps of Engineers Safety and Health Requirements Manual", dated 3 Nov 2003.

b. The number of hours of rental time stated in the bidding schedule is an estimated quantity. The dredge and attendant plant will be retained for an approximate number of days shown in the table below starting from 120 hrs after receipt of Government Notice to Proceed by the Contractor.

| APPROXIMATE CUTTERHEAD DREDGE CONTRACT DURATION (BASE PLUS OPTION) | | | |
|---|---|---|---|
| **BID LOT** | **DISCHARGE LINE ID (INCHES)** | **SUBMERGED PUMP** | **APPROXIMATE NUMBER OF RENTAL DAYS** |
| 1 | 20 | No | 134 |
| 2 | 24 | No | 105 |
| 3 | 24 | Yes | 92 |
| 4 | 27 | No | 91 |
| 5 | 30 | No | 82 |
| 6 | 30 | Yes | 71 |

c. The bidder shall be capable of providing for assignment of the dredge and all attendant plant, complete and in full operating condition in all respects, within 120 hours after receipt of Notice to Proceed by the Contractor.

## 4. BIDDER QUALIFICATIONS.

a. Before the Government will award a contract based on this solicitation, the apparent low bidder shall establish that it is responsible and entitled to award of the contract, by certifying that its dredge meets the appropriate production rate for the dredging region, as listed in the table entitled "Minimum Production Rates" located in the Dredging Regions section(s). The dredge must have performed at, or above, the listed production rate for at least 85 percent of the total contract duration, on any contracts that are used to prove plant capability, within three years prior to the bid opening date of this solicitation. Failure to establish the dredge's capability to meet the required production rate will result in a finding of non-responsibility.

b. A bidder may be rejected as non-responsible if it cannot show the necessary capital, experience, or equipment needed to perform the work described under this solicitation (see "*Contractor Qualifications*" FAR 9.1). The bidder must also show that the dredge and attendant plant are not already obligated for the performance of other

bidpkg08b0024 pdf attachment to email from Norman dated Jan 11 08 10:37:01

work which would delay commencement, performance, and completion of the solicited work; and must show that delivery of the dredge and attendant plant to the site of work can be made within the time allowed in the specifications.

**5. PRE-AWARD INSPECTION OF PLANT.**

a. The apparent low bidder shall make the dredge and attendant plant available for inspection, to determine compliance with these specifications, as soon as practicable after bids are opened, and prior to contract award. If deficiencies are found during the inspection, the bidder will be notified in writing, which may be transmitted by email or facsimile. Upon receipt of such notice, the bidder shall correct all deficiencies at least two calendar days in advance of the projected contract award date.

b. Two calendar days before the projected award date, or upon notification by the bidder that the deficiencies have been corrected, a Government representative will re-inspect the dredge and attendant plant. If at that time the dredge and attendant plant do not meet the requirements of these specifications, the bidder will be rejected as non-responsible.

c. The Government may choose to waive the pre-award inspection if the projected contract award date is less than five calendar days after the bid opening date. Waiver of the pre-award inspection does not relieve the bidder from the requirement to provide a dredge and attendant plant in full compliance with the specifications.

**6. OPTION ITEMS**

a. The Government may require the delivery of, in whole or part, all Option Items. The Government may exercise an Option Item by written notice to the Contractor. If the Government activates the Option Item, the activation will occur while the Contractor's equipment is in the work vicinity as described in the applicable Dredging Region Section(s). "Option Dredging" Item work shall be performed as a continuance of "Dredging" Item work, which shall be activated first.

b. No additional mobilization/demobilization will be paid to the Contractor for Option Item work performed within the work region. The Contractor shall commence performance of optional work no more than 3 calendar days after the time the Contractor receives the Government's Notice to Proceed with the optional work.

**7. EVALUATION OF SUBDIVIDED ITEMS (EFARS 52.211-5000-MAR 95).** Item No. 0007 is subdivided into two or more estimated quantities and are to be separately priced. The Government will evaluate each of these items on the basis of total price of its sub-items.

**8. VARIATIONS IN ESTIMATED QUANTITIES-SUBDIVIDED ITEMS (EFARS 52.212-5001 – MAR 95).** The Variations in Estimated Quantities Subdivided Items clause is applicable only in Item No. 0007.

a. Variations from the estimated quantity in the actual work performed under any second or subsequent sub-item or elimination of all work under such a second or subsequent sub-item will not be the basis for an adjustment in contract unit price.
b. Where the actual quantity of work performed for Item No. 0007 is less than 85% of the quantity of the first sub-item listed under such items, the Contractor will be paid at the contract unit price for that sub-item for the actual quantity of work performed and, in addition, an equitable adjustment in contract price shall be made in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity – Apr 84.
c. If the quantity of work performed under Item No. 0007 exceeds 115% or is less than 85% of the total estimated quantity of the sub-items under that item, and/or if the quantity of work performed under the second sub-item or any subsequent sub-item under Item No. 0007 exceeds 115% or is less than 85% of the estimated quantity of any such sub-item, and if such variation causes an increase or decrease in the time required for performance of this contract, the contract completion time will be adjusted in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity.

TABLE OF CONTENTS

SECTION 00600 - REPRESENTATIONS & CERTIFICATIONS

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998) ........ 1
52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006) ........ 2
52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) ........ 3
252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006)........ 5
252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)..... 5

Section 00600 - Representations & Certifications

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.--------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

bidpkg08b0024 pdf attachment to email from Norman dated Jan 11 08 10:37:01

___ International organization per 26 CFR 1.6049-4;

___ Other--------------------------------------------------------

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name-------------------------------------------------------------------

TIN---------------------------------------------------------------------

(End of provision)

52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (b) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

(__) Paragraph (c) applies.

(__) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause | Title | Date | Change |
|---|---|---|---|
| ------ | ---------- | ------ | ------ |

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

(End of Provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women; in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries subject to this provision include: Cuba, Iran, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement Clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

## REQUEST FOR ASSIGNMENT OF A COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE

*(See Instructions on Reverse)*

*Form Approved*
*OMB No. 0704-0225*
*Expires May 31, 1990*

### SECTION A - TO BE COMPLETED BY INITIATOR

1. REQUESTING GOVERNMENT AGENCY / ACTIVITY
a. NAME
b. ADDRESS *(Street, City, State and Zip Code)*

2. TYPE CODE REQUESTED *(X one)*
a. TYPE A
b. TYPE F

3. EXCEPTION CODES
a. CAO
b. ADP

4. INITIATOR
a. TYPED NAME *(Last, First, Middle Initial)*
b. OFFICE SYMBOL
c. SIGNATURE
d. TELEPHONE NO.

### SECTION B - TO BE COMPLETED BY FIRM TO BE CODED

1. FIRM
a. NAME *(Include Branch of, Division of, etc.)*
b. ADDRESS *(Street, City, State and Zip Code)*
c. CAGE CODE *(If previously assigned)*

2. IF FIRM PREVIOUSLY OPERATED UNDER OTHER NAME(S) OR OTHER ADDRESS(ES) SPECIFY THE PREVIOUS NAME(S) AND/OR ADDRESS(ES) *(Use separate sheet of paper, if necessary)*

3. PARENT COMPANY AND AFFILIATED FIRMS *(X one, and complete as applicable)*
a. NONE
b. CURRENTLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)*
c. PREVIOUSLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)*

4. PRIMARY BUSINESS CATEGORY *(X one)*
a. MANUFACTURER
b. DEALER / DISTRIBUTOR
c. CONSTRUCTION FIRM
d. SERVICE COMPANY
e. SALES OFFICE
f. OTHER *(Specify)*

5. DISADVANTAGED SMALL BUSINESS STATUS *(X one)*
a. APPROVED BY SMALL BUSINESS ADMINISTRATION (SBA) FOR SECTION 8(a) PROGRAM
b. OTHER DISADVANTAGED SMALL BUSINESS FIRM
c. NOT DISADVANTAGED SMALL BUSINESS FIRM

6. NUMBER OF EMPLOYEES

7. WOMAN OWNED BUSINESS *(X one)*
a. YES
b. NO

8. STANDARD INDUSTRIAL CLASSIFICATION (SIC) CODE(S)
a. PRIMARY
b. OTHER *(Specify)*

10. FIRM OFFICIAL
a. TYPED NAME *(Last, First, Middle Initial)*
b. DATE SIGNED *(YYMMDD)*
c. SIGNATURE
d. TELEPHONE NO

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

# INSTRUCTIONS FOR COMPLETING DD FORM 2051

## GENERAL NOTE FOR PERSONNEL PREPARING OR PROCESSING THIS REPORT

Coding must be as indicated in the instructions. In cases where specific coding instructions are provided, reference must be made to the Department of Defense Manual for Standard Data Elements, DoD 5000.12-M. Noncompliance with either the coding instructions contained herein or those published in referenced manual will make the organization which fails to comply responsible for required concessions in data base communication.

## SPECIFIC INSTRUCTIONS

### SECTION A - TO BE COMPLETED BY THE INITIATING GOVERNMENT ACTIVITY

Item 1: Self-explanatory.

Item 2: Mark the type of code being requested.

a. Type A - Manufacturers Code which is used in the Federal Catalog System to identify a certain facility at a specific location which is a possible source for the manufacture and/or design control of items cataloged by the Federal Government; or,

b. Type F - Non-manufacturers Code which is required for identifying an organization/function in MILSCAP. These are assigned to contractors which are non-manufacturers or are manufacturers not qualifying for a Type A Code.

Item 3: If applicable, enter the exception DoD Activity Address Code for the Servicing Contract Administration Office (CAO) or ADP point.

Item 4: Self-explanatory.

### SECTION B - TO BE COMPLETED BY THE FIRM TO WHICH THE CODE WILL BE ASSIGNED

Items 1a and 1b: Self-explanatory.

Item 1c: If a CAGE Code (Type A or Type F) was previously assigned, enter it in this block.

Item 2: Self-explanatory.

Item 3: If a block other than "None" is marked, identify the Parent company by a (P) beside the firm name.

### SECTION B - *(Continued)*

Item 4: Self-explanatory.

Item 5: A disadvantaged business firm is defined as a firm that is 51%, or more, owned, controlled, and operated by a person(s) who is socially and economically disadvantaged. "Controlled" is defined as exercising the power to make policy decisions. "Operated" is defined as actively involved in the day-to-day management of the firm.

Item 6: Enter the number of employees. This number should include the employees of all affiliates.

Item 7: A woman-owned business is defined as a firm that is 51%, or more, owned, controlled, and operated by a woman or women. "Controlled" and "Operated" are as defined in Item 5.

Item 8: The SIC Code is a Government Index used to identify business activity and indicates the function (manufacturer, wholesaler, retailer, or service) and the line of business in which the company is engaged. If multiple SIC Codes, indicate the primary first, next important, etc.

Items 9 and 10: Self-explanatory.

NOTE: When any future changes are made to the coded facility; i.e., name change, location change, business sold or operations discontinued, etc., written notification stating the appropriate change should be sent to:

Commander
Defense Logistics Services Center
ATTN: DLSC-FBA
Federal Center
74 North Washington
Battle Creek, MI 49017-3084



*U.S. Government Printing Office: 1989-242-450/90225

**From:** Norman, Wendell N MVM
**To:** Channell, Stephen W MVM; Clayton, Carlos E MVM;
**CC:**
**Subject:** Harbor Dredging Solicitation
**Date:** Tuesday, January 15, 2008 7:41:00 AM
**Attachments:**

---

Guys,

Yesterday afternoon got Jean to give her approval to issue the dredging solicitation.

We need to act quickly. Before she starts drinking coffee!

CT will get the solicitation reviewed by OC. We couldn't get the review done until we knew if Jean was going to require changes. We should be able to get the solicitation issued today or tomorrow.

Wade, I want you to look at the attachments. The attachments are pages from one of MVN's cutterhead dredging solicitations. I want to know how we compare to their required minimum production rates. Call me if we need to discuss.

Thanks,
Wendell

**From:** Norman, Wendell N MVM
**To:** Norman, Wendell N MVM; Channell, Stephen W MVM; Clayton, Carlos E MVM;
**CC:**
**Subject:** RE: Harbor Dredging Solicitation with Attachments
**Date:** Tuesday, January 15, 2008 7:42:35 AM
**Attachments:** miminumProduction.pdf
bidpkg08b0023.pdf
MVNProductionRates.pdf

---

Sorry! I forgot the attachments on the previous e-mail.

-----Original Message-----
From: Norman, Wendell N MVM
Sent: Tuesday, January 15, 2008 7:41 AM
To: Channell, Stephen W MVM; Clayton, Carlos E MVM
Subject: Harbor Dredging Solicitation

Guys,

Yesterday afternoon got Jean to give her approval to issue the dredging solicitation.

We need to act quickly. Before she starts drinking coffee!

CT will get the solicitation reviewed by OC. We couldn't get the review done until we knew if Jean was going to require changes. We should be able to get the solicitation issued today or tomorrow.

Wade, I want you to look at the attachments. The attachments are pages from one of MVN's cutterhead dredging solicitations. I want to know how we compare to their required minimum production rates. Call me if we need to discuss.

Thanks,
Wendell

| | |
|---|---|
| Berwick Lock Forebay | No known structures or utilities. |

3.4.1 MINIMUM PRODUCTION RATE REQUIREMENTS

| Size of Dredge Pump Discharge (inches) | Submerged Pump | Min. Output Per Pumping Hour (Cu.Yds.) |
|---|---|---|
| 20 inches | No | 738 |
| 24 inches | No | 1064 |
| 24 inches | Yes | 1329 |
| 27 inches | No | 1346 |
| 30 inches | No | 1662 |
| 30 inches | Yes | 2205 |

bidpkg08b0023 pdf attachment to email from Nodman dated Jan 15 08 07:42:35 AM

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division
Projects East Branch

**ATTENTION BIDDERS**

In preparing your bid -----

1. Have you signed the bid? Are all blank spaces filled in?

2. If signing on behalf of your company and not an offer thereof, have you attached evidence of your authority to sign the bid?

3. Have you acknowledged receipt of all amendments?

4. Have you checked your bid for possible errors? Arithmetically?

5. Have you furnished all information required by the invitation for bids or the specifications?

6. Are you submitting your bid on time? If mailed, will it reach the place of bid opening at the designated hour?

7. If required by the invitation, have you submitted a bid bond? Is it signed? Is it in the proper amount?

8. Have you identified on the face of the envelope containing your bid, the invitation number to which it pertains, and the date and hour of opening?

**LMN FL 1078-1**
**AUGUST 90 (previous editions are obsolete) Proponent: CEMVN-CT-E**

| **BID BOND** (See instructons on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) | FORM APPROVED OMB NO. **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS). Office of Federal Acquisition Policy, GSA, Washington, D. C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one)<br>☐ INDIVIDUAL ☐ PARTNERSHIP<br>☐ JOINT VENTURE ☐ CORPORATION |
|---|---|
| | STATE OF INCORPORATION |

SURETY(IES) (Name and business address)

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR (Construction, Supplies or Services) | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

bidpkg08b0023 pdf attachment to email from Norman dated Jan-15 08 07:42:35 AM

**CORPORATE SURETY(IES) (Continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g. an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed ___________ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury`s list of approved sureties and must act within the limitations listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substaining information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdicton requiring adhesive seals.

6. Type the name and the title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

bidpkg08b0023.pdf attachment to email from Neuhart dated Jan 10 08 07:42:35 AM

**SOLICITATION, OFFER AND AWARD**
***(Construction, Alteration, or Repair)***

1. SOLICITATION NO. W912P8-08-B-0023
2. TYPE OF SOLICITATION [X] SEALED BID *(IFB)* [ ] NEGOTIATED *(RFP)*
3. DATE ISSUED 30 NOV 2007
PAGE OF PAGES

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

4. CONTRACT NO.
5. REQUISITION/PURCHASE REQUEST NO.
6. PROJECT NO. OM-08-066

7. ISSUED BY CODE W912P8
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
POST OFFICE BOX 60267
NEW ORLEANS, LA 70160-0267

8. ADDRESS OFFER TO
OFFER 1

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
ATTN: CEMVN-CT
PO BOX 60267
NEW ORLEANS, LA 70160-0267

9. FOR INFORMATION CALL:
A. NAME LYDIA A. QUILLENS
B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* (504)862-1887

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*
ATCHAFALAYA BASIN, GULF INTRACOASTAL WATERWAY (GIWW) AND MISCELLANEOUS PROJECTS, CUTTERHEAD DREDGE RENTAL NO. 2-2008

The "Description and Magnitude of Work" is as follows:
The work consists of furnishing one fully crewed and equipped hydraulic pipeline cutterhead dredge on a rental basis for the removal and satisfactory disposal of shoal material within any combination of the following Dredging Regions: Atchafalaya River in the vicinity of Berwick Bay Harbor, Berwick Lock Forebay, Tidewater Point 20 Grand Point, GIWW vicinity of Mile 99, Wax Lake Outlet, Port Allen Lock Forebay, Three Rivers, Baton Rouge Harbor (Devil's Swamp), and Old River Lock Forebay. Work may be required in other areas of the New Orleans District.

*See Section 00010, Para (3)(b).
**Bid Opeing Date To Be Established by Amendment.

11. The Contractor shall begin performance within 5 calendar days and complete it within * calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* ________ *.)*

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS?
*(If "YES," indicate within how many calendar days after award in Item 12B.)*
[X] YES [ ] NO

12B. CALENDAR DAYS 3 DAYS

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 11 a.m. *(hour)* local time ** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror`s name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing other than 30 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

bidpkg00b0025 pdf attachment to email from Noonan dated Jan 15 08 07:42:35 AM

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

CAGE CODE: DUNS NO:

CODE FACILITY CODE

15. TELEPHONE NO. *(Include area code)*

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ______________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE

LAFAYETTE AREA ENGINEER
U.S. ARMY CORPS OF ENGINEERS
646 CAJUNDOME BLVD., SUITE 301
LAFAYETTE, LA 70506

27. PAYMENT WILL BE MADE BY

USACE, FIANCE CENTER
ATTN: CEFC-AD
5722 INTEGRITY DRIVE
MILLINGTON, TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ____________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

**STANDARD FORM 1442 BACK** (REV. 4-85)

bidpkg08b0023 pdf attachment to email from Norman dated Jan 15 08 07:42:35 AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

## Solicitation No. W912P8-08-B-0023

### LOT ONE, 20 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 20-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1551 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 512 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT ONE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 pdf attachment to email from Norman dated Jan-15 08 07:42:35 AM

## SECTION 00010 – BIDDING SCHEDULE

**Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW)**
**and Miscellaneous Projects**
**Cutterhead Dredge Rental No. 2-2008**

**Solicitation No. W912P8-08-B-0023**

**LOT TWO, 24 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, attendant plant and discharge pipeline as specified. | 1076 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 355 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT TWO BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 pdf attachment to email from Norman dated Jan-15 08 07:42:35 AM

## SECTION 00010 – BIDDING SCHEDULE

### Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

### Solicitation No. W912P8-08-B-0023

**LOT THREE, 24 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP**

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 24-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 861 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 284 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT THREE BID | |

*SEE BID FORM NOTES FOLLOWING LAST BID LOT

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

## Solicitation No. W912P8-08-B-0023

### LOT FOUR, 27 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 27-inch ID pump discharge, attendant plant and discharge pipeline as specified | 850 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 281 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FOUR BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 pdf attachment to email from Norman dated Jan 15 08 07:42:35 AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

## Solicitation No. W912P8-08-B-0023

### LOT FIVE, 30 IN ID PUMP DISCHARGE WITHOUT SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, attendant plant and discharge pipeline as specified | 689 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 227 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT FIVE BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 pdf attachment to email from Noonan dated Jan-15 08 07:42:35 AM

# SECTION 00010 – BIDDING SCHEDULE

## Atchafalaya Basin, Gulf Intracoastal Waterway (GIWW) and Miscellaneous Projects Cutterhead Dredge Rental No. 2-2008

## Solicitation No. W912P8-08-B-0023

### LOT SIX, 30 IN ID PUMP DISCHARGE WITH SUBMERGED PUMP

| Bid Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1 | LS | | |
| 0002 | ADDITIONAL MOBILIZATION DUE TO IDLE STANDBY PERIOD | 1 | EA | | |
| 0003 | DREDGING: Rental of one fully operated cutterhead dredge with 30-inch ID pump discharge, submerged pump, attendant plant and discharge pipeline as specified | 519 | Hour | | |
| Option 0004 | DREDGING: same plant as listed in Item 0003 of this bid lot. | 171 | Hour | XXXXXXXXX | |
| Option 0005 | PORT ALLEN LOCK FOREBAY DREDGING: box cut on north side of floating guidewall | 1 | LS | | |
| 0006 | DREDGE TOWING SERVICE | 20 | Mile | | |
| 0007 | PICKET BOAT | | | | |
| 0007AA | FIRST 250 HOURS | 250 | Hour | | |
| 0007AB | ALL OVER 250 HOURS | 100 | Hour | | |
| | | TOTAL: | | LOT SIX BID | |

* SEE BID FORM NOTES FOLLOWING LAST BID LOT

bidpkg08b0023 pdf attachment to email from Noonan dated Jan-15 08 07:42:35 AM

**Bid Form Notes:**

1. Bidders shall bid on all items including optional items (see "*Evaluation of Options*" FAR 52.217-5). Failure to bid on all items will result in a non-responsive bid.

2. Bidders shall use the Item No. 0003 unit price to compute Item No. 0004 total price.

3. Any bid may be rejected if the Contracting Officer or his/her authorized representative determines in writing that it is unreasonable as to price. Unreasonableness of price includes not only the total price of the bid, but the prices for individual line items as well. Any bid may be rejected if the prices for any line items or subline items are materially unbalanced (see "*Proposal Analysis Techniques*" FAR 15.404-1(g)(3)).

4. THE NOTICE TO PROCEED (NTP): The successful bidder is advised that performance and payment bonds shall be submitted in accordance with the time frame in block 12B of SF 1442 after Notice of Award. The NTP will be issued after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contractor shall initiate a meeting to discuss the submittal process with the Area or Resident Engineer or his authorized representative. Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract have been conducted.

bidpkg08b0023 pdf attachment to email from Norman dated Jan-15 08 07:42:35 AM

**ADDITIONAL BID FORM NOTES:**

**1. BIDDING.**

a. The bidder shall select only one bid lot, determined by the class of dredge intended to be used. Bids which are submitted on an inappropriate bid lot will be declared non-responsive.

b. Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items but does furnish an extended total or an estimated amount for such items, the Government will deem the unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY REQUIRED ITEM, THE BID WILL BE DECLARED NON-RESPONSIVE.

**2. EVALUATION OF BIDS.**

a. To provide fair competition between dredges of dissimilar sizes and production rates the hourly dredging quantities have been determined based on the estimated quantity of shoal material to be removed and the nominal production rates of the dredges in each bid lot. The production rates shown in the chart entitled “Minimum Production Rates” located in the Dredging Regions section(s) were used to make this determination.

b. The nominal dredge production rates listed in this solicitation were conservatively estimated based on lower-bound material face availability of this solicitation's dredging regions, which have variable and dynamic shoaling conditions. It is the bidder's responsibility to make it’s own assessment of the actual dredging conditions in order to prepare a bid for this work.

c. Award will be to that responsible bidder presenting the lowest priced responsive bid in response to this solicitation, regardless of the Bid Lot used.

d. The hourly quantities shown on the bid lots (Bid Items, “Dredging”, and “Option: Dredging”) are 100% pay time hours. The actual term of the dredge rental may vary as a result of fractional pay time. Refer to paragraph 02327-1.2.4 entitled "Dredging and Option Dredging Items", for additional information.

**3. CONDITIONS OF CONTRACT AWARD.**

a. Award will be made as a whole to one bidder. The dredge and attendant plant offered in the bidding schedule shall be complete with full operating personnel and in operating status for the contract period. EM 385-1-1, Section 19 “Floating Plant and Marine Activities” shall be complied with at all times. All work under these

bidpkg08b0023 pdf attachment to email from Norman dated Jan 15 08 07:42:35 AM

specifications shall be performed in accordance with the provisions of EM 385-1-1 "Army Corps of Engineers Safety and Health Requirements Manual", dated 3 Nov 2003.

b. The number of hours of rental time stated in the bidding schedule is an estimated quantity. The dredge and attendant plant will be retained for an approximate number of days shown in the table below starting from 120 hrs after receipt of Government Notice to Proceed by the Contractor.

| APPROXIMATE CUTTERHEAD DREDGE CONTRACT DURATION (BASE PLUS OPTION) | | | |
|---|---|---|---|
| **BID LOT** | **DISCHARGE LINE ID (INCHES)** | **SUBMERGED PUMP** | **APPROXIMATE NUMBER OF RENTAL DAYS** |
| 1 | 20 | No | 134 |
| 2 | 24 | No | 105 |
| 3 | 24 | Yes | 92 |
| 4 | 27 | No | 91 |
| 5 | 30 | No | 82 |
| 6 | 30 | Yes | 71 |

c. The bidder shall be capable of providing for assignment of the dredge and all attendant plant, complete and in full operating condition in all respects, within 120 hours after receipt of Notice to Proceed by the Contractor.

## 4. BIDDER QUALIFICATIONS.

a. Before the Government will award a contract based on this solicitation, the apparent low bidder shall establish that it is responsible and entitled to award of the contract, by certifying that its dredge meets the appropriate production rate for the dredging region, as listed in the table entitled "Minimum Production Rates" located in the Dredging Regions section(s). The dredge must have performed at, or above, the listed production rate for at least 85 percent of the total contract duration, on any contracts that are used to prove plant capability, within three years prior to the bid opening date of this solicitation. Failure to establish the dredge's capability to meet the required production rate will result in a finding of non-responsibility.

b. A bidder may be rejected as non-responsible if it cannot show the necessary capital, experience, or equipment needed to perform the work described under this solicitation (see "*Contractor Qualifications*" FAR 9.1). The bidder must also show that the dredge and attendant plant are not already obligated for the performance of other

work which would delay commencement, performance, and completion of the solicited work; and must show that delivery of the dredge and attendant plant to the site of work can be made within the time allowed in the specifications.

**5. PRE-AWARD INSPECTION OF PLANT.**

a. The apparent low bidder shall make the dredge and attendant plant available for inspection, to determine compliance with these specifications, as soon as practicable after bids are opened, and prior to contract award. If deficiencies are found during the inspection, the bidder will be notified in writing, which may be transmitted by email or facsimile. Upon receipt of such notice, the bidder shall correct all deficiencies at least two calendar days in advance of the projected contract award date.

b. Two calendar days before the projected award date, or upon notification by the bidder that the deficiencies have been corrected, a Government representative will re-inspect the dredge and attendant plant. If at that time the dredge and attendant plant do not meet the requirements of these specifications, the bidder will be rejected as non-responsible.

c. The Government may choose to waive the pre-award inspection if the projected contract award date is less than five calendar days after the bid opening date. Waiver of the pre-award inspection does not relieve the bidder from the requirement to provide a dredge and attendant plant in full compliance with the specifications.

**6. OPTION ITEMS**

a. The Government may require the delivery of, in whole or part, all Option Items. The Government may exercise an Option Item by written notice to the Contractor. If the Government activates the Option Item, the activation will occur while the Contractor's equipment is in the work vicinity as described in the applicable Dredging Region Section(s). “Option Dredging” Item work shall be performed as a continuance of “Dredging” Item work, which shall be activated first.

b. No additional mobilization/demobilization will be paid to the Contractor for Option Item work performed within the work region. The Contractor shall commence performance of optional work no more than 3 calendar days after the time the Contractor receives the Government’s Notice to Proceed with the optional work.

**7. EVALUATION OF SUBDIVIDED ITEMS (EFARS 52.211-5000-MAR 95).** Item No. 0007 is subdivided into two or more estimated quantities and are to be separately priced. The Government will evaluate each of these items on the basis of total price of its sub-items.

**8. VARIATIONS IN ESTIMATED QUANTITIES-SUBDIVIDED ITEMS (EFARS 52.212-5001 – MAR 95).** The Variations in Estimated Quantities Subdivided Items clause is applicable only in Item No. 0007.

a. Variations from the estimated quantity in the actual work performed under any second or subsequent sub-item or elimination of all work under such a second or subsequent sub-item will not be the basis for an adjustment in contract unit price.
b. Where the actual quantity of work performed for Item No. 0007 is less than 85% of the quantity of the first sub-item listed under such items, the Contractor will be paid at the contract unit price for that sub-item for the actual quantity of work performed and, in addition, an equitable adjustment in contract price shall be made in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity – Apr 84.
c. If the quantity of work performed under Item No. 0007 exceeds 115% or is less than 85% of the total estimated quantity of the sub-items under that item, and/or if the quantity of work performed under the second sub-item or any subsequent sub-item under Item No. 0007 exceeds 115% or is less than 85% of the estimated quantity of any such sub-item, and if such variation causes an increase or decrease in the time required for performance of this contract, the contract completion time will be adjusted in accordance with the clause FAR 52.211-18, Variation in Estimated Quantity.

TABLE OF CONTENTS

SECTION 00600 - REPRESENTATIONS & CERTIFICATIONS

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998) ..... 1
52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006) ..... 2
52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) ..... 3
252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006) ..... 5
252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992) ..... 5

Section 00600 - Representations & Certifications

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.-------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

bidpkg08b0023 pdf attachment to email from Norman dated Jan 15 08 07:42:35 AM

___ International organization per 26 CFR 1.6049-4;

___ Other-----------------------------------------------------

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name-----------------------------------------------------------------

TIN------------------------------------------------------------------

(End of provision)

52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (b) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

(__) Paragraph (c) applies.

(__) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause | Title | Date | Change |
|---|---|---|---|
| ------ | ---------- | ------ | ------ |

bidpkg08b0023 pdf attachment to email from Norman dated Jan 15 08 07:42:35 AM

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

(End of Provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990.

(2) The small business size standard is $18.5 million.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women; in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

bidpkg08b0023 pdf attachment to email from Norman dated Jan-15 08 07:42:35 AM

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries subject to this provision include: Cuba, Iran, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement Clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

bidpkg08b0023 pdf attachment to email from Noonan dated Jan-15 08 07:42:35 AM

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

**REQUEST FOR ASSIGNMENT OF A COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE**
*(See Instructions on Reverse)*

*Form Approved*
*OMB No. 0704-0225*
*Expires May 31, 1990*

## SECTION A - TO BE COMPLETED BY INITIATOR

1. REQUESTING GOVERNMENT AGENCY / ACTIVITY
   - a. NAME
   - b. ADDRESS *(Street, City, State and Zip Code)*
2. TYPE CODE REQUESTED *(X one)*
   - a. TYPE A
   - b. TYPE F
3. EXCEPTION CODES
   - a. CAO
   - b. ADP
4. INITIATOR
   - a. TYPED NAME *(Last, First, Middle Initial)*
   - b. OFFICE SYMBOL
   - c. SIGNATURE
   - d. TELEPHONE NO.

## SECTION B - TO BE COMPLETED BY FIRM TO BE CODED

1. FIRM
   - a. NAME *(Include Branch of, Division of, etc.)*
   - b. ADDRESS *(Street, City, State and Zip Code)*
   - c. CAGE CODE *(If previously assigned)*
2. IF FIRM PREVIOUSLY OPERATED UNDER OTHER NAME(S) OR OTHER ADDRESS(ES) SPECIFY THE PREVIOUS NAME(S) AND/OR ADDRESS(ES) *(Use separate sheet of paper, if necessary)*
3. PARENT COMPANY AND AFFILIATED FIRMS *(X one, and complete as applicable)*
   - a. NONE
   - b. CURRENTLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)*
   - c. PREVIOUSLY AFFILIATED WITH OTHER FIRMS *(List name(s) and address(es) of such firms on a separate sheet of paper)*
4. PRIMARY BUSINESS CATEGORY *(X one)*
   - a. MANUFACTURER
   - b. DEALER / DISTRIBUTOR
   - c. CONSTRUCTION FIRM
   - d. SERVICE COMPANY
   - e. SALES OFFICE
   - f. OTHER *(Specify)*
5. DISADVANTAGED SMALL BUSINESS STATUS *(X one)*
   - a. APPROVED BY SMALL BUSINESS ADMINISTRATION (SBA) FOR SECTION 8(a) PROGRAM
   - b. OTHER DISADVANTAGED SMALL BUSINESS FIRM
   - c. NOT DISADVANTAGED SMALL BUSINESS FIRM
6. NUMBER OF EMPLOYEES
7. WOMAN OWNED BUSINESS *(X one)*
   - a. YES
   - b. NO
8. STANDARD INDUSTRIAL CLASSIFICATION (SIC) CODE(S)
   - a. PRIMARY
   - b. OTHER *(Specify)*

10. FIRM OFFICIAL
   - a. TYPED NAME *(Last, First, Middle Initial)*
   - b. DATE SIGNED *(YYMMDD)*
   - c. SIGNATURE
   - d. TELEPHONE NO

bidpkg08b0023 pdf attachment to email from Noonan dated Jan-15 08 07:42:35 AM

In the event you do not have a cage code, please complete Section B of DD Form 2051 and submit this form with your bid.

# INSTRUCTIONS FOR COMPLETING DD FORM 2051

## GENERAL NOTE FOR PERSONNEL PREPARING OR PROCESSING THIS REPORT

Coding must be as indicated in the instructions. In cases where specific coding instructions are provided, reference must be made to the Department of Defense Manual for Standard Data Elements, DoD 5000.12-M. Noncompliance with either the coding instructions contained herein or those published in referenced manual will make the organization which fails to comply responsible for required concessions in data base communication.

## SPECIFIC INSTRUCTIONS

### SECTION A - TO BE COMPLETED BY THE INITIATING GOVERNMENT ACTIVITY

Item 1: Self-explanatory.

Item 2: Mark the type of code being requested.

a. Type A - Manufacturers Code which is used in the Federal Catalog System to identify a certain facility at a specific location which is a possible source for the manufacture and/or design control of items cataloged by the Federal Government; or,

b. Type F - Non-manufacturers Code which is required for identifying an organization/function in MILSCAP. These are assigned to contractors which are non-manufacturers or are manufacturers not qualifying for a Type A Code.

Item 3: If applicable, enter the exception DoD Activity Address Code for the Servicing Contract Administration Office (CAO) or ADP point.

Item 4: Self-explanatory.

### SECTION B - TO BE COMPLETED BY THE FIRM TO WHICH THE CODE WILL BE ASSIGNED

Items 1a and 1b: Self-explanatory.

Item 1c: If a CAGE Code (Type A or Type F) was previously assigned, enter it in this block.

Item 2: Self-explanatory.

Item 3: If a block other than "None" is marked, identify the Parent company by a (P) beside the firm name.

### SECTION B - (Continued)

Item 4: Self-explanatory.

Item 5: A disadvantaged business firm is defined as a firm that is 51%, or more, owned, controlled, and operated by a person(s) who is socially and economically disadvantaged. "Controlled" is defined as exercising the power to make policy decisions. "Operated" is defined as actively involved in the day-to-day management of the firm.

Item 6: Enter the number of employees. This number should include the employees of all affiliates.

Item 7: A woman-owned business is defined as a firm that is 51%, or more, owned, controlled, and operated by a woman or women. "Controlled" and "Operated" are as defined in Item 5.

Item 8: The SIC Code is a Government Index used to identify business activity and indicates the function (manufacturer, wholesaler, retailer, or service) and the line of business in which the company is engaged. If multiple SIC Codes, indicate the primary first, next important, etc.

Items 9 and 10: Self-explanatory.

NOTE: When any future changes are made to the coded facility; i.e., name change, location change, business sold or operations discontinued, etc., written notification stating the appropriate change should be sent to:

Commander
Defense Logistics Services Center
ATTN: DLSC-FBA
Federal Center
74 North Washington
Battle Creek, MI 49017-3084

DD Form 2051 Reverse, DEC 87

*U.S. Government Printing Office: 1989-242-450/90225

specifications shall be performed in accordance with the provisions of EM 385-1-1 "Army Corps of Engineers Safety and Health Requirements Manual", dated 3 Nov 2003.

b. The number of hours of rental time stated in the bidding schedule is an estimated quantity. The dredge and attendant plant will be retained for an approximate number of days shown in the table below starting from 120 hrs after receipt of Government Notice to Proceed by the Contractor.

| APPROXIMATE CUTTERHEAD DREDGE CONTRACT DURATION (BASE PLUS OPTION) | | | |
|---|---|---|---|
| BID LOT | DISCHARGE LINE ID (INCHES) | SUBMERGED PUMP | APPROXIMATE NUMBER OF RENTAL DAYS |
| 1 | 20 | No | 134 |
| 2 | 24 | No | 105 |
| 3 | 24 | Yes | 92 |
| 4 | 27 | No | 91 |
| 5 | 30 | No | 82 |
| 6 | 30 | Yes | 71 |

c. The bidder shall be capable of providing for assignment of the dredge and all attendant plant, complete and in full operating condition in all respects, within 120 hours after receipt of Notice to Proceed by the Contractor.

## 4. BIDDER QUALIFICATIONS.

a. Before the Government will award a contract based on this solicitation, the apparent low bidder shall establish that it is responsible and entitled to award of the contract, by certifying that its dredge meets the appropriate production rate for the dredging region, as listed in the table entitled "Minimum Production Rates" located in the Dredging Regions section(s). The dredge must have performed at, or above, the listed production rate for at least 85 percent of the total contract duration, on any contracts that are used to prove plant capability, within three years prior to the bid opening date of this solicitation. Failure to establish the dredge's capability to meet the required production rate will result in a finding of non-responsibility.

b. A bidder may be rejected as non-responsible if it cannot show the necessary capital, experience, or equipment needed to perform the work described under this solicitation (see "*Contractor Qualifications*" FAR 9.1). The bidder must also show that the dredge and attendant plant are not already obligated for the performance of other

**From:** Norman, Wendell N MVM
**To:** Channell, Stephen W MVM; Sullivan, Richard S MVM; Welch, Jerry R MVM;
**CC:** Berry, Janet C MVM; Clayton, Carlos E MVM;
**Subject:** Harbor Dredging Solicitation Has Been Issued
**Date:** Thursday, January 17, 2008 1:39:05 PM
**Attachments:** W912EQ-08-B-0001.pdf

---

http://www.mvm.usace.army.mil/contracting/Ebs/ViewSolicitation.asp?SolicitationNumber=W912EQ-08-B-0001&RegisterOption=True&ID=

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912EQ-08-B-0001 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 17-Jan-2008 | PAGE OF PAGES 1 OF 179 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. W38XGR73303790 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY CODE W912EQ | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 | **See Item** |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME CARLOS E CLAYTON | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* 901-544-3119 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Dredging of the Mississippi River, Harbors and new construction of Northwest Tenn. Harbor. The dredge will be used to maintain various harbors at any points on the Mississippi River between Cape Girardeau, MO(Mile 48 UMR), and Greenville, MS (Mile 537AHP), which includes Hickman, KY; New Madrid, MO; Caruthersville, MO; Osceola, AR; Memphis, TN; and Helena, AR. The dredge will also be used for new construction dredging of the NorthWest TN Harbor LMR. Mile 899.0. The dredge shall not be less than 27-inch I.D. discharge and have a manufacturer's horsepower rating for continuous operation of not less than 3,900 brake horsepower. Dredges larger than 30-inch will be considered,but the estimated output will be based on the quanity shown for a 29 inch dredge. The Dredge shall be able to maintain a minimum production rate of 1145 cubic yards per hour at all times during the performance of this contract. The estimated cost range of the work is between $5 and $10 million. This will be an unrestricted procurement with HubZone Price Evaluation Preference(See Section 0700, FAR Clause 52.219-4). Any award issued from this solicitation is pursuant to the small Business Competitiveness Program.

11. The Contractor shall begin performance within 21 calendar days and complete it within 275 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* 52.211-10 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 5 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 20 Feb 2008 *(date).* If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

# SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFE** ***(Must be fully completed by offeror)***

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br><br>**See Item 14** |
| CODE / FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

| | |
|---|---|
| AMOUNTS | SEE SCHEDULE OF PRICES |

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | **ITEM** | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |
|---|---|---|

| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY: CODE |
|---|---|

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| | |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>TEL: EMAIL: |
| 30B. SIGNATURE / 30C. DATE | 31B. UNITED STATES OF AMERICA BY / 31C. AWARD DATE |

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

Section 00010 - SOLICITATION CONTRACT FORM

**LOT 1 27-INCH DREDGE**
**BID ITEMS 0001 THRU 0005**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | New construction dredging of the Northwest Tenn. Harbor at mile LMR 899.0. Rental of one fully operated hydralic dredge with 27-inch ID pump discharge, booster pump if needed and attendant dredge plant including pipeline | | | | |
| 0001AA | First 1,384.5 hours | 1,384.50 | Hours | ____________ | ____________ |
| 0001AB | All over 1384.5 hours | 692 | Hours | ____________ | ____________ |
| 0002 | All other Dredging Rental of one fully operated hydraulic dredge with 27-inch ID pump discharge, booster pump if needed and attendant dredge plant including pipeline | | | | |
| 0002AA | First 1384.5 hours | 1,384.50 | Hours | ____________ | ____________ |
| 0002AB | All over 1384.5 hours | 692 | Hours | ____________ | ____________ |
| 0003 | Upstream Towing of Dredge and attendant plant. | | | | |
| 0003AA | First 200 miles | 200 | Miles | ____________ | ____________ |
| 0003AB | All over 200 miles | 200 | Miles | ____________ | ____________ |

| | | | | | |
|---|---|---|---|---|---|
| 0004 | Downstream Towing of dredge and plant | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AA | First 200 miles | 200 | Miles | ________ | ________ |
| 0004AB | All over 200 miles | 200 | Miles | ________ | ________ |
| 0005 | Mobilization and demobilization | 1 | Lump Sum | | ________ |

**LOT 1 27-INCH DREDGE TOTAL BID ITEMS 0001 THRU 0005** ________

**LOT 2 29-INCH DREDGE**
**BID ITEMS 0006 THRU 0010**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | New Construction dredging of the Northwest Tenn. Harbor at mile LMR 899.0. Rental of one fully operated hydraulic dredge with 29-inch ID pump discharge, booster pump if needed and attendant dredge plant including pipeline | | | | |
| 0006AA | First 1,200 hours | 1,200 | Hours | ________ | ________ |
| 0006AB | All over 1,200 hours | 600 | Hours | ________ | ________ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | All other Dredging Rental of one fully operated hydraulic dredge with 29-inch ID pump discharge and attendant dredge plant including pipeline. | | | | |
| 0007AA | First 1,200 hours | 1,200 | Hours | ________ | ________ |
| 0007AB | All over 1,200 hours | 600 | Hours | ________ | ________ |
| 0008 | Upstream Towing of dredge and attendant plant | | | | |
| 0008AA | First 200 Miles | 200 | Miles | ________ | ________ |
| 0008AB | All over 200 miles | 200 | Miles | ________ | ________ |

| | | | | | |
|---|---|---|---|---|---|
| 0009 | Downstream Towing of dredge and attendant plant | | | | |
| 0009AA | First 200 miles | 200 | Miles | ________ | ________ |
| 0009AB | All over 200 miles | 200 | Miles | ________ | ________ |
| 0010 | Mobilization and Demobilization | 1 | Lump Sum | | ________ |

**LOT 2 29-INCH DREDGE TOTAL BID ITEMS 0006 THRU 0010** ________

NOTE: Bidders shall furnish unit prices for all items listed on the schedule of bid items

which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items, but does furnish an extended total or an estimated amount for such items, the Government will deem his unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY ITEM, HIS BID WILL BE DECLARED NONRESPONSIVE.

Award will be made as a whole to one bidder.

All quantities are estimated except where unit is given as "job" or "each."

If a bid or modification to a bid based on unit prices is submitted and provides for a lump sum adjustment to the total estimated cost, the application of the lump sum adjustment to each unit price, including lump sum units, in bid schedule must be stated, or, if it is not stated, the bidder agrees that the lump sum adjustment shall be applied on a pro rata basis to every unit price in the bid schedule.

**Technical POC: Wade Channell 901-544-3764 or email at**
**Stephen.w.channell@usace.army.mil**

**Administrative POC: Carl Clayton 901-544-3119 or email at**
Carlos.e.clayton@usace.army.mil

Harbor.
**(To be attached to Bid Form)**

U.S. Army Corps of Engineers, Memphis District
167 North Main Street, B202
Memphis TN 38103-1894

In compliance with the above Invitation for Bids, the undersigned hereby proposes to furnish,
deliver, and operate the following plant in strict accordance with the attached specifications:

One Cutterhead Hydraulic Pipeline Dredge and Attendant Plant with the following characteristics:

DREDGE NAME or NUMBER:______________________________________

a. Hull length ______________________________________(feet)
b. Draft __________________________________________(feet)
c. Length of dredge spuds _______________________________(feet)
d. Maximum and Minimum dredging depth ____________________(feet)
e. Maximum effective dredge swing ________________________(feet)
f. Ladder length ______________________________________(feet)
g. Cutter motor, brake horsepower _________________________(feet)

<u>DISCHARGE SIZE</u>:

a. Discharge line, inside diameter _________(inches)
b. Pump discharge, inside diameter ________(inches)

<u>MAIN ENGINE</u>: Continuous brake horsepower applied to pump impeller ____________(hp)

<u>BOOSTER PUMP IF NEEDED</u>:
Continuous brake horsepower applied to pump impeller _____________(hp)

<u>ATTENDANT PLANT</u>:

Derrick Barge - Type _______________________________________
Dimensions - length, width, draft ______________________________(feet)
Boom length ________________________________________(feet)

Crane Barge - Type _______________________________________
Dimensions - length, width, draft ______________________________(feet)
Boom length ________________________________________(feet)

Spill Barge Dimensions - length, width, draft _______________________(feet)

Fuel Barge Dimensions - length, width, draft ______________________________(feet)

BULLDOZERS(2) DOZER NO.1 DOZER NO.2

Make ____________ ____________

Model ____________ ____________

Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River, Harbors and new construction of Northwest Tenn. Harbor.

EXCAVATOR(1) EXCAV NO.1

Make ____________

Model ____________

TENDERS (3)

Tender No.1

| | | | |
|---|---|---|---|
| Name ________________________ | PROPELLING | | |
| Year Built _____________________ | ENGINES: | PORT | STBD |
| HULL: ______ | Make | __________________ | ___________ |
| Length (feet) ___________________ ______ | Model | __________________ | ___________ |
| Molded Beam (feet) _____________ ______ | Serial No | __________________ | ___________ |
| Draft (feet) ____________________ ______ | Brake HP | __________________ | ___________ |

Tender No.2

| | | | |
|---|---|---|---|
| Name ________________________ | PROPELLING | | |
| Year Built _____________________ | ENGINES: | PORT | STBD |
| HULL: ______ | Make | __________________ | ___________ |
| Length (feet) ___________________ ______ | Model | __________________ | ___________ |

W912EQ-08-B-0001 pdf attachment to email from Norman dated Jan 17-08 1:39:05 PM


Molded Beam (feet) ______________ Serial No ____________ ____________

Draft (feet) ______________ Brake HP ____________ ____________

Tender No.3

Name ______________ PROPELLING ENGINES: PORT STBD

Year Built ______________

HULL: Make ____________ ____________

Length (feet) ______________ Model ____________ ____________

Molded Beam (feet) ______________ Serial No ____________ ____________

Draft (feet) ______________ Brake HP ____________ ____________

SURVEY/CREW BOAT (1)

Model ______________________________

Dimensions - length, width, draft ______________________ (feet)

| OUTBOARD MOTORS (3) | Motor 1 | Motor 2 | Motor 3 |
|---|---|---|---|
| Model | ________ | ________ | ________ |
| Horsepower | ________ | ________ | ________ |

Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River, Harbors and new construction of Northwest Tenn. Harbor.

The plant was last operated at ___________________________(location), in (month/year).

The plant may be inspected at (location).

The plant offered is owned by
.

SECTION 00100
CONDITIONS AND NOTICES TO BIDDERS

**A. BIDDING MATERIAL** - Specifications, drawings and solicitation forms can be obtained at no cost from the Memphis District Corps of Engineers Contracting Home Page http://www.mvm.usace.army.mil/contracting/ebs/AdvertisedSolicitations.asp or from the Corps of Engineers, Memphis District, Contracting Division, 167 North Main Street Room 681, Memphis, TN 38103-1894 (901)544-3353. When the solicitation package is available, you may download it from the **Army Single Face to Industry (ASFI) Acquisition Business Web Site** at the following link: https://acquisition.army.mil/asfi/. Questions concerning bid documents should be submitted in writing to Carlos Clayton at carlos.e.clayton@usace.army.mil

BID DOCUMENTS: The following documents must be submitted with a bid:

1. SF 1442, Solicitation, Offer and Award
2. Schedule of bids/prices
3. Representations and Certifications (Section 00600)
4. All amendments must be acknowledged
5. Bid Bond (Standard Form 24), if over $100,000

**B. SITE VISITS** – Bidders should inspect the job site prior to submitting a bid. Site Visits may be coordinated by mail or telephone (COLLECT CALLS NOT ACCEPTED) between the hours of 7:30 AM and 3:00 PM, exclusive of Federal holidays. The point of contact to schedule a site visit for this Invitation for Bids is: Stephen W. Channell (Wade), at 901-544-3764 or email stephen.w.channell@usace.army.mil See Section 00100, clause 52.236-27, entitled "Site Visit (Construction)".

**C. CONDITIONS AFFECTING THE WORK** - Bidders should visit the site and take such other steps as may be reasonably necessary to ascertain the nature and location of the work and the general and local conditions that can affect the work or the cost thereof. Failure to do so will not relieve bidders from responsibility for estimating properly the difficulty or cost of successfully performing the work. The Government will assume no responsibility for any understanding or representations concerning conditions made by any of its officers or agents prior to the execution of the contract, unless included in the Invitation for Bids, the specifications or related documents. See Section 00700, clause 52.236-3, entitled "Site Investigation and Conditions Affecting the Work".

**D. PUBLIC OPENING OF BIDS -** Bids will be publicly opened at the time set for opening in the Invitation for Bids. Their content will be made public for the information of bidders and others interested, who may be present. As soon as practicable after bid opening, an abstract of bids will be available through our web page at: http://www.mvm.usace.army.mil/contracting/ebs/AdvertisedSolicitations.asp under Bid Results.

**E. BIDDER'S ADDRESS** - Prospective bidders should indicate in the offer, the address to which payment and/or correspondence should be mailed, if such address is different from that shown for the bidder on Standard Form 1442 Block 14.

**F. MODIFICATIONS PRIOR TO DATE SET FOR OPENING BIDS** - The right is reserved as the interest of the Government may require, to revise or amend the specifications or drawings or both prior to the date set for opening bids. Such revisions and amendments, if any, will be announced by an amendment or amendments to this Invitation for Bids. If the revisions and amendments are of a nature which requires material changes in quantities or prices bid or both, the date set for opening bids may be postponed by such number of days as in the opinion of the issuing officer will enable bidders to revise their bids. In such cases, the amendment will include an announcement of the new date for opening bids. See Section 00100, clause 52.214-3, "Amendments to Invitations for Bids".

**G. NOTICE TO BIDDERS -** SIXTY DAY OFFER GUARANTEE (See SF 1442 Block 13d)

**H. EXPLANATION OF PROVISION/CLAUSE NUMBERS UTILIZED IN THIS SOLICITATION** -
(1) Federal Acquisition Regulation (FAR) provisions/clauses are numbered as follows: 52.252-7.
(2) Defense Acquisition Regulation Supplement (DFARS) provisions/clauses are numbered as follows: 252.204-7000.
(3) Army Federal Acquisition Regulation Supplement (AFARS), provisions/clauses are numbered as follows: 52.252-9000.
(4) Engineer Federal Acquisition Regulation Supplement (EFARS), provisions/clauses are numbered as follows: 52.252-5000.

**I. REQUIRED CENTRAL CONTRACTOR REGISTRATION -** By submission of a bid, the bidder acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation. Lack of registration in the CCR database will make a bidder ineligible for award. Bidders and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or at: http://www.ccr.gov See Section 00700, clause 252.204-7004 Alt A, "Required Central Contractor Registration Alternate A".

**J. BIDDER'S QUALIFICATIONS** - To establish its responsibility, the bidder may be requested by the Government to submit a statement regarding his previous experience in performing comparable work, his business and technical organization, financial resources (including recent financial statements or audits), plant available to be used in performing the work and, if applicable, an approved sub-contracting plan. All documents relevant to establish a bidder's responsibility shall be made available as soon as practicable after bid opening; but, not later than 3 days after request by the Contracting Officer or the authorized Representative of the Contracting Officer.

**K. NOTICE OF BONDS** - The following bid/contract information is applicable only if the bid/contract is over one hundred thousand dollars ($100,000):

(1) BID BONDS: This is applicable only if proposal is over one hundred thousand dollars ($100,000). Each bidder shall submit with his bid a Bid Bond (Standard Form 24) with good and sufficient surety or sureties acceptable to the Government in the form of twenty percent (20%) of the bid price or three million dollars ($3,000,000) whichever is lesser. The bid bond penalty may be expressed in terms of a percentage or may be expressed in dollars and cents. See Section 00700, clause 52.228-1, entitled "Bid Guarantee".

(2) PERFORMANCE BONDS. The penal amount of the performance bond shall equal one hundred percent (100%) of the contract price. Bonds shall be received within five (5) days after receipt of contract award. See Section 00700, clause 52.228-15, entitled "Performance and Payment Bonds – Construction".

(3) PAYMENT BONDS: Within five (5) days after receipt of contract award to the bidder whom award is made, one (1) bond, with good and sufficient surety or sureties acceptable to the Government, shall be furnished; namely a Payment Bond (Standard Form 25A). The penal amount of such bonds shall equal one hundred percent (100%) of the contract price. See Section 00700, clause 52.228-15, entitled "Performance and Payment Bonds – Construction".

**L. POST AWARD SUBMITTAL REQUIREMENTS -** Within five (5) days after receipt of contract award, the contractor shall submit an acceptable performance bond, payment bond and certificate of insurance. The contractor shall provide an approved Accident Prevention Plan, Environmental Protection Plan and Quality Control Plan in accordance with the specifications. (See Sections 00800, 01355A, and 01451A)

**M. ONLINE REPRESENTATIONS AND CERTIFICATIONS** – As of January 1, 2005, all contractors who submit an offer/bid are required to register in the online representations and certifications application (ORCA). See FAR clauses 52.204-7 and 52.204-8 for requirement information. The website for requirement information is http://ORCA.bpn.gov. The online representations and certifications replaces the representations and certifications normally found in Section 00600.

INDEX TO INSTRUCTIONS TO BIDDERS



| | | |
|---|---|---|
| 52.214-3 | Amendments To Invitations For Bids | DEC 1989 |

| | | | |
|---|---|---|---|
| 52.214-4 | False Statements In Bids | APR 1984 | |
| 52.214-5 | Submission Of Bids | MAR 1997 | |
| 52.214-6 | Explanation To Prospective Bidders | APR 1984 | |
| 52.214-7 | Late Submissions, Modifications, and Withdrawals of Bids | NOV 1999 | |
| 52.214-18 | Preparation of Bids-Construction | APR 1984 | |
| 52.214-19 | Contract Award-Sealed Bidding-Construction | AUG 1996 | |
| 52.214-34 | Submission Of Offers In The English Language | APR 1991 | |
| 52.214-35 | Submission Of Offers In U.S. Currency | APR 1991 | |
| 52.214-5000 | Apparent Clerical Mistakes | MAR 1995 | EFARS |
| 52.216-1 | Type Of Contract | APR 1984 | |
| 52.222-23 | Notice of Requirement for Affirmative Action to Ensure Equal Employment Opportunity for Construction | FEB 1999 | |
| 52.225-10 | Notice of Buy American Act Requirement--Construction Materials | MAY 2002 | |
| 52.233-2 | Service Of Protest | SEP 2006 | |
| 52.236-27 | Site Visit (Construction) | FEB 1995 | |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 | |

## CLAUSES INCORPORATED BY FULL TEXT

### 52.214-3 AMENDMENTS TO INVITATIONS FOR BIDS (DEC 1989)

(a) If this solicitation is amended, then all terms and conditions which are not modified remain unchanged.

(b) Bidders shall acknowledge receipt of any amendment to this solicitation (1) by signing and returning the amendment, (2) by identifying the amendment number and date in the space provided for this purpose on the form for submitting a bid, (3) by letter or telegram, or (4) by facsimile, if facsimile bids are authorized in the solicitation. The Government must receive the acknowledgment by the time and at the place specified for receipt of bids.

(End of provision)

### 52.214-4 FALSE STATEMENTS IN BIDS (APR 1984)

Bidders must provide full, accurate, and complete information as required by this solicitation and its attachments. The penalty for making false statements in bids is prescribed in 18 U.S.C. 1001.

(End of provision)

### 52.214-5 SUBMISSION OF BIDS (MAR 1997)

(a) Bids and bid modifications shall be submitted in sealed envelopes or packages (unless submitted by electronic means) (1) addressed to the office specified in the solicitation, and (2) showing the time and date specified for receipt, the solicitation number, and the name and address of the bidder.

(b) Bidders using commercial carrier services shall ensure that the bid is addressed and marked on the outermost envelope or wrapper as prescribed in subparagraphs (a)(1) and (2) of this provision when delivered to the office specified in the solicitation.

(c) Telegraphic bids will not be considered unless authorized by the solicitation; however, bids may be modified or withdrawn by written or telegraphic notice.

(d) Facsimile bids, modifications, or withdrawals, will not be considered unless authorized by the solicitation.

(e) Bids submitted by electronic commerce shall be considered only if the electronic commerce method was specifically stipulated or permitted by the solicitation.

(End of provision)

52.214-6 EXPLANATION TO PROSPECTIVE BIDDERS (APR 1984)

Any prospective bidder desiring an explanation or interpretation of the solicitation, drawings, specifications, etc., must request it in writing soon enough to allow a reply to reach all prospective bidders before the submission of their bids. Oral explanations or instructions given before the award of a contract will not be binding. Any information given a prospective bidder concerning a solicitation will be furnished promptly to all other prospective bidders as an amendment to the solicitation, if that information is necessary in submitting bids or if the lack of it would be prejudicial to other prospective bidders.

(End of provision)

52.214-7 LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF BIDS (NOV 1999)

(a) Bidders are responsible for submitting bids, and any modifications or withdrawals, so as to reach the Government office designated in the invitation for bids (IFB) by the time specified in the IFB. If no time is specified in the IFB, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that bids are due.

(b)(1) Any bid, modification, or withdrawal received at the Government office designated in the IFB after the exact time specified for receipt of bids is “late” and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late bid would not unduly delay the acquisition; and--

(i) If it was transmitted through an electronic commerce method authorized by the IFB, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of bids; or

(ii) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of bids and was under the Government's control prior to the time set for receipt of bids.

(2) However, a late modification of an otherwise successful bid that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(c) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the bid wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(d) If an emergency or unanticipated event interrupts normal Government processes so that bids cannot be received at the Government office designated for receipt of bids by the exact time specified in the IFB and urgent Government requirements preclude amendment of the IFB, the time specified for receipt of bids will be deemed to

be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(e) Bids may be withdrawn by written notice received at any time before the exact time set for receipt of bids. If the IFB authorizes facsimile bids, bids may be withdrawn via facsimile received at any time before the exact time set for receipt of bids, subject to the conditions specified in the provision at 52.214-31, Facsimile Bids. A bid may be withdrawn in person by a bidder or its authorized representative if, before the exact time set for receipt of bids, the identity of the person requesting withdrawal is established and the person signs a receipt for the bid.

(End of provision)

52.214-18 PREPARATION OF BIDS--CONSTRUCTION (APR 1984)

(a) Bids must be (1) submitted on the forms furnished by the Government or on copies of those forms, and (2) manually signed. The person signing a bid must initial each erasure or change appearing on any bid form.

(b) The bid form may require bidders to submit bid prices for one or more items on various bases, including--

(1) Lump sum bidding;

(2) Alternate prices;

(3) Units of construction; or

(4) Any combination of subparagraphs (1) through (3) above.

(c) If the solicitation requires bidding on all items, failure to do so will disqualify the bid. If bidding on all items is not required, bidders should insert the words "no bid" in the space provided for any item on which no price is submitted.

(d) Alternate bids will not be considered unless this solicitation authorizes their submission.

(End of provision)

52.214-19 CONTRACT AWARD--SEALED BIDDING--CONSTRUCTION (AUG 1996)

(a) The Government will evaluate bids in response to this solicitation without discussions and will award a contract to the responsible bidder whose bid, conforming to the solicitation, will be most advantageous to the Government, considering only price and the price-related factors specified elsewhere in the solicitation.

(b) The Government may reject any or all bids, and waive informalities or minor irregularities in bids received.

(c) The Government may accept any item or combination of items, unless doing so is precluded by a restrictive limitation in the solicitation or the bid.

(d) The Government may reject a bid as nonresponsive if the prices bid are materially unbalanced between line items or subline items. A bid is materially unbalanced when it is based on prices significantly less than cost for some work and prices which are significantly overstated in relation to cost for other work, and if there is a reasonable doubt that the bid will result in the lowest overall cost to the Government even though it may be the low

evaluated bid, or if it is so unbalanced as to be tantamount to allowing an advance payment.

(End of provison)

52.214-34 SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991)

Offers submitted in response to this solicitation shall be in the English language. Offers received in other than English shall be rejected.

(End of provision)

52.214-35 SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991)

Offers submitted in response to this solicitation shall be in terms of U.S. dollars. Offers received in other than U.S. dollars shall be rejected.

(End of provision)

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Firm Fixed Price Indefinite-Delivery/Indefinite-Quantity contract resulting from this solicitation.

(End of provision)

52.222-23 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| Non-SMSA Counties 16.4% | 6.9% |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the --

(1) Name, address, and telephone number of the subcontractor;

(2) Employer's identification number of the subcontractor;

(3) Estimated dollar amount of the subcontract;

(4) Estimated starting and completion dates of the subcontract; and

(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is

**Economic Area 111, Little Rock-North Little Rock, AR**, as follows:

Non-SMSA Counties.................................................................16.4

AR Arkansas; AR Ashley; AR Bradley; AR Calhoun; AR Chicot; AR Clark,
AR Cleburne, AR Cleveland; AR Conway; AR Dallas; AR Desha, AR Drew;

AR Faulkner; AR Fulton; AR Garland; AR Grant, AR Hot Springs;
AR Independence, AR Izard; AR Jackson; AR Johnson; AR Lincoln;
AR Lonoke; AR Monroe; AR Montgomery; AR Ouachita; AR Perry;
AR Pope, AR Prairie; AR Sharp; AR Stone; AR Union; AR Van Buren;
AR White, AR Woodruff; AR Yell.

**Economic Area 056, Paducah, KY**

| Goals for minority participation for each trade | | : | Goals for female participation for each trade |
|---|---|---|---|
| | | : | |
| Non-SMSA Counties | 5.2 | : | 6.9 |

Economic Area 056, Paducah, KY, as follows:

Non-SMSA Counties.................................................................5.2

IL Hardin; IL Massac; IL Pope; KY Ballard; KY Caldwell; KY Calloway;
KY Carlisle; KY Crittenden; KY Fulton; KY Graves; KY Hickman;
KY Livingston; KY Lyon; KY McCracken; KY Marshall

**Economic Area 107, St. Louis, MO**

| Goals for minority participation for each trade | | : | Goals for female participation for each trade |
|---|---|---|---|
| | | : | |
| Non-SMSA Counties | 11.4 | : | 6.9 |

Economic Area 107, St. Louis, MO, as follows:

Non-SMSA Counties...........................................................................11.4

IL Alexander, IL Bond; IL Calhoun, IL Clay, IL Effingham, IL Fayette;
IL Franklin; IL Greene, IL Jackson; IL Jasper; IL Jefferson, IL Jersey;
IL Johnson; IL Macoupin; IL Marion; IL Montgomery; IL Perry,
IL Pulaski; IL Randolph; IL Richland; IL Union; IL Washington;
IL Wayne; IL Williamson; MO Bollinger; MO Butler; MO Cape Girardeau;
MO Carter; MO Crawford; MO Dent; MO Gasconade; MO Iron;
MO Lincoln; MO Madison; MO Maries; MO Mississippi;
MO Montgomery; MO Perry; MO Phelps; MO Reynolds; MO Ripley;
MO St. Francis; MO Ste. Genevieve; MO Scott; MO Stoddard;
MO Warren; MO Washington; MO Wayne

**Economic Area 055, Memphis, TN**

| Goals for minority participation for each trade | | : | Goals for female participation for each trade |
|---|---|---|---|
| SMSA Counties | 32.3 | : | |
| Non-SMSA Counties | 26.5 | : | 6.9 |

Economic Area 055, Memphis, TN, as follows:

SMSA Counties:

4920 Memphis, TN-AR-MS-----------------------------------------------32.3
AR Crittenden; MS DeSoto, TN Shelby, TN Tipton

Non-SMSA Counties..........................................................................26.5

AR Clay; AR Craighead; AR Cross, AR Greene; AR Lawrence; AR Lee,
AR Mississippi; AR Phillips, AR Poinsett; AR Randolph; AR St. Francis;
MS Alcorn; MS Benton; MS Bolivar; MS Clahoun; MS Carroll;
MS Chickasaw; MS Clay; MS Coahoma; MS Grenada; MS Itawamba;
MS Lafayette; MS Lee; MS Leflore; MS Marshall; MS Monroe;
MS Montgomery; MS Panola; MS Pontotoc; MS Prentiss; MS Quitman;
MS Sunflower; MS Tallahatchie; MS Tate; MS Tippah; MS Tishomingo;
MS Union; MS Washington; MS Webster; MS Yalobusha; MO Dunklin;
MO New Madrid; MO Pemiscot, TN Benton; TN Carroll, TN Chester;
TN Crockett; TN Decator; TN Dyer; TN Fayette, TN Gibson; TN Hardeman
TN Hardin; TN Haywood; TN Henderson; TN Henry; TN Lake;
TN Lauderdale; TN McNairy; TN Madison; TN Obion;
TN Weakley.

(End of provision)

52.225-10 NOTICE OF BUY AMERICAN ACT REQUIREMENT--CONSTRUCTION MATERIALS (MAY 2002)

(a) Definitions. Construction material, domestic construction material, and foreign construction material, as used in this provision, are defined in the clause of this solicitation entitled “Buy American Act --Construction Materials” (Federal Acquisition Regulation (FAR) clause 52.225-9).

(b) Requests for determinations of inapplicability. An offeror requesting a determination regarding the inapplicability of the Buy American Act should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of the clause at FAR 52.225-9 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.

(c) Evaluation of offers. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act, based on claimed unreasonable cost of domestic construction material, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(3)(i) of the clause at FAR 52.225-9.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers.

(1) When an offer includes foreign construction material not listed by the Government in this solicitation in paragraph (b)(2) of the clause at FAR 52.225-9, the offeror also may submit an alternate offer based on use of equivalent domestic construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of the clause at FAR 52.225-9 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of the clause at FAR 52.225-9 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic construction material, and the offeror shall be required to furnish such domestic construction material. An offer based on use of the foreign construction material for which an exception was requested--

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

(End of provision)

52.233-2 SERVICE OF PROTEST (SEP 2006)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from

Chief, Contracting Division
ATTN: CEMVM-CT-Rm. 681
US Army, Engineer District, Memphis
167 North Main Street, B202
Memphis, Tennessee 38103-1894

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.236-27 SITE VISIT (CONSTRUCTION) (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) Site visits may be arranged during normal duty hours by contacting:

Name: Stephen W. Channell (Wade)
Address: 2915 Riverport Rd, Memphis, TN 38125-5026
Telephone: 901-544-3764

(End of provision)

252.236-7008 CONTRACT PRICES - BIDDING SCHEDULES. (DEC 1991)

(a) The Government's payment for the items listed in the Bidding Schedule shall constitute full compensation to the Contractor for --

(1) Furnishing all plant, labor, equipment, appliances, and materials; and

(2) Performing all operations required to complete the work in conformity with the drawings and specifications.

(b) The Contractor shall include in the prices for the items listed in the Bidding Schedule all costs for work in the specifications, whether or not specifically listed in the Bidding Schedule.

Section 00600 - REPRESENTATIONS AND CERTIFICATIONS

INDEX TO REPRESENTATIONS AND CERTIFICATIONS

| | | |
|---|---|---|
| 52.0-4031 | Corporate Certification | |
| 52.204-3 | Taxpayer Identification | OCT 1998 |
| 52.204-8 | Annual Representations and Certifications | JAN 2006 |
| 252.209-7001 | Disclosure of Ownership or Control by the Government of a Terrorist Country | OCT 2006 |
| 252.209-7002 | Disclosure Of Ownership Or Control By A Foreign Government | JUN 2005 |
| 252.247-7022 | Representation Of Extent Of Transportation Of Supplies By Sea | AUG 1992 |

CLAUSES INCORPORATED BY FULL TEXT

52.0-4031 CORPORATE CERTIFICATION

IF A BIDDER IS A CORPORATION OR IF CORPORATION IS PARTICIPATING IN A JOINT VENTURE, PLEASE COMPLETE THE FOLLOWING CERTIFICATION:

I, ________________________________, certify that I am secretary of

the corporation named as Contractor herein; that

_____________________________ who signed this contract on behalf of the

Contractor; was then ___________________________________ of said

corporation; that said contract was duly signed for and on behalf of

said corporation by authority of its governing body and is within the

scope of its corporate powers.

(CORPORATE SEAL)

___________________________________
(Secretary)

IF A CORPORATION IS PARTICIPATING AS A JOINT VENTURE, ITS SECRETARY MUST SUBMIT A CERTIFICATE STATING THE CORPORATION IS AUTHORIZED TO PARTICIPATE.

CLAUSES INCORPORATED BY FULL TEXT

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.-------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other-----------------------------------------------------

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name-----------------------------------------------------------------

TIN-------------------------------------------------------------------

(End of provision)

CLAUSES INCORPORATED BY FULL TEXT

52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is **237990.**

(2) The small business size standard is **$18.5 Million**

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (b) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

(__) Paragraph (c) applies.

(__) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR

4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause | Title | Date | Change |
| --- | --- | --- | --- |
| ------ | ---------- | ------ | ------ |

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

(End of Provision)

CLAUSES INCORPORATED BY FULL TEXT

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (OCT 2006)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries subject to this provision include: Cuba, Iran, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary,

the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

CLAUSES INCORPORATED BY FULL TEXT

252.209-7002 DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT (JUN 2005)

(a) Definitions. As used in this provision--

(1) “Effectively owned or controlled” means that a foreign government or any entity controlled by a foreign government has the power, either directly or indirectly, whether exercised or exercisable, to control the election, appointment, or tenure of the Offeror’s officers or a majority of the Offeror’s board of directors by any means, e.g., ownership, contract, or operation of law (or equivalent power for unincorporated organizations).

(2) “Entity controlled by a foreign government”—

(i) Means—

(A) Any domestic or foreign organization or corporation that is effectively owned or controlled by a foreign government; or

(B) Any individual acting on behalf of a foreign government.

(ii) Does not include an organization or corporation that is owned, but is not controlled, either directly or indirectly, by a foreign government if the ownership of that organization or corporation by that foreign government was effective before October 23, 1992.

(3) “Foreign government” includes the state and the government of any country (other than the United States and its outlying areas) as well as any political subdivision, agency, or instrumentality thereof.

(4) “Proscribed information” means—

(i) Top Secret information;

(ii) Communications Security (COMSEC) information, except classified keys used to operate secure telephone units (STU IIIs);

(iii) Restricted Data as defined in the U.S. Atomic Energy Act of 1954, as amended;

(iv) Special Access Program (SAP) information; or

(v) Sensitive Compartmented Information (SCI).

(b) *Prohibition on award.* No contract under a national security program may be awarded to an entity controlled by a foreign government if that entity requires access to proscribed information to perform the contract, unless the Secretary of Defense or a designee has waived application of 10 U.S.C. 2536(a).

(c) *Disclosure.* The Offeror shall disclose any interest a foreign government has in the Offeror when that interest constitutes control by a foreign government as defined in this provision. If the Offeror is a subsidiary, it shall also disclose any reportable interest a foreign government has in any entity that owns or controls the subsidiary, including reportable interest concerning the Offeror's immediate parent, intermediate parents, and the ultimate parent. Use separate paper as needed, and provide the information in the following format:

Offeror's Point of Contact for Questions about Disclosure (Name and Phone Number with Country Code, City Code and Area Code, as applicable)

Name and Address of Offeror

| Name and Address of Entity Controlled by a Foreign Government | Description of Interest, Ownership Percentage, and Identification of Foreign Government |
|---|---|

(End of provision)

CLAUSES INCORPORATED BY FULL TEXT

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

Section 00700 - CONTRACT CLAUSES

INDEX TO CONTRACT CLAUSES

| | | | |
|---|---|---|---|
| 52.202-1 | Definitions | JUL 2004 | |
| 52.203-3 | Gratuities | APR 1984 | |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 | |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | SEP 2006 | |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 | |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 | |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 | |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2007 | |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 | |
| 52.204-7 | Central Contractor Registration | JUL 2006 | |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | SEP 2006 | |
| 52.211-10 | Commencement, Prosecution, and Completion of Work | APR 1984 | |
| 52.211-13 | Time Extensions | SEP 2000 | |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 | |
| 52.211-5000 | Evaluation of Subdivided Items | MAR 1995 | EFARS |
| 52.211-5001 | Variations in Estimated Quantities-Subdivided Items | MAR 1995 | EFARS |
| 52.231-5000 | Equipment Ownership and Operating Expense Schedule | MAR 1995 | EFARS |
| 52.236-5000 | Plant and Material Removal After Contract Termination | MAR 1995 | EFARS |
| 52.249-5000 | Basis for Settlement of Proposals | | |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 | |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 | |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 | |
| 52.216-18 | Ordering | OCT 1995 | |
| 52.216-19 | Order Limitations | OCT 1995 | |
| 52.216-22 | Indefinite Quantity | OCT 1995 | |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JUL 2005 | |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 | |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Nov 2007) Alternate I | OCT 2001 | |
| 52.222-3 | Convict Labor | JUN 2003 | |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 | |
| 52.222-6 | Davis Bacon Act | JUL 2005 | |
| 52.222-7 | Withholding of Funds | FEB 1988 | |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 | |
| 52.222-9 | Apprentices and Trainees | JUL 2005 | |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 | |
| 52.222-11 | Subcontracts (Labor Standards) | JUL 2005 | |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 | |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 | |

| | | |
|---|---|---|
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | MAR 2007 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-11 | Ozone-Depleting Substances | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-9 | Buy American Act--Construction Materials | JAN 2005 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | FEB 2006 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.228-1 | Bid Guarantee | SEP 1996 |
| 52.228-2 | Additional Bond Surety | OCT 1997 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | OCT 1995 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | NOV 2006 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | SEP 2005 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.236-1 | Performance of Work by the Contractor | APR 1984 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-4 | Physical Data | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 Alt I | Accident Prevention (Nov 1991) - Alternate I | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quanity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |

| | | | |
|---|---|---|---|
| 52.236-26 | Preconstruction Conference | FEB 1995 | |
| 52.242-13 | Bankruptcy | JUL 1995 | |
| 52.236-5000 | Plant and Material Removal after Contract Termination | MAR 1995 | EFARS |
| 52.242-14 | Suspension of Work | APR 1984 | |
| 52.243-4 | Changes | JUN 2007 | |
| 52.244-6 | Subcontracts for Commercial Items | MAR 2007 | |
| 52.246-12 | Inspection of Construction | AUG 1996 | |
| 52.248-3 | Value Engineering-Construction | SEP 2006 | |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 | |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 | |
| 52.253-1 | Computer Generated Forms | JAN 1991 | |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 | |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 | |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 | |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | SEP 2007 | |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 | |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | DEC 2006 | |
| 252.223-7001 | Hazard Warning Labels | DEC 1991 | |
| 252.223-7004 | Drug Free Work Force | SEP 1988 | |
| 252.223-7006 | Prohibition on Storage and Disposal of Toxic and Hazardous Materials | APR 1993 | |
| 252.225-7012 | Preference For Certain Domestic Commodities | JAN 2007 | |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 2005 | |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 | |
| 252.232-7003 | Electronic Submission of Payment Requests | MAR 2007 | |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 | |
| 252.236-7001 | Contract Drawings and Specifications | AUG 2000 | |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 | |
| 252.236-7004 | Payment for Mobilization and Demobilization | DEC 1991 | |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 | |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 | |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 | |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 | |

CLAUSES INCORPORATED BY FULL TEXT

52.202-1 DEFINITIONS (JUL 2004)

(a) When a solicitation provision or contract clause uses a word or term that is defined in the Federal Acquisition Regulation (FAR), the word or term has the same meaning as the definition in FAR 2.101 in effect at the time the solicitation was issued, unless--

(1) The solicitation, or amended solicitation, provides a different definition;

(2) The contracting parties agree to a different definition;

(3) The part, subpart, or section of the FAR where the provision or clause is prescribed provides a different meaning; or

(4) The word or term is defined in FAR Part 31, for use in the cost principles and procedures.

(b) The FAR Index is a guide to words and terms the FAR defines and shows where each definition is located. The FAR Index is available via the Internet at http://www.acqnet.gov at the end of the FAR, after the FAR Appendix.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-3 GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a

contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (SEP 2006)

(a) Except as provided in (b) of this clause, the Contractor shall not enter into any agreement with an actual or prospective subcontractor, nor otherwise act in any manner, which has or may have the effect of restricting sales by such subcontractors directly to the Government of any item or process (including computer software) made or furnished by the subcontractor under this contract or under any follow-on production contract.

(b) The prohibition in (a) of this clause does not preclude the Contractor from asserting rights that are otherwise authorized by law or regulation.

(c) The Contractor agrees to incorporate the substance of this clause, including this paragraph (c), in all subcontracts under this contract which exceed the simplified acquisition threshold.

CLAUSES INCORPORATED BY FULL TEXT

52.203-7 ANTI-KICKBACK PROCEDURES. (JUL 1995)

(a) Definitions.

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided, directly or indirectly, to any prime Contractor, prime Contractor employee, subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C. 51-58) (the Act), prohibits any person from -

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Department of Justice.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of any kickback. The Contracting Officer may order the monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including this subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $100,000.

CLAUSES INCORPORATED BY FULL TEXT

52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the 1996 National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which--

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27(a) or (b) of the Act for the purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) The Government, at its election, may reduce the price of a fixed-price type contract and the total cost and fee under a cost-type contract by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the contracting activity or designee determines that there was a violation of subsection 27 (a), (b), or (c) of the Office of Federal Procurement Policy Act, as amended (41 U.S.C. 423), as implemented in section 3.104 of the Federal Acquisition Regulation.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be--

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award, notwithstanding any minimum fee or "fee floor" specified in the contract;

(3) For cost-plus-award-fee contracts--

(i) The base fee established in the contract at the time of contract award;

(ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may--

(i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or

(ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price of the contract. The total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm-fixed-price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the Act by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced.

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (SEP 2007)

(a) Definitions. As used in this clause--

Agency means executive agency as defined in Federal Acquisition Regulation (FAR) 2.101.

Covered Federal action means any of the following actions:

(1) Awarding any Federal contract.

(2) Making any Federal grant.

(3) Making any Federal loan.

(4) Entering into any cooperative agreement.

(5) Extending, continuing, renewing, amending, or modifying any Federal contract, grant, loan, or cooperative agreement.

Indian tribe and tribal organization have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450b) and include Alaskan Natives.

Influencing or attempting to influence means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

Local government means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

Officer or employee of an agency includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under Title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), Title 37, United States Code.

(3) A special Government employee, as defined in section 202, Title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, Title 5, United States Code, appendix 2.

Person means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

Reasonable compensation means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

Reasonable payment means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

Recipient includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

Regularly employed means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

State means a State of the United States, the District of Columbia, or an outlying area of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) Prohibition. 31 U.S.C. 1352 prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal actions. In accordance with 31 U.S.C. 1352, the Contractor shall not use appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the award of this contractor the extension, continuation, renewal, amendment, or modification of this contract.

(1) The term appropriated funds does not include profit or fee from a covered Federal action.

(2) To the extent the Contractor can demonstrate that the Contractor has sufficient monies, other than Federal appropriated funds, the Government will assume that these other monies were spent for any influencing activities that would be unallowable if paid for with Federal appropriated funds.

(c) Exceptions. The prohibition in paragraph (b) of this clause does not apply under the following conditions:

(1) Agency and legislative liaison by Contractor employees.

(i) Payment of reasonable compensation made to an officer or employee of the Contractor if the payment is for agency and legislative liaison activities not directly related to this contract. For purposes of this paragraph, providing any information specifically requested by an agency or Congress is permitted at any time.

(ii) Participating with an agency in discussions that are not related to a specific solicitation for any covered Federal action, but that concern--

(A) The qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities; or

(B) The application or adaptation of the person's products or services for an agency's use.

(iii) Providing prior to formal solicitation of any covered Federal action any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(iv) Participating in technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(v) Making capability presentations prior to formal solicitation of any covered Federal action by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub.L. 95-507, and subsequent amendments.

(2) Professional and technical services. (i) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action.

(ii) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal

action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

(iii) As used in paragraph (c)(2) of this clause, ``professional and technical services'' are limited to advice and analysis directly applying any professional or technical discipline (for examples, see FAR 3.803(a)(2)(iii)).

(iv) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

(3) Only those communications and services expressly authorized by paragraphs (c)(1) and (2) of this clause are permitted.

(d) Disclosure. (1) If the Contractor did not submit OMB Standard Form LLL, Disclosure of Lobbying Activities, with its offer, but registrants under the Lobbying Disclosure Act of 1995 have subsequently made a lobbying contact on behalf of the Contractor with respect to this contract, the Contractor shall complete and submit OMB Standard Form LLL to provide the name of the lobbying registrants, including the individuals performing the services.

(2) If the Contractor did submit OMB Standard Form LLL disclosure pursuant to paragraph (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, and a change occurs that affects Block 10 of the OMB Standard Form LLL (name and address of lobbying registrant or individuals performing services), the Contractor shall, at the end of the calendar quarter in which the change occurs, submit to the Contracting Officer within 30 days an updated disclosure using OMB Standard Form LLL.

(e) Penalties. (1) Any person who makes an expenditure prohibited under paragraph (b) of this clause or who fails to file or amend the disclosure to be filed or amended by paragraph (d) of this clause shall be subject to civil penalties as provided for by 31 U.S.C.1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) Cost allowability. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

(g) Subcontracts. (1) The Contractor shall obtain a declaration, including the certification and disclosure in paragraphs (c) and (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, from each person requesting or receiving a subcontract exceeding $100,000 under this contract. The Contractor or subcontractor that awards the subcontract shall retain the declaration.

(2) A copy of each subcontractor disclosure form (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall, at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor, submit to the Contracting Officer within 30 days a copy of all disclosures. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(3) The Contractor shall include the substance of this clause, including this paragraph (g), in any subcontract exceeding $100,000.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000)

(a) Definitions. As used in this clause--

“Postconsumer material” means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of “recovered material.” For paper and paper products, postconsumer material means “postconsumer fiber” defined by the U.S. Environmental Protection Agency (EPA) as--

(1) Paper, paperboard, and fibrous materials from retail stores, office buildings, homes, and so forth, after they have passed through their end-usage as a consumer item, including: used corrugated boxes; old newspapers; old magazines; mixed waste paper; tabulating cards; and used cordage; or

(2) All paper, paperboard, and fibrous materials that enter and are collected from municipal solid waste; but not

(3) Fiber derived from printers' over-runs, converters' scrap, and over-issue publications.

“Printed or copied double-sided” means printing or reproducing a document so that information is on both sides of a sheet of paper.

“Recovered material,” for paper and paper products, is defined by EPA in its Comprehensive Procurement Guideline as “recovered fiber” and means the following materials:

(1) Postconsumer fiber; and

(2) Manufacturing wastes such as--

(i) Dry paper and paperboard waste generated after completion of the papermaking process (that is, those manufacturing operations up to and including the cutting and trimming of the paper machine reel into smaller rolls or rough sheets) including: envelope cuttings, bindery trimmings, and other paper and paperboard waste resulting from printing, cutting, forming, and other converting operations; bag, box, and carton manufacturing wastes; and butt rolls, mill wrappers, and rejected unused stock; and

(ii) Repulped finished paper and paperboard from obsolete inventories of paper and paperboard manufacturers, merchants, wholesalers, dealers, printers, converters, or others.

(b) In accordance with Section 101 of Executive Order 13101 of September 14, 1998, Greening the Government through Waste Prevention, Recycling, and Federal Acquisition, the Contractor is encouraged to submit paper documents, such as offers, letters, or reports, that are printed or copied double-sided on recycled paper that meet minimum content standards specified in Section 505 of Executive Order 13101, when not using electronic commerce methods to submit information or data to the Government.

(c) If the Contractor cannot purchase high-speed copier paper, offset paper, forms bond, computer printout paper, carbonless paper, file folders, white wove envelopes, writing and office paper, book paper, cotton fiber paper, and cover stock meeting the 30 percent postconsumer material standard for use in submitting paper documents to the Government, it should use paper containing no less than 20 percent postconsumer material. This lesser standard should be used only when paper meeting the 30 percent postconsumer material standard is not obtainable at a reasonable price or does not meet reasonable performance standards.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.204-7 CENTRAL CONTRACTOR REGISTRATION (JUL 2006)

(a) Definitions. As used in this clause--

Central Contractor Registration (CCR) database means the primary Government repository for Contractor information required for the conduct of business with the Government.

Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

Data Universal Numbering System +4 (DUNS+4) number means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see the FAR at Subpart 32.11) for the same parent concern.

Registered in the CCR database means that--

(1) The Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database; and

(2) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS), and has marked the record ``Active''. The Contractor will be required to provide consent for TIN validation to the Government as a part of the CCR registration process.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number--

(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at http://www.dnb.com; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.

(2) The offeror should be prepared to provide the following information:

(i) Company legal business.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

W912EQ-08-B-0001 pdf attachment to email from Norman dated Jan 17 08 1:39:05 PM


(iii) Company Physical Street Address, City, State, and Zip Code.

(iv) Company Mailing Address, City, State and Zip Code (if separate from physical).

(v) Company Telephone Number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

(x) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) The Contractor is responsible for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(g)(1)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12 of the FAR; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see FAR Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(h) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423, or 269-961-5757.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (SEP 2006)

(a) The Government suspends or debars Contractors to protect the Government's interests. The Contractor shall not enter into any subcontract in excess of the $30,000 with a Contractor that is debarred, suspended, or proposed for debarment unless there is a compelling reason to do so.

(b) The Contractor shall require each proposed first-tier subcontractor, whose subcontract will exceed $30,000, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principles, is or is not debarred, suspended, or proposed for debarment by the Federal Government.

(c) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the in the Excluded Parties List System). The notice must include the following:

(1) The name of the subcontractor.

(2) The Contractor's knowledge of the reasons for the subcontractor being in the Excluded Parties List System.

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion in the Excluded Parties List System.

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with such subcontractor in view of the specific basis for the party's debarment, suspension, or proposed debarment.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within **21** calendar days after receipt of the first task order, to prosecute the work diligently, and to complete the entire work not later than 31 December 2008. The contract work period is expected to run from August through November. At the option of the Government, this contract, with all its terms and provisions, may be extended for such period and as often as the Government may elect, to permit continuous use of said plant or equipment, not extending beyond 31 December 2008. After that date the contract may be extended only by mutual agreement of the Contractor and the Government, not extending beyond May 31, 2009.

b. The Contractor shall deliver the dredge and attendant plant ready for operation in the vicinity of McKellar Lake harbor, Memphis, TN (Mile 725 AHP), or to any other work site as may be directed. If delivery is required to a point that requires farther towing from the location of the dredge just prior to beginning work under this contract, the Contractor will be paid for the distance between the first work site and Mile 725 AHP at the

applicable contract unit price for towing. If delivery is required to a point that requires less towing, the distance between the first work site and Mile 725 AHP will be multiplied by the applicable contract unit price for towing and this amount will be deducted from the Contractor's earnings. The plant will be inspected and the Contractor notified of acceptance or rejection of the plant within 24 hours after delivery of plant to the Contracting Officer.

c. A pre-work conference will be held prior to commencement of work. The time and place of conference will be determined by mutual agreement between the Contracting Officer or his designated representative and the Contractor.

d. The Contractor shall prosecute the work assigned him to meet the schedule of dredging operations as determined by the Contracting Officer. The work will be on a 7 day per week, 24 hour per day schedule.

e. Upon completion of the contract, the dredge and attendant plant will be released to the Contractor at McKellar Lake harbor, Memphis, TN.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.211-13 TIME EXTENSIONS (SEP 2000)

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.211-18 VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

CLAUSES INCORPORATED BY FULL TEXT

52.211-5000 EVALUATION OF SUBDIVIDED ITEMS (MAR 1995)--EFARS
Item Nos. **0001 THRU 0004 and 0006 THRU 0009** are subdivided into two or more estimated quantities and are to be separately priced. The Government will evaluate each of these items on the basis of total price of its sub-items.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.211-5001 VARIATIONS IN ESTIMATED QUANTITIES, SUBDIVIDED ITEMS (MAR 1995)--EFARS
This variation in estimated quantities clause is applicable only to Items Nos. **0001 – 0004 and 0006 - 0009**.

(a) Variation from the estimated quantity in the actual work performed under any second or subsequent sub-item or elimination of all work under such a second or subsequent sub-item will not be the basis for an adjustment in contract unit price.

(b) Where the actual quantity of work performed for Items Nos. **0001 – 0004 and 0006 - 0009** is less than 85% of the quantity of the first sub-item listed under such item, the contractor will be paid at the contract unit price for that sub-item for the actual quantity of work performed and, in addition, an equitable adjustment shall be made in accordance with the clause FAR 52.211-18, Variation in Estimated Quantities.

(c) If the actual quantity of work performed under Items Nos. **0001 – 0004 and 0006 - 0009** exceeds 115% or is less than 85% of the total estimated quantity of the sub-item under that item and/or if the quantity of the work performed under the second sub-item or any subsequent sub-item under Items Nos. **0001 – 0004 and 0006 - 0009** exceeds 115% or is less than 85% of the estimated quantity of any such sub-item, and if such variation causes an increase or a decrease in the time required for performance of this contract the contract completion time will be adjusted in accordance with the clause FAR 52.211-18, Variation in Estimated Quantities.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.214-26 AUDIT AND RECORDS--SEALED BIDDING. (OCT 1997)

(a) As used in this clause, records includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) Cost or pricing data. If the Contractor has been required to submit cost or pricing data in connection with the pricing of any modification to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to--

(1) The proposal for the modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the modification; or

(4) Performance of the modification.

(c) Comptroller General. In the case of pricing any modification, the Comptroller General of the United States, or an authorized representative, shall have the same rights as specified in paragraph (b) of this clause.

(d) Availability. The Contractor shall make available at its office at all reasonable times the materials described in reproduction, until 3 years after final payment under this contract, or for any other period specified in Subpart 4.7 of the Federal Acquisition Regulation (FAR). FAR Subpart 4.7, Contractor Records Retention, in effect on the data of this contract, is incorporated by reference in its entirety and made a part of this contract.

(1) If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement.

(2) Records pertaining to appeals under the Disputes clause or to litigation or the settlement of claims arising under or relating to the performance of this contract shall be made available until disposition of such appeals, litigation, or claims.

(e) The Contractor shall insert a clause containing all the provisions of this clause, including this paragraph (e), in all subcontracts expected to exceed the threshold in FAR 15.403-4(a)(1) for submission of cost or pricing data.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.214-27 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA - MODIFICATIONS - SEALED BIDDING. (OCT 1997)

(a) This clause shall become operative only for any modification to this contract involving aggregate increases and/or decreases in costs, plus applicable profits, expected to exceed the threshold for the submission of cost or pricing data at FAR 15.403-4(a)(1), except that this clause does not apply to a modification if an exception under FAR 15.403-1(b) applies.

(1) Based on adequate price competition;

(2) Based on established catalog or market prices of commercial items sold in substantial quantities to the general public; or

(3) Set by law or regulation.

(b) If any price, including profit, negotiated in connection with any modification under this clause, was increased by any significant amount because

(1) the Contractor or a subcontractor furnished cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data;

(2) a subcontractor or prospective subcontractor furnished the Contractor cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data; or

(3) any of these parties furnished data of any description that were not accurate, the price shall be reduced accordingly and the contract shall be modified to reflect the reduction. This right to a price reduction is limited to

that resulting from defects in data relating to modifications for which this clause becomes operative under paragraph (a) above.

(c) Any reduction in the contract price under paragraph (b) above due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which:

(1) the actual subcontract; or

(2) the actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective cost or pricing data.

(d) If the Contracting Officer determines under paragraph (b) of this clause that a price or cost reduction should be made:

(1) the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current cost or pricing data had been submitted;

(ii) The Contracting Officer should have known that the cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer;

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract; or

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2) Except as prohibited by subdivision (d)(2)(ii) of this clause:

(i) an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if:

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the cost or pricing data were available before the date of agreement on the price of the contract (or price of the modification) and that the data were not submitted before such date.

(ii) An offset shall not be allowed if:

(A) The understated data was known by the Contractor to be understated when the Certificate of Current Cost or Pricing Data was signed; or (B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the date of agreement on price.

(e) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid:

(1) Simple interest on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

(2) A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted cost or pricing data which were incomplete, inaccurate, or noncurrent.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.214-28 SUBCONTRACTOR COST OR PRICING DATA - MODIFICATIONS - SEALED BIDDING. (OCT 1997)

(a) The requirements of paragraphs (b) and (c) of this clause shall:

(1) become operative only for any modification to this contract involving aggregate increases and/or decreases in costs, plus applicable profits, expected to exceed the threshold for submission of cost or pricing data at (FAR) 48 CFR 15.403-4(a)(1); and

(2) be limited to such modifications.

(b) Before awarding any subcontract expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4(a)(1), on the date of agreement on price or the date of award, whichever is later; or before pricing any subcontract modifications involving aggregate increases and/or decreases in costs, plus applicable profits, expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4(a)(1), the Contractor shall require the subcontractor to submit cost or pricing data (actually or by specific identification in writing), unless an exception under FAR 15.403-1(b) applies.

(1) Based on adequate price competition;

(2) Based on established catalog or market prices of commercial items sold in substantial quantities to the general public; or

(3) Set by law or regulation.

(c) The Contractor shall require the subcontractor to certify in substantially the form prescribed in subsection 15.406-2 of the Federal Acquisition Regulation that, to the best of its knowledge and belief, the data submitted under paragraph (b) above were accurate, complete, and current as of the date of agreement on the negotiated price of the subcontract or subcontract modification.

(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in each subcontract that, when entered into, exceeds the threshold for submission of cost or pricing data at FAR 15.403-4(a)(1).

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.216-18 ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from March 2008 through December 2008.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $2,000,000.00 the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of $10,000,000.00;

(2) Any order for a combination of items in excess of $15,000,000.00; or

(3) A series of orders from the same ordering office within 120 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 14 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.216-22 INDEFINITE QUANTITY. (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in

the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after **May 31, 2009**.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JUL 2005)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference; and

(ii) Otherwise successful offers from small business concerns.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

___ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (MAY 2004)

(a) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.

(b) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

Definitions. As used in this contract--

HUBZone small business concern means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

Small business concern means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.

Small disadvantaged business concern means a small business concern that represents, as part of its offer that--

(1) It has received certification as a small disadvantaged business concern consistent with 13 CFR part 124, subpart B;

(2) No material change in disadvantaged ownership and control has occurred since its certification;

(3) Where the concern is owned by one or more individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(4) It is identified, on the date of its representation, as a certified small disadvantaged business in the database maintained by the Small Business Administration (PRO-Net).

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern--

(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Contractors acting in good faith may rely on written representations by their subcontractors regarding their status as a small business concern, a veteran-owned small business concern, a service-disabled veteran-owned small business concern, a HUBZone small business concern, a small disadvantaged business concern, or a women-owned small business concern.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.219-9 SMALL BUSINESS SUBCONTRACTING PLAN (NOV 2007)--ALTERNATE I (OCT 2001).

(a) This clause does not apply to small business concerns.

(b) Definitions. As used in this clause--

Alaska Native Corporation (ANC) means any Regional Corporation, Village Corporation, Urban Corporation, or Group Corporation organized under the laws of the State of Alaska in accordance with the Alaska Native Claims Settlement Act, as amended (43 U.S.C. 1601, et seq.) and which is considered a minority and economically disadvantaged concern under the criteria at 43 U.S.C. 1626(e)(1). This definition also includes ANC direct and indirect subsidiary corporations, joint ventures, and partnerships that meet the requirements of 43 U.S.C. 1626(e)(2).

“Commercial item” means a product or service that satisfies the definition of commercial item in section 2.101 of the Federal Acquisition Regulation.

“Commercial plan” means a subcontracting plan (including goals) that covers the offeror’s fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (e.g., division, plant, or product line).

Indian tribe means any Indian tribe, band, group, pueblo, or community, including native villages and native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the Alaska Native Claims Settlement Act (43 U.S.C.A. 1601 et seq.), that is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs in accordance with 25 U.S.C. 1452(c). This definition also includes Indian-owned economic enterprises that meet the requirements of 25 U.S.C. 1452(e).

“Individual contract plan” means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror’s planned subcontracting in support of the specific contract except that indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.

“Master plan” means a subcontracting plan that contains all the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.

“Subcontract” means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime Contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.

(c) The apparent low bidder, upon request by the Contracting Officer, shall submit a subcontracting plan, where applicable, that separately addresses subcontracting with small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns. If the bidder is submitting an individual contract plan, the plan must separately address subcontracting with small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns, with a separate part for the basic contract and separate parts for each option (if any). The plan shall be included in and made a part of the resultant contract. The subcontracting plan shall be submitted within the time specified by the Contracting Officer. Failure to submit the subcontracting plan shall make the bidder ineligible for the award of a contract.

(d) The offeror’s subcontracting plan shall include the following:

(1) ) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns as subcontractors. The offeror shall include all subcontracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs. In accordance with 43 U.S.C. 1626:

(i) Subcontracts awarded to an ANC or Indian tribe shall be counted towards the subcontracting goals for small business and small disadvantaged business (SDB) concerns, regardless of the size or Small Business Administration certification status of the ANC or Indian tribe.

(ii) Where one or more subcontractors are in the subcontract tier between the prime contractor and the ANC or Indian tribe, the ANC or Indian tribe shall designate the appropriate contractor(s) to count the subcontract towards its small business and small disadvantaged business subcontracting goals.

(A) In most cases, the appropriate Contractor is the Contractor that awarded the subcontract to the ANC or Indian tribe.

(B) If the ANC or Indian tribe designates more than one Contractor to count the subcontract toward its goals, the ANC or Indian tribe shall designate only a portion of the total subcontract award to each Contractor. The sum of the amounts designated to various Contractors cannot exceed the total value of the subcontract.

(C) The ANC or Indian tribe shall give a copy of the written designation to the Contracting Officer, the prime Contractor, and the subcontractors in between the prime Contractor and the ANC or Indian tribe within 30 days of the date of the subcontract award.

(D) If the Contracting Officer does not receive a copy of the ANC's or the Indian tribe's written designation within 30 days of the subcontract award, the Contractor that awarded the subcontract to the ANC or Indian tribe will be considered the designated Contractor.

(2) A statement of --

(i) Total dollars planned to be subcontracted for an individual contract plan; or the offeror's total projected sales, expressed in dollars, and the total value of projected subcontracts to support the sales for a commercial plan;

(ii) Total dollars planned to be subcontracted to small business concerns (including ANC and Indian tribes);

(iii) Total dollars planned to be subcontracted to veteran-owned small business concerns;

(iv) Total dollars planned to be subcontracted to service-disabled veteran-owned small business;

(v) Total dollars planned to be subcontracted to HUBZone small business concerns;

(vi) Total dollars planned to be subcontracted to small disadvantaged business concerns (including ANCs and Indian tribes); and

(vii) Total dollars planned to be subcontracted to women-owned small business concerns.

(3) A description of the principal types of supplies and services to be subcontracted, and an identification of the types planned for subcontracting to --

(i) Small business concerns,

(ii) Veteran-owned small business concerns;

(iii) Service-disabled veteran-owned small business concerns;

(iv) HUBZone small business concerns;

(v) Small disadvantaged business concerns, and

(vi) Women-owned small business concerns.

(4) A description of the method used to develop the subcontracting goals in paragraph (d)(1) of this clause.

(5) A description of the method used to identify potential sources for solicitation purposes (e.g., existing company source lists, the Procurement Marketing and Access Network (PRO-Net) of the Small Business Administration (SBA), veterans service organizations, the National Minority Purchasing Council Vendor Information Service, the Research and Information Division of the Minority Business Development Agency in the Department of Commerce, or small, HUBZone, small disadvantaged, and women-owned small business trade associations). A firm may rely on the information contained in PRO-Net as an accurate representation of a concern's size and ownership characteristics for the purposes of maintaining a small, veteran-owned small, service-disabled veteran-owned small, HUBZone small, small disadvantaged, and women-owned small business source list. Use of PRO-Net as its source list does not relieve a firm of its responsibilities (e.g., outreach, assistance, counseling, or publicizing subcontracting opportunities) in this clause.

(6) A statement as to whether or not the offeror included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with --

(i) Small business concerns (including ANC and Indian tribes);

(ii) Veteran-owned small business concerns;

(iii) Service-disabled veteran-owned small business concerns;

(iv) HUBZone small business concerns;

(v) Small disadvantaged business concerns (including ANC and Indian tribes); and

(vi) Women-owned small business concerns.

(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the duties of the individual.

(8) A description of the efforts the offeror will make to assure that small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns have an equitable opportunity to compete for subcontracts.

(9) Assurances that the offeror will include the clause of this contract entitled "Utilization of Small Business Concerns" in all subcontracts that offer further subcontracting opportunities, and that the offeror will require all subcontractors (except small business concerns) that receive subcontracts in excess of $550,000 ($1,000,000 for construction of any public facility) to adopt a plan similar to the plan that complies with the requirements of this clause.

(10) Assurances that the offeror will --

(i) Cooperate in any studies or surveys as may be required;

(ii) Submit periodic reports so that the Government can determine the extent of compliance by the offeror with the subcontracting plan;

(iii) Submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts, and/or SF 295, Summary Subcontract Report, in accordance with the paragraph (j) of this clause. The reports shall provide information on subcontract awards to small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, women-owned small business concerns, and Historically Black Colleges and Universities and Minority Institutions. Reporting shall be in accordance with the instructions on the forms or as provided in agency regulations.

(iv) Ensure that its subcontractors agree to submit SF 294 and 295.

(11) A description of the types of records that will be maintained concerning procedures that have been adopted to comply with the requirements and goals in the plan, including establishing source lists; and a description of the offeror's efforts to locate small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns and award subcontracts to them. The records shall include at least the following (on a plant-wide or company-wide basis, unless otherwise indicated):

(i) Source lists (e.g., PRO-Net), guides, and other data that identify small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns.

(ii) Organizations contacted in an attempt to locate sources that are small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, or women-owned small business concerns.

(iii) Records on each subcontract solicitation resulting in an award of more than $100,000, indicating --

(A) Whether small business concerns were solicited and if not, why not;

(B) Whether veteran-owned small business concerns were solicited and, if not, why not;

(C) Whether service-disabled veteran-owned small business concerns were solicited and, if not, why not;

(D) Whether HUBZone small business concerns were solicited and, if not, why not;

(E) Whether small disadvantaged business concerns were solicited and if not, why not;

(F) Whether women-owned small business concerns were solicited and if not, why not; and

(G) If applicable, the reason award was not made to a small business concern.

(iv) Records of any outreach efforts to contact --

(A) Trade associations;

(B) Business development organizations;

(C) Conferences and trade fairs to locate small, HUBZone small, small disadvantaged, and women-owned small business sources; and

(D) Veterans service organizaions.

(v) Records of internal guidance and encouragement provided to buyers through --

(A) Workshops, seminars, training, etc., and

(B) Monitoring performance to evaluate compliance with the program's requirements.

(vi) On a contract-by-contract basis, records to support award data submitted by the offeror to the Government, including the name, address, and business size of each subcontractor. Contractors having commercial plans need not comply with this requirement.

(e) In order to effectively implement this plan to the extent consistent with efficient contract performance, the Contractor shall perform the following functions:

(1) Assist small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns by arranging solicitations, time for the preparation of bids, quantities, specifications, and delivery schedules so as to facilitate the participation by such concerns. Where the Contractor's lists of potential small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business subcontractors are excessively long, reasonable effort shall be made to give all such small business concerns an opportunity to compete over a period of time.

(2) Provide adequate and timely consideration of the potentialities of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns in all "make-or-buy" decisions.

(3) Counsel and discuss subcontracting opportunities with representatives of small business, veteran-owned small business, service-disabled veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business firms.

(4) Confirm that a subcontractor representing itself as a HUBZone small business concern is identified as a certified HUBZone small business concern by accessing the Central Contractor Registration (CCR) database or by contacting SBA.

(5) Provide notice to subcontractors concerning penalties and remedies for misrepresentations of business status as small, veteran-owned small business, HUBZone small, small disadvantaged or women-owned small business for the purpose of obtaining a subcontract that is to be included as part or all of a goal contained in the Contractor's subcontracting plan.

(f) A master plan on a plant or division-wide basis that contains all the elements required by paragraph (d) of this clause, except goals, may be incorporated by reference as a part of the subcontracting plan required of the offeror by this clause; provided --

(1) The master plan has been approved;

(2) The offeror ensures that the master plan is updated as necessary and provides copies of the approved master plan, including evidence of its approval, to the Contracting Officer; and

(3) Goals and any deviations from the master plan deemed necessary by the Contracting Officer to satisfy the requirements of this contract are set forth in the individual subcontracting plan.

(g) A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items. The commercial plan shall relate to the offeror's planned subcontracting generally, for both commercial and Government business, rather than solely to the Government contract. Commercial plans are also preferred for subcontractors that

provide commercial items under a prime contract, whether or not the prime contractor is supplying a commercial item.

(h) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(i) The failure of the Contractor or subcontractor to comply in good faith with --

(1) The clause of this contract entitled "Utilization Of Small Business Concerns;" or

(2) An approved plan required by this clause, shall be a material breach of the contract.

(j) The Contractor shall submit the following reports:

(1) Standard Form 294, Subcontracting Report for Individual Contracts. This report shall be submitted to the Contracting Officer semiannually and at contract completion. The report covers subcontract award data related to this contract. This report is not required for commercial plans.

(2) Standard Form 295, Summary Subcontract Report. This report encompasses all the contracts with the awarding agency. It must be submitted semi-annually for contracts with the Department of Defense and annually for contracts with civilian agencies. If the reporting activity is covered by a commercial plan, the reporting activity must report annually all subcontract awards under that plan. All reports submitted at the close of each fiscal year (both individual and commercial plans) shall include a breakout, in the Contractor's format, of subcontract awards, in whole dollars, to small disadvantaged business concerns by North American Industry Classification System (NAICS) Industry Subsector. For a commercial plan, the Contractor may obtain from each of its subcontractors a predominant NAICS Industry Subsector and report all awards to that subcontractor under its predominant NAICS Industry Subsector.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.222-3 CONVICT LABOR (JUN 2003)

(a) Except as provided in paragraph (b) of this clause, the Contractor shall not employ in the performance of this contract any person undergoing a sentence of imprisonment imposed by any court of a State, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands.

(b) The Contractor is not prohibited from employing persons--

(1) On parole or probation to work at paid employment during the term of their sentence;

(2) Who have been pardoned or who have served their terms; or

(3) Confined for violation of the laws of any of the States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if--

(i) The worker is paid or is in an approved work training program on a voluntary basis;

(ii) Representatives of local union central bodies or similar labor union organizations have been consulted;