**From:** Clayton, Carlos E MVM
**To:** Channell, Stephen W MVM;
**CC:**
**Subject:** Emailing: Amendment0001
**Date:** Monday, January 28, 2008 1:28:00 PM
**Attachments:** Amendment0001.pdf

---

Wade, the attached amendment0001 was put out today after review by OC.

Thanks,

Carl Clayton

Amendment0001 pdf attachement to email from Norman dated Jan 28 08 1:28:00 PM

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 of 2 | | |
| 2. AMENDMENT/MODIFICATION NO.: 0001 | 3. EFFECTIVE DATE: 28-Jan-2008 | 4. REQUISITION/PURCHASE REQ. NO.: W38XGR73303790 | 5. PROJECT NO.(If applicable) |
| 6. ISSUED BY CODE W912EQ<br>US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 | 7. ADMINISTERED BY (If other than item 6) CODE<br>See Item 6 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO. W912EQ-08-B-0001

X 9B. DATED (SEE ITEM 11) 17-Jan-2008

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The amendment to this solicitation makes the following changes.

See Summary of Changes on attached continuation sheet.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TEL: EMAIL: | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

The following have been added by full text:

AMENDMENT 0001

Block 10 of SF 1442, the following statement is changed to read : Dredges larger than 29 inch will be considered, but the estimated output will be based on the quanity shown for a 29 inch dredge.

Section 00800 Paragraph No. SP.6 Plant subparagraph b. Performance of Plant

The last sentence is changed to read: Government inspectors shall verify that the specified minimum requirements are met during performance of the contract **by the contractor's before and after surveys and automated production reports.**

Section 00800 Paragraph No. SP.18 Payments-Designated Billing Office

The following subparagraph g. is added:

**g. Reduction in Payment for Failure to Meet Output Requirements: If the dredging output falls short of that specified in Section 02482, subparagraph 2.1.1, as measured by Section 00800, subparagraph SP6.b, the total dredging hours for that location will be reduced by the percentage that the output falls short of that specified. Payment for dredging operations, which fail to meet the specified minimum output, will be made by multiplying this reduced number of hours by the contract unit price per hour.**

Section 02482 – Dredging

Paragraph 2.1.1 Size of Dredge

The following sentence is changed to read: Failure to maintain that quantity will result in a reduction in payments in accordance with paragraph **00800-SP.18.g**, unless the Contracting Officer determines that circumstances beyond the control and without the fault or negligence of the Contractor caused the reduction in output.

The following sentence is added to the first paragraph: **Bids for dredges larger than 30 inch shall provide a plan of execution to accomplish the work required for the Northwest Tennessee Harbor.**

Paragraph 2.3.1 Production Recording Equipment

The following sentence is changed to read: The dredge shall be equipped with automated production recording equipment, to continually record **slurry density, slurry velocity**, pipeline pressure, pump vacuum, pump RPM, and engine RPM.

(End of Summary of Changes)

**From:** Channell, Stephen W MVM
**To:** Norman, Wendell N MVM;
**CC:** Clayton, Carlos E MVM;
**Subject:** FW: Solicitation No. W912EQ-08-B-0001
**Date:** Wednesday, February 06, 2008 4:50:53 PM
**Attachments:**

---

-----Original Message-----
From: AMFunke@gldd.com [mailto:AMFunke@gldd.com]
Sent: Wednesday, February 06, 2008 4:22 PM
To: Channell, Stephen W MVM
Subject: RE: Solicitation No. W912EQ-08-B-0001

Mr. Channell,

Great Lakes Dredge and Dock Company would like for the Government to provide a written response to our question, addressing the response to all planholders. The reduced pay for Non-Effective Hours could easily be missed in the specifications, especially since the Non-Effective Hours has been 80% for such a long period of time. We want to make sure that all planholders are aware of the change prior to submitting their bids.

Thank you,
Andy

Andrew M. Funke
Cost Estimator

Great Lakes Dredge and Dock Company LLC
2122 York Road
Oak Brook, Illinois 60523-1981

Office: (630) 574-2946
Mobile: (630) 212-3919
Fax: (630) 574-2909
E-Mail: amfunke@gldd.com

-----Original Message-----
From: Channell, Stephen W MVM [mailto:Stephen.W.Channell@usace.army.mil]

Sent: Wednesday, February 06, 2008 1:43 PM
To: Andrew Funke
Cc: Clayton, Carlos E MVM
Subject: RE: Solicitation No. W912EQ-08-B-0001

Andrew,
The 20% to 30% decrease is correct. After reviewing other District's
Hourly contracts this change was made to help reduce cost of
non-effective dredging time.

Navigation Section
Wade Channell

-----Original Message-----
From: AMFunke@gldd.com [mailto:AMFunke@gldd.com]
Sent: Wednesday, February 06, 2008 1:03 PM
To: Channell, Stephen W MVM; Clayton, Carlos E MVM
Subject: Solicitation No. W912EQ-08-B-0001

Dear Sirs:

Great Lakes Dredge and Dock Company, LLC would like clarification of the following issue related to the above referenced solicitation.

Please see the attached clarification letter.

Sincerely,

Andrew M. Funke
Cost Estimator

Great Lakes Dredge and Dock Company LLC
2122 York Road
Oak Brook, Illinois 60523-1981

Office: (630) 574-2946
Mobile: (630) 212-3919
Fax: (630) 574-2909

E-Mail: amfunke@gldd.com <mailto:amfunke@gldd.com>

| | |
|---|---|
| **From:** | Channell, Stephen W MVM |
| **To:** | AMFunke@gldd.com; |
| **CC:** | Clayton, Carlos E MVM; |
| **Subject:** | RE: Solicitation No. W912EQ-08-B-0001 |
| **Date:** | Wednesday, February 06, 2008 1:43:24 PM |
| **Attachments:** | |

---

Andrew,
The 20% to 30% decrease is correct. After reviewing other District's Hourly contracts this change was made to help reduce cost of non-effective dredging time.

Navigation Section
Wade Channell

-----Original Message-----
From: AMFunke@gldd.com [mailto:AMFunke@gldd.com]
Sent: Wednesday, February 06, 2008 1:03 PM
To: Channell, Stephen W MVM; Clayton, Carlos E MVM
Subject: Solicitation No. W912EQ-08-B-0001

Dear Sirs:

Great Lakes Dredge and Dock Company, LLC would like clarification of the following issue related to the above referenced solicitation.

Please see the attached clarification letter.

Sincerely,

Andrew M. Funke
Cost Estimator

Great Lakes Dredge and Dock Company LLC
2122 York Road
Oak Brook, Illinois 60523-1981

Office: (630) 574-2946

Mobile: (630) 212-3919
Fax: (630) 574-2909
E-Mail: amfunke@gldd.com <mailto:amfunke@gldd.com>

**From:** AMFunke@gldd.com
**To:** Channell, Stephen W MVM; Clayton, Carlos E MVM;
**CC:**
**Subject:** Solicitation No. W912EQ-08-B-0001
**Date:** Wednesday, February 06, 2008 1:05:14 PM
**Attachments:** W912EQ-08-B-0001 - Clarification Letter No 1.pdf

---

Dear Sirs:

Great Lakes Dredge and Dock Company, LLC would like clarification of the following issue related to the above referenced solicitation.

Please see the attached clarification letter.

Sincerely,

Andrew M. Funke
Cost Estimator

Great Lakes Dredge and Dock Company LLC
2122 York Road
Oak Brook, Illinois 60523-1981

Office: (630) 574-2946
Mobile: (630) 212-3919
Fax: (630) 574-2909
E-Mail: amfunke@gldd.com <mailto:amfunke@gldd.com>

**Great Lakes Dredge & Dock Company, LLC**
2122 York Road
Oak Brook, IL 60523
630 574 3000

February 6, 2008

U.S. Army Engineer District, Memphis
167 North Main Street B202
Memphis, TN 38103-1894

Clarification Letter No. 1

Attn: Stephen W. Channell
Stephen.w.channell@usace.army.mil

Carl E. Clayton
Carlos.e.clayton@usace.army.mil

Re: Mississippi River, Harbors and New Construction of Northwest Tennessee Harbor
Solicitation No. W912EQ-08-B-0001

Dear Sirs:

Great Lakes Dredge & Dock Company, LLC would like clarification of the following issue related to the above referenced solicitation:

Please reference Section 00800, Clause SP.18.d from the current solicitation (W912EQ-08-B-0001): (emphasis added)

*"All cumulative non-effective hours will be reduced by* ***30 percent*** *and the reduced cumulative hours paid for at the applicable contract unit price per hour".*

Please also reference the equivalent clause from Section 00800, Clause SP.18.d from the 2007 solicitation (W912EQ-07-B-0010): (emphasis added)

*"All cumulative non-effective hours will be reduced by* ***20 percent*** *and the reduced cumulative hours paid for at the applicable contract unit price per hour".*

Please confirm that it is the Government's intent to revise the specification as written to reduce the non-effective pay hours an additional 10 percent beyond the 2007 contract language. If that is indeed the intent, please explain why that change has been made.

We respectfully request that the Government's response to this query be distributed to all planholders.

Should you like to discuss this issue, I am available by phone at (630) 574-2946, or by e-mail at amfunke@gldd.com. I look forward to hearing from you.

Sincerely,

**GREAT LAKES DREDGE & DOCK COMPANY, LLC**

Andrew M. Funke
Cost Estimator

**From:** Norman, Wendell N MVM
**To:** Mayer, Donald V MVM; Channell, Stephen W MVM;
**CC:** Clayton, Carlos E MVM;
**Subject:** GReat Lakes Response
**Date:** Wednesday, February 13, 2008 9:05:11 AM
**Attachments:**

---

Guys,

I did not change the substance too much. I did add a few sentences.

Please review to see if you agree. If so, I'll forward to OC and others.

Thanks

| | |
|---|---|
| **From:** | Norman, Wendell N MVM |
| **To:** | Todd, Jean F MVM; Briggs, Charles A MVM; |
| **CC:** | Channell, Stephen W MVM; Mayer, Donald V MVM; Sullivan, Richard S MVM; Clayton, Carlos E MVM; |
| **Subject:** | Great Lakes Draft Response |
| **Date:** | Wednesday, February 13, 2008 10:29:00 AM |
| **Attachments:** | production rates r5.doc |

-----Original Message-----
Jean/Charles,

Attached is our draft response to Great Lakes.

Wendell

Reference Pre-Bid Letter No. 2 dated February 8, 2008.

We have reviewed the subject IFB specifically in regard to production rates and estimated hours in the Bid Items and find that the IFB specifications are not defective. The relative estimated hours for the dredges designated in each Lot fairly reflects the relative production capabilities of each dredge. Therefore, the IFB allows for dredges of different capabilities to be evaluated on a fair and equal basis.

The estimated hours in the Bid Items are based on the production capabilities of 27" and 29" hydraulic dredges. Hydraulic dredge production is equal to the product of the flow rate and the density of the dredged material (Production = Flow Rate x Density). The flow rate equals the product of the velocity and the area of the discharge (Flow rate = Velocity x Area), and the area is proportional to the square of the diameter of the pump discharge (Area = pi x diameter squared / 4). Thus the dredge discharge area is an important and direct factor in determining the productivity capabilities of hydraulic dredges. The production of a 29" dredge will be greater than that of a 27" dredge as long as the discharge is maintained at the same density and velocity. A 29" dredge is required by the specifications to have more dredge pump horsepower than a 27" dredge in order to maintain this discharge velocity.

It is noted that your table of historic production data from 1998 to 2007 indicates average production rates for 27" and 29" dredges that are nearly equal. While we do not dispute the accuracy of the figures in your table, these figures alone do not demonstrate that production rates of 27" and 29" dredges are equal when dredging is performed under identical conditions. Dredging conditions vary from year to year and from location to location. The dredging conditions have a great effect on production, as indicated by the yearly variations in the production of your Dredge Pontchartrain, from a low of 1,017 (cy/hr) to a high of 1,174 (cy/hr). Also the table only includes two years of data for a 29" dredge, which is not considered to be enough for a representative sample to perform a fair analysis.

It is reasonable to expect that the differences in the production rates will be more pronounced for the new construction portion of the contract, since there will be more "bank" material and no delays for passing traffic.

**From:** Bright, Kenneth M MVM

**To:** Bodron, James A MVM; Belk, Edward E MVM; Lloyd, James W MVM; Todd, Jean F MVM; Norman, Wendell N MVM; Wilbanks, Curtis D MVM; Sullivan, Richard S MVM; Channell, Stephen W MVM; Mayer, Donald V MVM; Funderburk, Rodger M MVM; Atkins, Christopher L MVM; Briggs, Charles A MVM; Clayton, Carlos E MVM;

**CC:**

**Subject:** FY08 Harbor Dredging Contract

**Date:** Thursday, February 14, 2008 9:05:44 AM

**Attachments:**

---

All,

Meeting is scheduled for Friday, 15 Feb, @ 1100 hrs in Rm 560 to discuss subject.

Thanks,

Ken Bright
Chief, Project Operations Branch
Memphis Disrict, USACE

kenneth.m.bright@usace.army.mil
Phone: 901-544-4016

| | |
|---|---|
| **From:** | KDJohnson@gldd.com |
| **To:** | Norman, Wendell N MVM; Channell, Stephen W MVM; Clayton, Carlos E MVM; |
| **CC:** | JFKaras@gldd.com; SRAuernhamer@gldd.com; AMFunke@gldd.com; DSauls@steptoe.com; RLGuichet@gldd.com; |
| **Subject:** | W912EQ-08-B-0001 Pre Bid Letter No. 3 |
| **Date:** | Thursday, February 14, 2008 4:10:41 PM |
| **Attachments:** | W912EQ-08-B-0001 - Pre Bid Letter No 3.pdf |

---

Dear Sirs,

Please find our Pre-Bid letter no. 3 attached.

Sincerely,

Great Lakes Dredge & Dock Company, LLC

Kyle Johnson

Vice President / Chief Contract Manager

tel (630) 574 3465

fax (630) 574 2909

kdjohnson@gldd.com <mailto:kdjohnson@gldd.com>

**Great Lakes Dredge & Dock Company, LLC**

2122 York Road
Oak Brook, Illinois 60523
630 574 3000
630 574 2909 (fax)

February 14, 2008

U.S. Army Engineer District, Memphis
167 North Main Street B202
Memphis, TN 38103-1894

Pre-Bid Letter No. 3

Attn: Mr. Wendell Norman, wendell.n.norman@usace.army.mil

Re: Mississippi River, Harbors and New Construction of Northwest Tennessee Harbor
Solicitation No. W912EQ-08-B-0001

Dear Mr. Norman:

Thank you for calling me this afternoon to discuss our Pre-Bid Letter No. 2 dated February 8, 2008. You advised me that the District intends to amend the solicitation to address our request to provide a fair and equal basis for bidding. Great Lakes has thus agreed to refrain from submitting a Pre-Bid Protest in this regard pending a temporary suspension of the bid date via amendment to be issued no later than end of business tomorrow, February 15.

It remains clear that the dredges which have historically bid and performed this project, the "Ponchartrain" and the "Venture", have achieved essentially identical production per 100% effective hour. Further, when taking into account 80% pay time (70% pay time under the current solicitation), the "Ponchartrain" has achieved more than 10% greater production in cubic yards per total hours paid for effective and non-effective time. Thus, the "Ponchartrain" has actually been greater than 10% more productive than the "Venture" on this project. Assuming that the solicitation is indeed postponed tomorrow, we will follow with more factual detail in this regard.

If, however, the bid date is not suspended tomorrow, we will submit a Pre-Bid Protest prior to the bid opening on Wednesday, February 20. Such protest will contain a complete and detailed factual basis. Given that Monday is a Federal holiday, we would make our best efforts to submit to you by end of day Tuesday, February 19.

Thank you for your continued consideration. We remain available to discuss this issue with you further. Please feel free to contact me directly at (630) 574-3465.

Sincerely,
**GREAT LAKES DREDGE & DOCK COMPANY, LLC**

Kyle D. Johnson
Vice President

cc: Mr. Stephen W. Channell, Stephen.w.channell@usace.army.mil
Mr. Carl E. Clayton, Carlos.e.clayton@usace.army.mil

**From:** AMFunke@gldd.com
**To:** Norman, Wendell N MVM; Channell, Stephen W MVM; Clayton, Carlos E MVM;
**CC:**
**Subject:** W912EQ-08-B-0001 - Pre-Bid Letter No. 4
**Date:** Thursday, February 14, 2008 2:13:33 PM
**Attachments:** W912EQ-08-B-0001 - Pre Bid Letter No 4.pdf

---

Dear Sirs:

Great Lakes Dredge and Dock Company, LLC has the following additional queries regarding the referenced solicitation.

Please see attached Pre-Bid Letter No. 4.

Sincerely,

Andrew M. Funke
Cost Estimator

Great Lakes Dredge and Dock Company LLC
2122 York Road
Oak Brook, Illinois 60523-1981

Office: (630) 574-2946
Mobile: (630) 212-3919
Fax: (630) 574-2909
E-Mail: amfunke@gldd.com <mailto:amfunke@gldd.com>

W912EQ-08-B-0001 - Pre Bid Letter No 4 pdf attachment from AMFunke@gldd.com dated Feb 14 08 2:13:33 PM

Great Lakes
Dredge & Dock
Company, LLC

2122 York Road
Oak Brook, IL 60523
630 574 3000

February 14, 2008

U.S. Army Engineer District, Memphis
167 North Main Street B202
Memphis, TN 38103-1894

Pre-Bid Letter No. 4

Attn: Mr. Wendell Norman, wendell.n.norman@usace.army.mil
Mr. Stephen W. Channell, Stephen.w.channell@usace.army.mil
Mr. Carl E. Clayton, Carlos.e.clayton@usace.army.mil

Re: Mississippi River, Harbors and New Construction of Northwest Tennessee Harbor
Solicitation No. W912EQ-08-B-0001
**Pre-Bid Queries**

Dear Sirs:

Great Lakes Dredge & Dock Company, LLC has the following additional queries regarding the referenced solicitation.

1. Has the clearing and grubbing of the Northwest Tennessee Harbor dredging footprint been performed? If not, when will the clearing and grubbing be performed?

2. Please provide topographic survey information for the Northwest Tennessee Harbor dredged material Disposal Areas A and B, including as-built dike information.

Should you like to discuss these queries, I am available by phone at (630) 574-2946, or by e-mail at amfunke@gldd.com. I look forward to hearing from you.

Sincerely,
**GREAT LAKES DREDGE & DOCK COMPANY, LLC**

Andrew M. Funke
Cost Estimator

**From:** Clayton, Carlos E MVM
**To:** Waller, Kandi H MVM;
**CC:**
**Subject:** FW: W912EQ-08-B-0001 - Pre-Bid Letter No. 4
**Date:** Friday, February 15, 2008 9:32:00 AM
**Attachments:** W912EQ-08-B-0001 - Pre Bid Letter No 4.pdf

---

Kandi, can you or someone else provide me any information relating to these two questions. I know that the clearing and grubbing of the area is being done now, but I need some help so that I can respond to this inquiry.

Thanks,

Carl Clayton

-----Original Message-----
From: AMFunke@gldd.com [mailto:AMFunke@gldd.com]
Sent: Thursday, February 14, 2008 2:13 PM
To: Norman, Wendell N MVM; Channell, Stephen W MVM; Clayton, Carlos E MVM
Subject: W912EQ-08-B-0001 - Pre-Bid Letter No. 4

Dear Sirs:

Great Lakes Dredge and Dock Company, LLC has the following additional queries regarding the referenced solicitation.

Please see attached Pre-Bid Letter No. 4.

Sincerely,

Andrew M. Funke
Cost Estimator

Great Lakes Dredge and Dock Company LLC
2122 York Road
Oak Brook, Illinois 60523-1981

Office: (630) 574-2946

Mobile: (630) 212-3919
Fax: (630) 574-2909
E-Mail: amfunke@gldd.com <mailto:amfunke@gldd.com>

**Great Lakes Dredge & Dock Company, LLC**
2122 York Road
Oak Brook, IL 60523
630 574 3000

February 14, 2008

U.S. Army Engineer District, Memphis
167 North Main Street B202
Memphis, TN 38103-1894

Pre-Bid Letter No. 4

Attn: Mr. Wendell Norman, wendell.n.norman@usace.army.mil
Mr. Stephen W. Channell, Stephen.w.channell@usace.army.mil
Mr. Carl E. Clayton, Carlos.e.clayton@usace.army.mil

Re: Mississippi River, Harbors and New Construction of Northwest Tennessee Harbor
Solicitation No. W912EQ-08-B-0001
**Pre-Bid Queries**

Dear Sirs:

Great Lakes Dredge & Dock Company, LLC has the following additional queries regarding the referenced solicitation.

1. Has the clearing and grubbing of the Northwest Tennessee Harbor dredging footprint been performed? If not, when will the clearing and grubbing be performed?

2. Please provide topographic survey information for the Northwest Tennessee Harbor dredged material Disposal Areas A and B, including as-built dike information.

Should you like to discuss these queries, I am available by phone at (630) 574-2946, or by e-mail at amfunke@gldd.com. I look forward to hearing from you.

Sincerely,
**GREAT LAKES DREDGE & DOCK COMPANY, LLC**

Andrew M. Funke
Cost Estimator

**From:** KDJohnson@gldd.com
**To:** Clayton, Carlos E MVM;
**CC:** Norman, Wendell N MVM;
**Subject:** RE: W912EQ-08-B-0001 Pre Bid Letter No. 2
**Date:** Friday, February 15, 2008 2:03:32 PM
**Attachments:**

---

Thanks Carl. We will be sending you some more information next week for your consideration in making any amendments to the specification.

Have a good weekend and holiday.

kyle

-----Original Message-----
From: Clayton, Carlos E MVM [mailto:Carlos.E.Clayton@usace.army.mil]
Sent: Friday, February 15, 2008 1:57 PM
To: Kyle D. Johnson
Cc: Norman, Wendell N MVM
Subject: RE: W912EQ-08-B-0001 Pre Bid Letter No. 2
Importance: High

This is to let you know that Amendment 0002 has been issued that postpones
the bid opening indefinitely for solicitation W912EQ-08-B-0001.

Thanks,

Carl Clayton

-----Original Message-----
From: KDJohnson@gldd.com [mailto:KDJohnson@gldd.com]
Sent: Friday, February 08, 2008 12:55 PM
To: Norman, Wendell N MVM; Channell, Stephen W MVM; Clayton, Carlos E MVM
Cc: JFKaras@gldd.com; SRAuernhamer@gldd.com; AMFunke@gldd.com
Subject: W912EQ-08-B-0001 Pre Bid Letter No. 2

Sirs:

Please find attached our Pre Bid Letter No. 2.

Sincerely,

Great Lakes Dredge & Dock Company, LLC

Kyle Johnson

Vice President / Cheif Contract Manager

tel (630) 574 3465

fax (630) 574 2909

kdjohnson@gldd.com <mailto:kdjohnson@gldd.com>

**From:** Clayton, Carlos E MVM
**To:** "KDJohnson@gldd.com";
**CC:** Norman, Wendell N MVM;
**Subject:** RE: W912EQ-08-B-0001 Pre Bid Letter No. 2
**Date:** Friday, February 15, 2008 1:56:00 PM
**Attachments:**

---

This is to let you know that Amendment 0002 has been issued that postpones the bid opening indefinitely for solicitation W912EQ-08-B-0001.

Thanks,

Carl Clayton

-----Original Message-----
From: KDJohnson@gldd.com [mailto:KDJohnson@gldd.com]
Sent: Friday, February 08, 2008 12:55 PM
To: Norman, Wendell N MVM; Channell, Stephen W MVM; Clayton, Carlos E MVM
Cc: JFKaras@gldd.com; SRAuernhamer@gldd.com; AMFunke@gldd.com
Subject: W912EQ-08-B-0001 Pre Bid Letter No. 2

Sirs:

Please find attached our Pre Bid Letter No. 2.

Sincerely,

Great Lakes Dredge & Dock Company, LLC

Kyle Johnson

Vice President / Cheif Contract Manager

tel (630) 574 3465

fax (630) 574 2909

kdjohnson@gldd.com <mailto:kdjohnson@gldd.com>

**From:** Waller, Kandi H MVM
**To:** Clayton, Carlos E MVM;
**CC:**
**Subject:** RE: W912EQ-08-B-0001 - Pre-Bid Letter No. 4
**Date:** Friday, February 15, 2008 10:58:24 AM
**Attachments:** topodata.pdf

---

Answer #1 - no clearing has been done in the harbor footprint. Water stages have not been conducive for this work.

Answer #2 - I have attached a pdf of the 2 sheets with the topo data.

-----Original Message-----
From: Clayton, Carlos E MVM
Sent: Friday, February 15, 2008 9:32 AM
To: Waller, Kandi H MVM
Subject: FW: W912EQ-08-B-0001 - Pre-Bid Letter No. 4

Kandi, can you or someone else provide me any information relating to these two questions. I know that the clearing and grubbing of the area is being done now, but I need some help so that I can respond to this inquiry.

Thanks,

Carl Clayton

-----Original Message-----
From: AMFunke@gldd.com [mailto:AMFunke@gldd.com]
Sent: Thursday, February 14, 2008 2:13 PM
To: Norman, Wendell N MVM; Channell, Stephen W MVM; Clayton, Carlos E MVM
Subject: W912EQ-08-B-0001 - Pre-Bid Letter No. 4

Dear Sirs:

Great Lakes Dredge and Dock Company, LLC has the following additional queries regarding the referenced solicitation.