IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-282 |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO
SUPPLEMENT THE ADMINISTRATIVE RECORD

Pursuant to this Court's Scheduling Order of April 17, 2008, the United States filed the administrative record on April 25, 2008. After filing the administrative record, the Government discovered additional documents that should have been included in the administrative record. In addition, the plaintiff has requested that additional documents be added to the administrative record. While we do not believe that these additional documents are necessary for the Court to make its decision and these additional documents were not relied upon by the contracting officer, nevertheless, we will include them with the administrative record to resolve this issue. As a result, the United States hereby moves the Court for permission to supplement the administrative record. On May 2, 2008, counsel for the United States discussed this motion with counsel for the plaintiff and was informed that plaintiff does not oppose this motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-0315
Fax. (202) 514-8624

May 2, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2008, a copy of the Defendant's Unopposed Motion to Supplement the Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Robert C. Bigler
Robert C. Bigler