should be the same as those used for the dredging pay item.

*b. Dredging.* Pay for unit price contracts may be based on volume, area, time, scow or bin measure, or lump sum as described in ER 1130-2-307. To determine the unit cost of dredging, divide the gross production cost by the number of pay units.

(1) Pipeline dredge gross production costs consist of costs associated with dredging time and are not separated by elements of work.

(2) Hopper dredge and mechanical dredge gross production costs consist of costs associated with excavation time, transportation time, and disposal time.

(3) Specialty dredging gross production costs will be determined on a case-by-case basis.

*c.* Total dredging cost includes mobilization and demobilization cost plus dredging cost, previously discussed in paragraphs 9*a* and 9*b*, respectively.


WATER SURFACE
REQUIRED YARDAGE
ALLOWABLE OVERDEPTH YARDAGE
REQUIRED PAY PRISM
MAXIMUM PAY PRISM
PROJECT WIDTH
NON-PAY YARDAGE
MAXIMUM PAY YARDAGE = REQUIRED YARDAGE + ALLOWABLE OVERDEPTH YARDAGE
NET PAY YARDAGE = MAXIMUM PAY YARDAGE - ALLOWABLE OVERDEPTH NOT DREDGED
GROSS YARDAGE = NET PAY YARDAGE + NON-PAY YARDAGE

Figure G-1.

UFC 3-700-02A
01 March 2005

# UNIFIED FACILITIES CRITERIA (UFC)

# CONSTRUCTION COST ESTIMATES

APPROVED FOR PUBLIC RELEASE; DISTRIBUTION UNLIMITED

UFC 3-700-02A
01 March 2005

# UNIFIED FACILITIES CRITERIA (UFC)

## CONSTRUCTION COST ESTIMATES

Any copyrighted material included in this UFC is identified at its point of use.
Use of the copyrighted material apart from this UFC must have the permission of the copyright holder.

U.S. ARMY CORPS OF ENGINEERS

NAVAL FACILITIES ENGINEERING COMMAND (Preparing Activity)

AIR FORCE CIVIL ENGINEER SUPPORT AGENCY

Record of Changes (changes are indicated by \1\ ... /1/)

| Change No. | Date | Location |
|---|---|---|
| | | |
| | | |

This UFC supersedes EI 01D010, dated 1 September 1997. The format of this UFC does not conform to UFC 1-300-01; however, the format will be adjusted to conform at the next revision. The body of this UFC is the previous EI 01D010, dated 1 September 1997.

CEMP-E/CECW-E

EI 01D010
1 September 1997

# ENGINEERING INSTRUCTIONS

# CONSTRUCTION COST ESTIMATES

Record of Changes (changes indicated by \1\ ... /1/)
No. Date Pages

HEADQUARTERS, U.S. ARMY CORPS OF ENGINEERS
DIRECTORATE OF MILITARY PROGRAMS
ENGINEERING DIVISION
WASHINGTON, D.C.

/|

(2) "Nonpay volume" based on fill measurement is the volume of material that results in overfill and/or washes away.

*o. Operating time.* "Operating time" is the "Effective working time" (See "Effective working time").

*p. Percentage of effective working time.* (See "Time efficiency.")

*q. Required volume.*

(1) "Required volume" based on excavation measurement is the volume of material to be removed from within the required pay prism.

(2) "Required volume" based on fill measurement is the volume of material to be placed within the pay prism.

*r. Time efficiency.* "Time efficiency" is the ratio of the "Operating time" to the "Dredging time," and is expressed as a percentage. Also known as "Percentage of effective working time" (% of EWT).

## 15-3. Development of Dredging Estimate

*a.* It is the general policy of the Corps of Engineers that dredging estimates be performed by cost engineers. The method of development of dredging estimates, in descending order, are as follows:

*b. Historical information.* The simplest and most reliable approach for estimating production for all types of dredges is to rely upon dredging records for the same or similar type work performed by the same or at least a similar dredge. The dredging records include the daily dredging reports. If project conditions have changed, for example, a different horsepower or haul distance, historical production information must be adjusted and documented for use in the estimate. Using such adjustments is a valid method for obtaining production rates when historical data is not available. Some valuable sources of historical dredging data include daily reports of operations, operations personnel, other districts, and regional dredge teams. Cost and pricing data may be obtained from audits and contract modifications. Adjustments should be made to this data reflecting current pricing levels.

*c. Similar projects.* Information may be obtained from similar projects with similar characteristics to prepare a dredging estimate.

*d. Regional dredge teams.* The use of regional dredge teams is recommended. Members of regional dredge teams can be contacted for guidance on production rates, effective times, cost data, or other pertinent information.

*e. Combining Methods.* A combination of the methods, as previously described, may be used at the discretion and judgment of the cost engineer.

*f. Computer programs.* When historical data is not available, CEDEP may be used to compute a production rate, or the production rate may be computed using recognized commercially generated programs or industry generated programs. The cost engineer should include in the estimate a complete statement of the source of computer program used in the estimate.

## 15-4. Project Overview

*a.* The cost engineer should review the known project conditions and scope of work for the following items and determine which items are judgmental and which are factual at the time the estimate is prepared.

*b. Location of work.* This information is necessary to make a determination of availability of historical data, plant availability, mobilization distances, disposal areas, and restraints placed on the various types of dredge operations.

*c. Type of material to be dredged.* Information may be obtained from geotechnical investigations, expert opinion, historical data of specific site or adjoining areas, site visits, or similar projects with similar characteristics.

*d. Placement area.* Information should be obtained on location, size, type, regulatory and permit requirements.

*e. Project dimensions.* Project dimensions may include such items as length, width, depth, and channel alignment.

*f. Site restrictions.* This may include such items as waterway usage, vessel traffic, as well as time, weather, noise, and environmental restraints. Many areas are subject to restricted dredging seasons. To minimize environmental impacts creating scheduling conflicts, higher costs may occur and must be considered and documented in the cost estimate.

## 15-5. Selection of Equipment

*a.* An economical dredge shall be selected. Dredge type and size depend mainly on availability, job duration, type of material, exposure to the elements, disposal area restraints, environmental restraints, and production requirements. The narrative will include the rationale used by the cost engineer for equipment selection.

*b. Pipeline Dredging.* The term "pipeline" refers to the discharge method through on-board pumps. The common types are cutterhead, suction, and dustpan dredges which refer to the intake method. Pipeline dredges are sized by the inside diameter of the dredge discharge flange, and they are effective in dredging densely packed materials. Although they are best suited for low-traffic areas and sheltered waterways such as rivers, bays, harbors, and canals, some pipeline dredges are equipped to operate in calm to moderate seas offshore. Pipeline dredges lend themselves well to shore disposal operations.

*c. Hopper Dredging.* Hopper dredges are sized or classed by their hopper capacity. However, a particular size dredge is actually limited by its weight carrying capacity and the environmental restrictions of the project. Hopper dredges operate in cycles, and they normally cover the length of the total dredging area, deepening it gradually. They are the most efficient type dredge for excavating loose, unconsolidated material and are used mainly in exposed harbors and shipping channels where traffic and operating conditions rule out the use of stationary dredges.

*d. Mechanical Dredging.* Mechanical dredges include bucket, bucket-ladder, clamshell, and dragline dredges. Transportation of the dredged material is made by additional plant, tug and barge, or scow. Mechanical dredges are classified by bucket size and are best adapted for dredging fine-grained material. They are the most efficient dredge for working near bridges, docks, wharfs, piers, or breakwater structures.

*e. Specialty Dredging.* Some dredging projects have unusual conditions or unique project requirements that cannot readily utilize standard dredge plant. There are a variety of specialized dredge plant which must be considered under these circumstances.

## 15-6. Production

*a.* In calculating production rates for dredging, effective time is commonly used. Lost time due to major repairs and alteration, cessation, and collisions is not used in dredging time calculations. Whenever possible, the production rate used in CEDEP should be based on historical data. When historical data is not available, the sequence described in this chapter shall be used.

*b. Pipeline Dredging.* Production is determined by the pumping rate and the effective time.

(1) Pumping rate is affected by items such as water depth, density of material, distance discharged, available horsepower, bank height, wave climate, disposal area restraints, environmental restraints, and dredge configuration, such as spud carriage, ladder pump, degassers, and hoffa valve.

(2) The effective time is affected by items such as weather, handling pipeline, moving swing wires, minor operating repairs, vessel traffic, repositioning the dredge, and surveys.

*c. Hopper Dredging.* Hopper dredge production is best evaluated in terms of its cycle components and the effective time.

(1) The hopper dredge cycle consists of excavation time, transport time, and disposal time.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2008, a copy of Plaintiff Great Lakes Dredge & Dock Company LLC's Motion for Judgment on the Administrative Record and Accompanying Memorandum In Support of GLDD's Motion for Judgment on the Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Daniel C. Sauls
Daniel C. Sauls