# In the United States Court of Federal Claims

No. 08-282C
Filed May 6, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| GREAT LAKES DREDGE & DOCK COMPANY LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

The Government's May 2, 2008 Unopposed Motion to Supplement the Administrative Record is granted. The Government will file a Supplemental Administrative Record on or before May 12, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**