IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-282 |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING A
SUPPLEMENT TO THE ADMINISTRATIVE RECORD

Pursuant to this Court's order of May 6, 2008, the United States hereby files a supplement to the administrative record of the U.S. Army Corps of Engineers.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-0315
Fax. (202) 514-8624

May 12, 2008

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-282 |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL INDEX TO THE ADMINISTRATIVE RECORD**


Solicitation W912EQ-07-B-0010 . . . . . . . . . . 911

Solicitation W912EQ-07-B-0009 . . . . . . . . . . 924

Solicitation W912EQ-07-B-0014 . . . . . . . . . . 939

Solicitation W912EQ-07-B-0019 . . . . . . . . . . 954

Pre-Bid Letter No. 2 - Request to Correct Defective Specification, dated February 8, 2008 . . . . . . . . . . 969

E-mail from Wendell Norman to Kyle Johnson re: Venture Production Table, dated April 8. 2008 . . . . . . . . . . 972

E-mail from Kyle Johnson to Wendell Norman re: Solicitation, dated April 9, 2008 . . . . . . . 973

E-mail from Kyle Johnson to Wendell Norman re: Email from Weeks Marine to the Memphis District Corps of Engineers, dated April 11, 2008 . . . . . . . . . . 974

E-mail from Wendell Norman to Kyle Johnson re: Email from Weeks Marine to the Memphis District Corps of Engineers, dated April 12, 2008 . . . . . . . . . . 977

E-mail from Kyle Johnson to Wendell Norman re: W912EQ-08-B-0001, dated April 15, 2008 . . . . . . . . . . 981

E-mail from Wendell Norman to Kyle Johnson re: W912EQ-08-B-0001,
dated April 15, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 982

E-mail from Kyle Johnson to Wendell Norman re: Venture Production Table,
dated April 16, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 984

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2008, a copy of the Defendant's Notice of Filing a Supplement to the Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Robert C. Bigler
Robert C. Bigler