Memphis District

Invitation for Bid No. W912EQ-07-B-0010

US Army Corps
of Engineers®

## Project Title:

Lease of One Cutterhead Hydraulic Pipeline Dredge, Fully Operated with Attendant Plant for Dredging of the Mississippi River and Harbors

## Location:

Within the Memphis District

# Construction Solicitation and Specifications

THIS IS AN UNRESTRICTED SOLICITATION WITH HUBZONE PRICE EVALUATION PREFERENCE (See Section 00700, Clause 52.219-4)

Date: JUNE 2007

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912EQ-07-B-0010 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 19-Jun-2007 | PAGE OF PAGES 1 OF 176 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. W38XGR71093290 | 6. PROJECT NO. W912EQ-07-B-0010 |
|---|---|---|

| 7. ISSUED BY CODE W912EQ | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 | ADDRESS SAME AS BLOCK 7.<br>HAND DELIVERED BIDS RECEIVED IN<br>RM 681, CLIFFORD DAVIS FEDERAL BUILDING,<br>MEMPHIS TN 38103-1894 |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME J. CAROL SEIBERT | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* (901) 544-3353 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Dredging of the Mississippi River and Harbors

The dredge will be used to maintain various harbors at any point on the Mississippi River between Cape Girardeau, Missouri (Mile 48 UMR), and Greenville, Mississippi (Mile 537 AHP), which includes Hickman, Kentucky; New Madrid, Missouri; Caruthersville, Missouri; Osceola, Arkansas; Memphis, Tennessee; and Helena, Arkansas. Currently we do not anticipate dredging the harbors at Hickman, Kentucky; New Madrid, Missouri; or Caruthersville, Missouri due to lack of funding. The dredge shall be not less than 27-inch I.D. discharge and have a manufacturer's horsepower rating for continuous operation of not less than 3,900 brake horsepower. Dredges larger than 27-inch will be considered, but the estimated output will be based on the quantity shown for a 27-inch dredge. The estimated cost range of the work is between $1,000,000 and $5,000,000.

This will be an unrestricted procurement with HubZone Price Evaluation Preference (See Section 00700, FAR clause 52.219-4).

The supplies or services being procured in this solicitation are classified under NAICS 237990.

Any award issued from this solicitation is pursuant to the Small Business Competitiveness Demonstration Program.

11. The Contractor shall begin performance within 10 calendar days and complete it within ______ calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* 52.211-10* *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 01:30 PM *(hour)* local time 19 Jul 2007 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212 1442-101 **STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

15. TELEPHONE NO. *(Include area code)*

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

CODE | FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS: SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | **ITEM**

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE

27. PAYMENT WILL BE MADE BY: CODE

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

TEL: EMAIL:

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY

31C. AWARD DATE

NSN 7540-01-155-3212

**STANDARD FORM 1442 BACK** (REV. 4-85)

Section 00010 - SOLICITATION CONTRACT FORM

Mississippi River and Harbors Dredge
Bid Schedule

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Rental of one fully operated hydraulic dredge with 27-inch ID pump discharge and attendant dredge plant including pipeline | | | | |
| 0001AA | First 1,400 hours | 1,400 | Hours | ________ | ________ |
| 0001AB | All over 1,400 hours | 400 | Hours | ________ | ________ |
| 0002 | Upstream Towing of dredge and attendant plant | | | | |
| 0002AA | First 100 miles | 100 | Miles | ________ | ________ |
| 0002AB | All over 100 miles | 33 | Miles | ________ | ________ |

| | | | | | |
|---|---|---|---|---|---|
| 0003 | Downstream Towing of dredge and attendant plant | | | | |
| 0003AA | First 100 miles | 100 | Miles | __________ | __________ |
| 0003AB | All over 100 miles | 33 | Miles | __________ | __________ |
| 0004 | Mobilization and demobilization | 1 | Lump Sum | XXX.XX | __________ |

TOTAL BID -- ITEMS 0001AA THRU 0004 ______________

NOTE: Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items, but does furnish an extended total or an estimated amount for such items, the Government will deem his unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY ITEM, HIS BID WILL BE DECLARED NONRESPONSIVE.

Award will be made as a whole to one bidder.

All quantities are estimated except where unit is given as "Lump Sum" or "Each."

If a bid or modification to a bid based on unit prices is submitted and provides for a lump sum adjustment to the total estimated cost, the application of the lump sum adjustment to each unit price, including lump sum units, in bid schedule must be stated, or, if it is not stated, the bidder agrees that the lump sum adjustment shall be applied on a pro rata basis to every unit price in the bid schedule.

**Technical POC: Donald Mayer 901-544-3763**
Donald.V.Mayer@mvm02.usace.army.mil

**Administrative POC: Carol Seibert 901-544-3353**
Carol.J.Seibert@mvm02.usace.army.mil

DATA SHEETS

**Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.**

U.S. Army Corps of Engineers, Memphis District
167 North Main Street, B202
Memphis TN 38103-1894

In compliance with the above Invitation for Bids, the undersigned hereby proposes to furnish, deliver, and operate the following plant in strict accordance with the attached specifications:

One Cutterhead Hydraulic Pipeline Dredge and Attendant Plant with the following characteristics:

DREDGE NAME or NUMBER:________________________

a. Hull length ____________________(feet)
b. Draft ____________________(feet)
c. Length of dredge spuds ____________________(feet)
d. Maximum and Minimum dredging depth ____________________(feet)
e. Maximum effective dredge swing ____________________(feet)
f. Ladder length ____________________(feet)
g. Cutter motor, brake horsepower ____________________(feet)

DISCHARGE SIZE:

a. Discharge line, inside diameter ________(inches)
b. Pump discharge, inside diameter ________(inches)

MAIN ENGINE: Continuous brake horsepower applied to pump impeller __________(hp)

ATTENDANT PLANT:

Derrick Barge - Type ____________________
Dimensions - length, width, draft ____________________(feet)
Boom length ____________________(feet)

Crane Barge - Type ____________________
Dimensions - length, width, draft ____________________(feet)
Boom length ____________________(feet)

Spill Barge Dimensions - length, width, draft ____________________(feet)

Fuel Barge Dimensions - length, width, draft ____________________(feet)

| BULLDOZERS(2) | DOZER NO.1 | DOZER NO.2 |
| --- | --- | --- |
| Make | __________ | __________ |
| Model | __________ | __________ |

Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.

TENDERS (3)

Tender No.1
Name ______________________
Year Built ______________________
HULL:
Length (feet) ______________________
Molded Beam (feet) ______________________
Draft (feet) ______________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ________ | ________ |
| Model | ________ | ________ |
| Serial No | ________ | ________ |
| Brake HP | ________ | ________ |

Tender No.2
Name ______________________
Year Built ______________________
HULL:
Length (feet) ______________________
Molded Beam (feet) ______________________
Draft (feet) ______________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ________ | ________ |
| Model | ________ | ________ |
| Serial No | ________ | ________ |
| Brake HP | ________ | ________ |

Tender No.3
Name ______________________
Year Built ______________________
HULL:
Length (feet) ______________________
Molded Beam (feet) ______________________
Draft (feet) ______________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ________ | ________ |
| Model | ________ | ________ |
| Serial No | ________ | ________ |
| Brake HP | ________ | ________ |

SURVEY/CREW BOAT (1)

Model ______________________________
Dimensions - length, width, draft ______________________ (feet)

| OUTBOARD MOTORS (3) | Motor 1 | Motor 2 | Motor 3 |
|---|---|---|---|
| Model | ________ | ________ | ________ |
| Horsepower | ________ | ________ | ________ |

The plant was last operated at ______________________ (location), in ________ (month/year).

The plant may be inspected at ______________________________ (location).

The plant offered is owned by ______________________________.

local governments. Provided the work can be accomplished without detriment to the work for which the dredge is being leased, and subject to the prior approval of the Contracting Officer in each instance, the Contractor, upon request, may be temporarily released from this contract to perform dredging for others. In temporarily releasing the Contractor to perform work for others, the Government does not assume any responsibility for the work performed, or for the collection of any amounts earned by the Contractor.

d. Disposal areas will be furnished by the Government. Material shall be discharged into the river or be retained in disposal areas by retaining dikes and box-type spillways as directed. The Contractor shall use normal caution in pipeline operations when discharging in dike areas to prevent washing and failure of retaining dikes, and shall maintain a continuous watch on the spillways and keep the spill boxes free of debris. Polyethylene may be required on dike slopes during dredging operations to protect the retaining dikes. If so, the polyethylene will be furnished by others. The Contractor shall place the polyethylene on the dikes, when needed.

**SP.3 <u>INSPECTION</u>**

The presence of inspectors shall not relieve Contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor shall furnish the use of boats, crew, and material forming a part of the ordinary and usual equipment and crew of the dredge plant, as may be reasonably necessary in inspecting and supervising the work. The Contractor shall furnish suitable transportation to and from the various pieces of plant, and to and from the disposal areas from all points on shore in the vicinity of the work. If the Contractor refuses, neglects, or delays compliance with these requirements, the specific facilities may be furnished by the Government, and the cost thereof will be deducted from the Contractor's earnings.

**SP.4 <u>MISPLACED MATERIAL</u>**

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect, or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of a vessel wrecked or sunk without fault or negligence shall be that provided in Sections 15, 19 and 20 of the River and Harbor Act of March 3, 1899. (33 U.S.C. 410 et seq.).

**SP.5 <u>SIGNAL LIGHTS</u>**

The Contractor shall display signal lights and conduct his operations in accordance with the General Regulations of the Department of the Army and of the Coast Guard governing lights and day signals as approved by the Secretary of the Army (33 C.F.R. 201.1 - 201.16 and the Commandant, U.S. Coast Guard per Instruction M16672.2, Navigation Rules: International - Inland (COMDTINST M16672.2), or 33 CFR 81 Appendix A (International)
and 33 CFR 84 through 33 CFR 89 (Inland) as applicable.

**SP.6 <u>PLANT</u>**

a. <u>General.</u> The Contractor agrees to place plant on the job meeting the requirements herein specified. The plant shall be in satisfactory operating condition and capable of safely and efficiently performing the work specified. The plant shall be subject to inspection of the Contracting Officer at all times. Award of this contract shall not be construed as an agreement on the part of the Government that plant listed by the Contractor in his bid is adequate for the performance of the work. The measure of the "capacity of the plant" shall be its actual performance on the work to which these specifications apply.

b. Performance of Plant. By submitting a bid, the Contractor is giving assurance that the dredging plant furnished shall perform efficiently under the conditions described in these specifications. Government inspectors shall verify that the specified minimum requirements are met during performance of the contract.

c. Unserviceable Plant. If, at any time during the life of the contract, the Contracting Officer determines that any item of plant, or part thereof, is inadequate for the service required, is not being operated at full capacity, has become unserviceable or unsafe, is incapable of efficient work, or is not being efficiently operated because of reduced or incompetent crew; he will notify the Contractor in writing of his decision. The Contracting Officer will either suspend operations or direct that the item of plant, or part thereof, be removed from the work until the defects are corrected; and after giving such notice, the rate of payment for the entire plant will be reduced in the ratio that the output falls short of that specified in the Technical Specifications, with allowances for changes in dredging conditions, until the defects are corrected or incompetent crew is replaced, or crew is increased to the satisfaction of the Contracting Officer. The Contractor may substitute plant of similar capacity and power, satisfactory to the Contracting Officer, for any item of plant, or part thereof, condemned or ordered removed from the work.

d. Control. (1) The plant and its crew will work under the actual direct supervision of the Contractor. The Contracting Officer or his representative shall direct the time and location of the work to be accomplished under the contract.

(2) The Contractor, or a representative with full authority to act for him with reference to care and operation of the plant, shall be on the site of the work at all times.

e. Movement of Plant. All moving and towing of the dredge and attendant plant will be done by the Contractor. The Contractor will be notified as early as possible in advance of movement of the dredge plant to permit assembly of the tow.

f. Operation and Repair. The Contractor shall furnish all labor, fuel, equipment for transportation of fuel to dredge, appliances, appurtenances, equipment, materials, subsistence, and supplies, and bear all expense incidents to the efficient operation of his plant in connection with the work of dredging under the contract. The Contractor shall also bear all direct overhead and collateral expenses incident to the operation, upkeep, and repair of all items of plant. He shall maintain the plant in good state of repair; shall arrange for a supply of renewal parts to be on hand when needed for the dredge and each kind of attendant plant; and shall provide and maintain the crews for each item of plant employed in connection with the work. All floating pipelines shall be supported by the usual catamarans and bracing, or by small barges or pontoons. Trestles for the support of shore lines in shallow water and other places where necessary shall be built and maintained by the Contractor. All pipelines must be kept in good condition at all times, and any pipeline leaks, or broken pipeline and/or connections must be promptly and properly repaired.

**SP.7 Crew**

a. The Contractor shall furnish and pay all necessary crew and supervisory personnel required for safe and efficient 24 hour operation of the dredge and attendant plant and to handle floating and shore pipeline. If the Contracting Officer determines that manning levels are such that there is a breach of the contract or a danger, all remedies under the contract are available, including, but not limited to suspension of work and termination for default.

b. Crew on the dredge shall be able to perform operations such as clearing pump and suction and adding or removing floating line simultaneously. Each crewmember shall be relieved by qualified personnel on his days off. The Contractor will remove from work under this contract any employee who, in the opinion of the Contracting Officer, is objectionable or incompetent. This requirement shall not be made the basis of any claim for compensation or damages against the United States or any of its officers or agents.

c. Boat Operators. When operating in a towing status, all boat operators of boats 26 feet or longer shall possess a current operator's license issued by the U.S. Coast Guard. Vessels used at the jobsite for handling

SECTION 02482

DREDGING

PART 1 GENERAL

1.1 SCOPE OF DREDGING

The work consists of maintenance dredging of the following harbors: Hickman, KY; New Madrid, MO; Caruthersville, MO; Osceola, AR; Memphis, TN; Helena, AR or at any point on the Mississippi River between Cape Girardeau MO (Mile 48 UMR) and Greenville, Mississippi (Mile 537 AHP). Dredging of the harbors at Hickman, New Madrid, and Caruthersville is not anticipated under this contract due to lack of funding. Material dredged from these harbors shall be discharged into the river or be retained in disposal areas by retaining dikes and box-type spillways as directed.

PART 2 PRODUCTS

2.1 DREDGE

2.1.1 Size of Dredge

The dredge shall be not less than 27 inch I.D. discharge. The dredge shall have a minimum manufacturer's horsepower rating for continuous operation as specified in the table below for each respective size of dredge. The yardages in the table are estimates and will be used as the basis to evaluate bids. The dredge inspectors will monitor the actual dredge output, as determined by before and after dredging surveys performed by the Government, against the applicable quantity shown. Failure to maintain that quantity will result in a reduction in payments in accordance with paragraph 00800-8.c, unless the Contracting Officer determines that circumstances beyond the control and without the fault or negligence of the Contractor caused the reduction in output. Dredging performed at some locations will require approximately 15,000 ft of discharge line with a 50 ft lift; during this time the dredge shall not be required to meet the specified minimum output. Dredges larger than 27 inch will be considered but the estimated output will be based on the quantity shown for a 27 inch dredge. The discharge size will be considered to be the minimum diameter of either the pump discharge or discharge line, whichever is less.

| Size of Dredge Pump Discharge (I.D.) | Minimum Continuous BHP Connected to Dredge Pump | Estimated Minimum Output Per Pumping Hour Cubic Yards |
|---|---|---|
| 27 inches | 3,900 | 1100 |

The dredge ladder and spuds shall be of such construction and configuration that the dredge will dig material to a depth of 50 ft below the water surface without exceeding a ladder angle of 45 degrees from horizontal, and will make a 250-ft bottom width cut at a depth of 50 ft without exceeding a swing angle of 45 degrees to either side of the cut centerline. Spuds shall be capable of holding the dredge in place under the dredging conditions above in currents up to 12 ft per second. The dredge shall be capable of starting work and working efficiently at a depth of 12 ft.

The draft of the dredge shall not exceed 9 ft. The dredge shall be of such design as to work efficiently and permit passage of other vessels while working in a 250-ft wide channel. A check (flap) valve will be located on the dredge near the discharge side of the pump. The suction pipe shall have an intake section of pipe with valve near the pump for the purpose of inserting dye in the pump to determine the velocity and shall have a device that will degas the dredged material. The sound level in the lever room shall not exceed 90 dB.

2.1.2 Spare Cutters and Impellers

The Contractor shall have available for use at all times, a minimum of three interchangeable pump impellers in the sizes that can be accommodated by the pump to permit the dredge to work under varying conditions of length of discharge line and lift. The Contractor shall have available at all times a minimum of two serviceable, basket-type 6 or 7 blade cutterheads.

2.2 ATTENDANT PLANT

2.2.1 General

Attendant plant shall include the following as minimum requirements and shall be composed of such fuel barges, tenders, floating discharge pipe, shore pipe, spill barge, derrick or anchor barges, landing barge, water barges, and other attendant or auxiliary plant as may be required for operations under these specifications, whether or not items are specifically mentioned. The auxiliary and attendant plant shall be in good condition and of sufficient size and capacity to efficiently serve the dredge. The dredge tenders and other attendant plant requiring internal combustion engines for propulsion or auxiliary power requirements, except outboard motors, shall not be equipped with a type of engine requiring gasoline or other highly volatile fuels for operations. No division in pay will be made for attendant plant. It will be considered as part of the dredging plant and shall be kept in operating condition at all times regardless of pay status of the dredge.

2.2.2 Anchor Barge

One derrick barge with not less than 30-ft boom length for moving and shifting anchors.

2.2.3 Barge Mounted Crane

One (1) barge mounted crane having a lifting capacity of at least 50 tons, with not less than 80-ft boom length and equipped with one clamshell bucket.

2.2.4 Fuel Barge

One (1) fuel barge capable of servicing the dredge for 7 days.

2.2.5 Landing Barge

One (1) small shallow draft barge with sufficient walkway and handrails shall be required for use as a landing barge.

2.2.6 Pipelines

The work involved will require pipelines ranging from 600 ft to 15,000 ft in length. The following minimum pipeline equipment shall be furnished: 6,500 ft of pontoon discharge line of not less than 27 in ID (1,000 ft of the line shall be in lengths of not more than 50 ft), an additional 2,000 ft of pontoon discharge line, of not less than 24 in ID, will be required for McKellar Lake (Memphis) harbor; two (2) stiff pontoon elbows and two (2) swivels, equipped with winches or skidder barge with power winch and adequate fairleads or chocks; two (2) landing pontoons equipped with power winches and "A" frame; one (1) shallow draft spill barge (2 ft maximum draft) not less than 65 ft long by 26 ft wide with 28 ft minimum boom, designed to discharge 75 ft from waters edge, equipped with power winches, baffle plate, and spreader; and 6,500 ft of shore pipe with four sets of valves including wye branches. The pontoon line shall be equipped with satisfactory pontoons, winches, and anchors to operate the pontoon line in 12 ft per second current. The contractor may be required to submerge short lengths of the pontoon

line in harbors in the vicinity of marinas to allow for passage of small vessels.

2.2.7 Tenders

Two (2) tenders for 24 hours operation per day of such size and design that either can adequately serve the dredge and attendant plant under any conditions to be encountered. The tenders shall be not less than 500 intermittent shaft horsepower and shall work in as little as 5 ft of water. In addition to the two tenders required above, one (1) additional tender of not less than 1,000 intermittent shaft horsepower is required for day shift operation (12 hours). Each of the tenders shall be of steel construction, twin screw, with conventional shallow draft river workboat design. Tugs are not acceptable. The minimum crew for each tender shall consist of one operator and one deckhand per shift.

2.2.8 Survey/Crew Boat

One (1) workboat, similar or equal to a 21-ft SeaArk Marine Utility Series Little Giant Model, with front and rear door, shall be required for crew transport, layout work, sounding, general inspection, and quality control surveying. Workboat shall be equipped with the following: three outboard motors, not less than 100 horsepower each (one will be used as a spare); complete hydraulic steering system including wheel; cables, throttle controls, and electric starter for dual motors; and single-beam DGPS hydrographic surveying equipment.

2.2.9 Dozers

Two (2) wide track bulldozers, one D-5 and one D-6 Caterpillar or equivalent, shall be furnished for work in and around upland disposal areas.

2.3 TECHNICAL EQUIPMENT

2.3.1 Production Recording Equipment

The dredge shall be equipped with automated production recording equipment, to continually record pipeline pressure, pump vacuum, pump RPM, and engine RPM. Data may be recorded mechanically (ink charts) or electronically. Data shall be furnished to the Government upon request, and at completion of the contract.

2.3.2 Differential Global Positioning System (DGPS)

The contractor shall furnish, operate and maintain a complete Differential Global Positioning System (DGPS) to provide dredge positioning and alignment in the various dredging assignments of this contract. The system shall utilize DGPS equipment in conjunction with the U.S. Coast Guard Radio Beacon DGPS Network, to provide real time positioning using UTM Zone 15 or 16 coordinates. The contractor will be provided a diskette containing a Hypack file of the dredging cut layout for each individual assignment containing stationing, baseline information, and coordinates. The complete positioning system shall provide at a minimum the following features: (1) Complete real time display of the dredge in relation to the dredging cut, centerline ranges, and current 100-ft stationing shall be displayed on a VGA monitor located in the lever room of the dredge, so that the inspector can determine the current and previous location of the dredge as it advances. (2) Data logging and recording to diskette of positioning information during the dredging assignment, to be turned in to the Corps inspector at the end of each assignment. (3) Printouts of screen data for any time interval, reflecting the advance of the dredge and the arc of the swing within the channel, shall be available upon request.

2.3.3 Depth Sounding Devices

The Contractor shall provide a depth-sounding device capable of obtaining continuous depth-sounding measurements in the area of the forward hull of the dredge. The depth shall be displayed in the lever room of the dredge.

2.3.4 Hydrographic Survey Equipment

The survey/crew boat shall be equipped with single-beam DGPS hydrographic survey equipment. Contractor must be able to print small-scale cross-sections but not full surveys (large scale plotter not required); printer may be located on survey boat or dredge.

2.3.5 Gyro Compass

As a back-up for the DGPS system, the dredge shall be equipped with a gyro compass of such precision that dredging can be conducted using compass bearings if necessary.

PART 3 EXECUTION (Not Used)

-- End of Section --

**Memphis District** **Invitation for Bid No. W912EQ-06-B-0009**

**US Army Corps of Engineers®**

# Project Title:

**Lease of One Cutterhead Hydraulic Pipeline Dredge, Fully Operated with Attendant Plant for Dredging of the Mississippi River and Harbors**

# Location:

**Within the Memphis District**

# Construction Solicitation and Specifications

**THIS IS AN UNRESTRICTED SOLICITATION WITH HUBZONE PRICE EVALUATION PREFERENCE (See Section 00700, Clause 52.219-4)**

**Date: MAY 2006**

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912EQ-06-B-0009 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 16-May-2006 | PAGE OF PAGES 1 OF 215 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. W912EQ-06-B-0009 |
|---|---|---|

| 7. ISSUED BY CODE W912EQ | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 | ADDRESS SAME AS BLOC K 7.<br>HAND DELIVERED BIDS RECEIVED IN<br>RM 681, CLIFFORD DAVIS FEDERAL BUILDING,<br>MEMPHIS TN 38103-1894 |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME J. CAROL SEIBERT | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* (901) 544-3353 |
|---|---|---|

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Dredging of the Mississippi River and Harbors

Lease of one Cutterhead Hydraulic Pipeline Dredge, fully operated with attendant plant for dredging of the Mississippi River and harbors within the Memphis District. The dredge will be used to maintain various harbors at any points on the Mississippi River between Cape Girardeau, Missouri (Mile 48 UMR), and Greenville, Mississippi (Mile 537 AHP), which includes Hickman, Kentucky; New Madrid, Missouri; Caruthersville, Missouri; Osceola, Arkansas; Memphis, Tennessee; and Helena, Arkansas. The estimated cost range of the work is between $1,000,000 and $5,000,000.

THIS WILL BE AN UNRESTRICTED PROCUREMENT WITH HUBZONE PRICE EVALUATION PREFERENCE (See Section 00700, FAR clause 52.219-4).
The supplies or services being procured in this solicitation are classified under NAICS 237900.

Any award issued from this solicitation is pursuant to the Small Business Competitiveness Demonstration Program.

11. The Contractor shall begin performance within 10 calendar days and complete it within * calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* 52.211-10 * *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 02:30 PM *(hour)* local time 15 Jun 2006 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212 1442-101 **STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

## SOLICITATION, OFFER, AND AWARD (Continued)
*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>**See Item 14** |
| CODE / FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS — SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| | | |
|---|---|---|
| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

| | |
|---|---|
| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |

| | | |
|---|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | **ITEM** | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |

| | |
|---|---|
| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY: CODE |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| | | | |
|---|---|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>TEL: EMAIL: | |
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY | 31C. AWARD DATE |

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

Section 00010 - SOLICITATION CONTRACT FORM

Mississippi River and Harbors Dredge
Bid Schedule

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Rental of one fully operated hydraulic dredge with 27-inch ID pump discharge and attendant dredge plant including pipeline | | | | |
| 0001AA | First 1,500 hours | 1,500 | Hours | ______ | ______ |
| 0001AB | All over 1,500 hours | 500 | Hours | ______ | ______ |
| 0002 | Upstream towing of dredge and attendant plant | | | | |
| 0002AA | First 200 miles | 200 | Miles | ______ | ______ |
| 0002AB | All over 200 miles | 70 | Miles | ______ | ______ |
| 0003 | Downstream towing of dredge and attendant plant | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 0003AA | First 200 miles | 200 | Miles | ________ | ________ |
| 0003AB | All over 200 miles | 70 | Miles | ________ | ________ |
| 0004 | Mobilization and demobilization | 1 | Lump Sum | XXX.XX | ________ |
| | | | | TOTAL BID | ________ |

NOTE: Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items, but does furnish an extended total or an estimated amount for such items, the Government will deem his unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY ITEM, HIS BID WILL BE DECLARED NONRESPONSIVE.

Award will be made as a whole to one bidder.

All quantities are estimated except where unit is given as "Lump Sum" or "each."

If a bid or modification to a bid based on unit prices is submitted and provides for a lump sum adjustment to the total estimated cost, the application of the lump sum adjustment to each unit price, including lump sum units, in bid schedule must be stated, or, if it is not stated, the bidder agrees that the lump sum adjustment shall be applied on a pro rata basis to every unit price in the bid schedule.

**Technical POC: Donald Mayer 901-544-3763**
Donald.V.Mayer@mvm02.usace.army.mil

**Administrative POC: Carol Seibert 901-544-3353**
Carol.J.Seibert@mvm02.usace.army.mil

DATA SHEET

**Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.**

U.S. Army Corps of Engineers, Memphis District
167 North Main Street, B202
Memphis TN 38103-1894

In compliance with the above Invitation for Bids, the undersigned hereby proposes to furnish, deliver, and operate the following plant in strict accordance with the attached specifications:

One Cutterhead Hydraulic Pipeline Dredge and Attendant Plant with the following characteristics:

DREDGE NAME or NUMBER:________________________________

a. Hull length ________________________________(feet)
b. Draft ________________________________(feet)
c. Length of dredge spuds ________________________________(feet)
d. Maximum and Minimum dredging depth ____________________(feet)
e. Maximum effective dredge swing ____________________(feet)
f. Ladder length ________________________________(feet)
g. Cutter motor, brake horsepower ____________________(feet)

DISCHARGE SIZE:

a. Discharge line, inside diameter ________(inches)
b. Pump discharge, inside diameter ________(inches)

MAIN ENGINE: Continuous brake horsepower applied to pump impeller __________(hp)

ATTENDANT PLANT:

Derrick Barge - Type ________________________________
Dimensions - length, width, draft ____________________(feet)
Boom length ________________________________(feet)

Crane Barge - Type ________________________________
Dimensions - length, width, draft ____________________(feet)
Boom length ________________________________(feet)

Spill Barge Dimensions - length, width, draft ____________________(feet)

Fuel Barge Dimensions - length, width, draft ____________________(feet)

| BULLDOZERS(2) | DOZER NO.1 | DOZER NO.2 |
|---|---|---|
| Make | ____________ | ____________ |
| Model | ____________ | ____________ |

Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.

TENDERS (3)

Tender No.1
Name ________________________
Year Built ______________________
HULL:
Length (feet) ___________________
Molded Beam (feet) _____________
Draft (feet) ____________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ____________ | ____________ |
| Model | ____________ | ____________ |
| Serial No | ____________ | ____________ |
| Brake HP | ____________ | ____________ |

Tender No.2
Name ________________________
Year Built ______________________
HULL:
Length (feet) ___________________
Molded Beam (feet) _____________
Draft (feet) ____________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ____________ | ____________ |
| Model | ____________ | ____________ |
| Serial No | ____________ | ____________ |
| Brake HP | ____________ | ____________ |

Tender No.3
Name ________________________
Year Built ______________________
HULL:
Length (feet) ___________________
Molded Beam (feet) _____________
Draft (feet) ____________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ____________ | ____________ |
| Model | ____________ | ____________ |
| Serial No | ____________ | ____________ |
| Brake HP | ____________ | ____________ |

SURVEY/CREW BOAT (1)

Model ________________________________________________
Dimensions - length, width, draft ___________________________ (feet)

| OUTBOARD MOTORS (3) | Motor 1 | Motor 2 | Motor 3 |
|---|---|---|---|
| Model | ____________ | ____________ | ____________ |
| Horsepower | ____________ | ____________ | ____________ |

**SP.4 MISPLACED MATERIAL**

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect, or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of a vessel wrecked or sunk without fault or negligence shall be that provided in Sections 15, 19 and 20 of the River and Harbor Act of March 3, 1899. (33 U.S.C. 410 et seq.).

**SP.5 SIGNAL LIGHTS**

The Contractor shall display signal lights and conduct his operations in accordance with the General Regulations of the Department of the Army and of the Coast Guard governing lights and day signals as approved by the Secretary of the Army (33 C.F.R. 201.1 - 201.16 and the Commandant, U.S. Coast Guard per Instruction M16672.2, Navigation Rules: International - Inland (COMDTINST M16672.2), or 33 CFR 81 Appendix A (International) and 33 CFR 84 through 33 CFR 89 (Inland) as applicable.

**SP.6 PLANT**

a. General. The Contractor agrees to place plant on the job meeting the requirements herein specified. The plant shall be in satisfactory operating condition and capable of safely and efficiently performing the work specified. The plant shall be subject to inspection of the Contracting Officer at all times. Award of this contract shall not be construed as an agreement on the part of the Government that plant listed by the Contractor in his bid is adequate for the performance of the work. The measure of the "capacity of the plant" shall be its actual performance on the work to which these specifications apply.

b. Performance of Plant. By submitting a bid, the Contractor is giving assurance that the dredging plant furnished shall perform efficiently under the conditions described in these specifications. Government inspectors shall verify that the specified minimum requirements are met during performance of the contract.

c. Unserviceable Plant. If, at any time during the life of the contract, the Contracting Officer determines that any item of plant, or part thereof, is inadequate for the service required, is not being operated at full capacity, has become unserviceable or unsafe, is incapable of efficient work, or is not being efficiently operated because of reduced or incompetent crew; he will notify the Contractor in writing of his decision. The Contracting Officer will either suspend operations or direct that the item of plant, or part thereof, be removed from the work until the

defects are corrected; and after giving such notice, the rate of payment for the entire plant will be reduced in the ratio that the output falls short of that specified in the Technical Specifications, with allowances for changes in dredging conditions, until the defects are corrected or incompetent crew is replaced, or crew is increased to the satisfaction of the Contracting Officer. The Contractor may substitute plant of similar capacity and power, satisfactory to the Contracting Officer, for any item of plant, or part thereof, condemned or ordered removed from the work.

d. Control. (1) The plant and its crew will work under the actual direct supervision of the Contractor. The Contracting Officer or his representative shall direct the time and location of the work to be accomplished under the contract.

(2) The Contractor, or a representative with full authority to act for him with reference to care and operation of the plant, shall be on the site of the work at all times.

e. Movement of Plant. All moving and towing of the dredge and attendant plant will be done by the Contractor. The Contractor will be notified as early as possible in advance of movement of the dredge plant to permit assembly of the tow.

f. Operation and Repair. The Contractor shall furnish all labor, fuel, equipment for transportation of fuel to dredge, appliances, appurtenances, equipment, materials, subsistence, and supplies, and bear all expense incidents to the efficient operation of his plant in connection with the work of dredging under the contract. The Contractor shall also bear all direct overhead and collateral expenses incident to the operation, upkeep, and repair of all items of plant. He shall maintain the plant in good state of repair; shall arrange for a supply of renewal parts to be on hand when needed for the dredge and each kind of attendant plant; and shall provide and maintain the crews for each item of plant employed in connection with the work. All floating pipelines shall be supported by the usual catamarans and bracing, or by small barges or pontoons. Trestles for the support of shore lines in shallow water and other places where necessary shall be built and maintained by the Contractor. All pipelines must be kept in good condition at all times, and any pipeline leaks, or broken pipeline and/or connections must be promptly and properly repaired.

**SP.7 CREW**

a. The Contractor shall furnish and pay all necessary crew and supervisory personnel required for safe and efficient 24 hour operation of the dredge and attendant plant and to handle floating and shore pipeline. If the Contracting Officer determines that manning levels are such that there is a breach of the contract or a danger, all remedies under the contract are available, including, but not limited to suspension of work and termination for default.

b. Crew on the dredge shall be able to perform operations such as clearing pump and suction and adding or removing floating line simultaneously. Each crewmember shall be relieved by qualified personnel on his days off. The Contractor will remove from work under this contract any employee who, in the opinion of the Contracting Officer, is objectionable or incompetent.

DIVISION 2 - SITE WORK

SECTION 02482

DREDGING

TABLE OF CONTENTS

PART 1 GENERAL
1.1 SCOPE OF DREDGING

PART 2 PRODUCTS
2.1 DREDGE
2.1.1 Size of Dredge
2.1.2 Spare Cutters and Impellers
2.2 ATTENDANT PLANT
2.2.1 General
2.2.2 Anchor Barge
2.2.3 Barge Mounted Crane
2.2.4 Fuel Barge
2.2.5 Landing Barge
2.2.6 Pipelines
2.2.7 Tenders
2.2.8 Survey/Crew Boat
2.2.9 Dozers
2.3 TECHNICAL EQUIPMENT
2.3.1 Production Recording Equipment
2.3.2 Differential Global Positioning System (DGPS)
2.3.3 Depth Sounding Devices
2.3.4 Hydrographic Survey Equipment
2.3.5 Gyro Compass

PART 3 EXECUTION (Not Applicable)

-End of Section Table of Contents-

# SECTION 02482

# DREDGING

## PART 1 GENERAL

### 1.1 SCOPE OF DREDGING

The work consists of maintenance dredging of the following harbors: Hickman, KY; New Madrid, MO; Caruthersville, MO; Osceola, AR; Memphis, TN; Helena, AR or at any point on the Mississippi River between Cape Girardeau MO (Mile 48 UMR) and Greenville, Mississippi (Mile 537 AHP). Material dredged from these harbors shall be discharged into the river or be retained in disposal areas by retaining dikes and box-type spillways as directed.

## PART 2 PRODUCTS

### 2.1 DREDGE

#### 2.1.1 Size of Dredge

The dredge shall be not less than 27 inch I.D. discharge. The dredge shall have a minimum manufacturer's horsepower rating for continuous operation as specified in the table below for each respective size of dredge. The yardages in the table are estimates and will be used as the basis to evaluate bids. The dredge inspectors will monitor the actual dredge output, as determined by before and after dredging surveys performed by the Government, against the applicable quantity shown. Failure to maintain that quantity will result in a reduction in payments in accordance with paragraph 00800-8.c, unless the Contracting Officer determines that circumstances beyond the control and without the fault or negligence of the Contractor caused the reduction in output. Dredging performed at some locations will require approximately 15,000 ft of discharge line with a 50 ft lift; during this time the dredge shall not be required to meet the specified minimum output. Dredges larger than 27 inch will be considered but the estimated output will be based on the quantity shown for a 27 inch dredge. The discharge size will be considered to be the minimum diameter of either the pump discharge or discharge line, whichever is less.

| Size of Dredge Pump Discharge (I.D.) | Minimum Continuous BHP Connected to Dredge Pump | Estimated Minimum Output Per Pumping Hour Cubic Yards |
|---|---|---|
| 27 inches | 3,900 | 1100 |

The dredge ladder and spuds shall be of such construction and configuration that the dredge will dig material to a depth of 50 ft below the water surface without exceeding a ladder angle of 45 degrees from horizontal, and will make a 250-ft bottom width cut at a depth of 50 ft without exceeding a swing angle of 45 degrees to either side of the cut centerline. Spuds shall be capable of holding the dredge in place under the dredging conditions above in currents up to 12 ft per second. The dredge shall be capable of starting work and working efficiently at a depth of 12 ft.

The draft of the dredge shall not exceed 9 ft. The dredge shall be of such design as to work efficiently and permit passage of other vessels while working in a 250-ft wide channel. A check (flap) valve will be located on the dredge near the discharge side of the pump. The suction pipe shall have an intake section of pipe with valve near the pump for the purpose of inserting dye in the pump to determine the velocity and shall have a device that will degas the dredged material. The sound level in the lever room shall not exceed 90 dB.

2.1.2 Spare Cutters and Impellers

The Contractor shall have available for use at all times, a minimum of three interchangeable pump impellers in the sizes that can be accommodated by the pump to permit the dredge to work under varying conditions of length of discharge line and lift. The Contractor shall have available at all times a minimum of two serviceable, basket-type 6 or 7 blade cutterheads.

2.2 ATTENDANT PLANT

2.2.1 General

Attendant plant shall include the following as minimum requirements and shall be composed of such fuel barges, tenders, floating discharge pipe, shore pipe, spill barge, derrick or anchor barges, landing barge, water barges, and other attendant or auxiliary plant as may be required for operations under these specifications, whether or not items are specifically mentioned. The auxiliary and attendant plant shall be in good condition and of sufficient size and capacity to efficiently serve the dredge. The dredge tenders and other attendant plant requiring internal combustion engines for propulsion or auxiliary power requirements, except outboard motors, shall not be equipped with a type of engine requiring gasoline or other highly volatile fuels for operations. No division in pay will be made for attendant plant. It will be considered as part of the dredging plant and shall be kept in operating condition at all times regardless of pay status of the dredge.

2.2.2 Anchor Barge

One derrick barge with not less than 30-ft boom length for moving and shifting anchors.

2.2.3 Barge Mounted Crane

One (1) barge mounted crane having a lifting capacity of at least 50 tons, with not less than 80-ft

boom length and equipped with one clamshell bucket.

2.2.4 Fuel Barge

One (1) fuel barge capable of servicing the dredge for 7 days.

2.2.5 Landing Barge

One (1) small shallow draft barge with sufficient walkway and handrails shall be required for use as a landing barge.

2.2.6 Pipelines

The work involved will require pipelines ranging from 600 ft to 15,000 ft in length. The following minimum pipeline equipment shall be furnished: 6,500 ft of pontoon discharge line of not less than 27 in ID (1,000 ft of the line shall be in lengths of not more than 50 ft), an additional 2,000 ft of pontoon discharge line, of not less than 24 in ID, will be required for McKellar Lake (Memphis) harbor; two (2) stiff pontoon elbows and two (2) swivels, equipped with winches or skidder barge with power winch and adequate fairleads or chocks; two (2) landing pontoons equipped with power winches and "A" frame; one (1) shallow draft spill barge (2 ft maximum draft) not less than 65 ft long by 26 ft wide with 28 ft minimum boom, designed to discharge 75 ft from waters edge, equipped with power winches, baffle plate, and spreader; and 6,500 ft of shore pipe with four sets of valves including wye branches. The pontoon line shall be equipped with satisfactory pontoons, winches, and anchors to operate the pontoon line in 12 ft per second current. The contractor may be required to submerge short lengths of the pontoon line in harbors in the vicinity of marinas to allow for passage of small vessels.

2.2.7 Tenders

Two (2) tenders for 24 hours operation per day of such size and design that either can adequately serve the dredge and attendant plant under any conditions to be encountered. The tenders shall be not less than 500 intermittent shaft horsepower and shall work in as little as 5 ft of water. In addition to the two tenders required above, one (1) additional tender of not less than 1,000 intermittent shaft horsepower is required for day shift operation (12 hours). Each of the tenders shall be of steel construction, twin screw, with conventional shallow draft river workboat design. Tugs are not acceptable. The minimum crew for each tender shall consist of one operator and one deckhand per shift.

2.2.8 Survey/Crew Boat

One (1) workboat, similar or equal to a 21-ft SeaArk Marine Utility Series Little Giant Model, with front and rear door, shall be required for crew transport, layout work, sounding, general inspection, and quality control surveying. Workboat shall be equipped with the following: three outboard motors, not less than 100 horsepower each (one will be used as a spare); complete hydraulic steering system including wheel; cables, throttle controls, and electric starter for dual

motors; and single-beam DGPS hydrographic surveying equipment.

2.2.9 Dozers

Two (2) wide track bulldozers, one D-5 and one D-6 Caterpillar or equivalent, shall be furnished for work in and around upland disposal areas.

2.3 TECHNICAL EQUIPMENT

2.3.1 Production Recording Equipment

The dredge shall be equipped with automated production recording equipment, to continually record pipeline pressure, pump vacuum, pump RPM, and engine RPM. Data may be recorded mechanically (ink charts) or electronically. Data shall be furnished to the Government upon request, and at completion of the contract.

2.3.2 Differential Global Positioning System (DGPS)

The contractor shall furnish, operate and maintain a complete Differential Global Positioning System (DGPS) to provide dredge positioning and alignment in the various dredging assignments of this contract. The system shall utilize DGPS equipment in conjunction with the U.S. Coast Guard Radio Beacon DGPS Network, to provide real time positioning using UTM Zone 15 or 16 coordinates. The contractor will be provided a diskette containing a Hypack file of the dredging cut layout for each individual assignment containing stationing, baseline information, and coordinates. The complete positioning system shall provide at a minimum the following features: (1) Complete real time display of the dredge in relation to the dredging cut, centerline ranges, and current 100-ft stationing shall be displayed on a VGA monitor located in the lever room of the dredge, so that the inspector can determine the current and previous location of the dredge as it advances. (2) Data logging and recording to diskette of positioning information during the dredging assignment, to be turned in to the Corps inspector at the end of each assignment. (3) Printouts of screen data for any time interval, reflecting the advance of the dredge and the arc of the swing within the channel, shall be available upon request.

2.3.3 Depth Sounding Devices

The Contractor shall provide a depth-sounding device capable of obtaining continuous depth-sounding measurements in the area of the forward hull of the dredge. The depth shall be displayed in the lever room of the dredge.

2.3.4 Hydrographic Survey Equipment

The survey/crew boat shall be equipped with single-beam DGPS hydrographic survey equipment. Contractor must be able to print small-scale cross-sections but not full surveys (large scale plotter not required); printer may be located on survey boat or dredge.

2.3.5 Gyro Compass

As a back-up for the DGPS system, the dredge shall be equipped with a gyro compass of such precision that dredging can be conducted using compass bearings if necessary.

PART 3 EXECUTION (Not Used)

-- End of Section --

83379

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912EQ-05-B-0014 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 10-May-2005 | PAGE OF PAGES 1 OF 138 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. W38XGR-5080-4081 | 6. PROJECT NO. W912EQ-05-B-0014 |
|---|---|---|

| 7. ISSUED BY CODE W912EQ | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 | **See Item 7** |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME PRISCILLA G SWEENEY | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* (901) 544-0770 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS*(Title, identifying no., date)*:

HARBOR DREDGING

The work consists of maintenance dredging of the following harbors: Hickman, KY; New Madrid, MO; Caruthersville, MO; Osceola, AR; Memphis, TN; Helena, AR or at any point on the Mississippi River between Cape Girardeau MO (Mile 48 UMR) and Greenville, Mississippi (Mile 537 AHP). Material dredged from these harbors shall be discharged into the river or be retained in disposal areas by retaining dikes and box-type spillways as directed. Estimated cost 1,000,000.00 - $5,000,000.00.

11. The Contractor shall begin performance within 10 calendar days and complete it within 199 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* 52.211-10 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 02:30 PM *(hour)* local time 10 Jun 2005 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212 1442-101 **STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>**See Item 14** |
| CODE / FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS | SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| | | |
|---|---|---|
| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

| | |
|---|---|
| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |

| | | |
|---|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | **ITEM** | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |
| 26. ADMINISTERED BY CODE | | 27. PAYMENT WILL BE MADE BY: CODE |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| | |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>TEL: EMAIL: |
| 30B. SIGNATURE / 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY / 31C. AWARD DATE |

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

BIDDING SCHEDULE - Mississippi River and Harbors Dredge

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| 0001 | Rental of one fully operated hydraulic dredge with 27-inch ID pump discharge and attendant dredge plant including pipeline | | | | |
| 0001AA | First 1,500 hours | 1,500 | Hours | $________ | $________ |
| 0001AB | All over 1,500 hours | 500 | Hours | $________ | $________ |
| 0002 | Upstream Towing of Dredge and Attendant Plant | | | | |
| 0002AA | First 200 miles | 200 | Miles | $________ | $________ |
| 0002AB | All over 200 miles | 70 | Miles | $________ | $________ |
| 0003 | Downstream Towing Of Dredge Attendant Plant | | | | |
| 0003AA | First 200 miles | 200 | Miles | $________ | $________ |
| 0003AB | All over 200 miles | 70 | Miles | $________ | $________ |
| 0004 | Mobilization and demobilization | 1 | Job | | ________ |

TOTAL BID $________________

NOTE: Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items, but does furnish an extended total or an estimated amount for such items, the Government will deem his unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY ITEM, HIS BID WILL BE DECLARED NONRESPONSIVE.

Award will be made as a whole to one bidder.

All quantities are estimated except where unit is given as "job" or "each."

If a bid or modification to a bid based on unit prices is submitted and provides for a lump sum adjustment to the total estimated cost, the application of the lump sum adjustment to each unit price, including lump sum units, in bid schedule must be stated, or, if it is not stated, the bidder agrees that the lump sum adjustment shall be applied on a pro rata basis to every unit price in the bid schedule.

Section 00100 - INSTRUCTIONS TO BIDDERS

<u>NOTICE TO BIDDER</u>
<u>INSTRUCTIONS TO BIDDERS</u>

INSTRUCTION TO BIDDERS

a. CONDITIONS AFFECTING THE WORK – Bidders should visit the site and take such other steps as may be reasonably necessary to ascertain the nature and location of the work and the general and local conditions that can affect the work or the cost thereof. Failure to do so will not relieve bidders from responsibility for estimating properly the difficulty or cost of successfully performing the work. The Government will assume no responsibility for any understanding or representations concerning conditions made by any of its officers or agents prior to the execution of the contract, unless included in the Request for Proposal, the specifications or related documents.

b. SITE VISITS – Bidders should inspect the job site prior to submitting a bid. In this regard, bidders should note Contract Clause No. FAR 52.236-3 entitled "Site Investigation and Conditions Affecting the Work" located in Section 00700. Reference FAR 52.236-27 ALT I entitled "Site Visit (Construction)" in this Section 00100.

c. BIDDER'S QUALIFICATIONS – To establish its responsibility, the bidder may be requested by the Government to submit a statement regarding his previous experience in performing comparable work, his business and technical organization, financial resources, and plant available to be used in performing the work.

d. PUBLIC OPENING OF BIDS. Bids will be publicly opened at the time set for opening in the Invitation for Bids. Their content will be made public for the information of bidders and other interested, who may be present.

e. CONTRACT AND BONDS. The bidder whose bid is accepted will, within the time established in the bid, furnish performance and payment bonds on Government Standard Forms in the amounts indicated in the Invitation for Bids or the specifications.

f. BIDDER'S ADDRESS – Prospective bidders should indicate in the offer, the address to which payment and/or correspondence should be mailed, if such address is different from that shown for the bidder.

g. MODIFICATIONS PRIOR TO DATE SET FOR OPENING BIDS – The right is reserved as the interest of the Government may require, to revise or amend the specifications or drawings or both prior to the date set for opening proposals. Such revisions and amendments, if any, will be announced by an amendment or amendments to this Invitation for Bids. If the revisions and amendments are of a nature which requires material changes in quantities or prices bid or both, the date set for opening bids may be postponed by such number of days as in the opinion of the issuing officer will enable bidders to revise their bids. In such cases, the amendment will include an announcement of the new date for opening bids.

h. BIDDING MATERIAL – Specifications, drawings and proposal forms can be obtained at no cost from Memphis District Corps of Engineers Contracting Home Page http://www.mvm.usace.army.mil or from Memphis District Corps of Engineers, Contracting, 167 N. Main Street B-202, Memphis, TN 38103-1894. Contractors are encouraged to use the Home Page to obtain solicitations and drawings.

i. NOTICE TO BIDDERS – USE OF CLASS I OZONE-DEPLETING SUBSTANCES

(1) In accordance with Section 326 of P.L. 102-484, the Government is prohibited from awarding any contract which includes a specification or standard that requires the use of a Class I ozone-depleting substance (ODS) identified in Section 602(a) of the Clean Air act, (42 U.S.C. 767a(a)), or that can be met only through the use of such a substance unless such use has been approved, on an individual basis, by a senior acquisition official who determines that there is no suitable substitute available.

(2) To comply with this statue, the Government has conducted a best efforts screening of the specifications and standards associated with this acquisition to determine whether they contain any ODS requirements. To the extent that ODS requirements were revealed by this review, they are identified below with the disposition determined in each case.

(3) If bidder possess any special knowledge about any other ODSs required directly or indirectly at any level of contract performance, the U.S. Army would appreciate if such information was surfaced to the Contracting Officer for appropriate action. To preclude delay to the procurement, bidders should provide any information as soon as possible after release of this solicitation and prior to the submission of offers to the extent practicable. It should be understood that there is no obligation on bidders to comply with this request and that no compensation can be provided for doing so.

| ODS Identified | Specification/Standard | Disposition |
|---|---|---|
| | None | |

j. NOTICE – The following bid information is applicable only if proposal is over one hundred thousand dollars ($100,000):

(1) BID BONDS: This is applicable only if bid is over one hundred thousand dollars ($100,000). Each bidder shall submit with his bid a Bid Bond (Standard Form 24) with good and sufficient surety or sureties acceptable to the Government in the form of twenty percent (20%) of the bid price or three million dollars ($3,000,000) whichever is lesser. The bid bond penalty may be expressed in terms of a percentage or may be expressed in dollars and cents.

(2) PERFORMANCE BONDS: The penal amount of the performance bond shall equal one hundred percent (100%) of the contract. Bonds shall be received within ten (10) days after receipt of contract award.

(3) PAYMENT BONDS. Within ten (10) days after receipt of contract award to the bidder whom award is made, one (1) bond, with good and sufficient surety or sureties acceptable to the Government, shall be furnished; namely a Payment Bond (Standard Form 25A). The penal amount of such bonds shall be as follows:

a. When the contract price is one million dollars ($1,000,000) or less, the penal amount will be fifty percent (50%) of the contract price.

b. When the contract price is in excess of one million dollars ($1,000,000) but not more than five million ($5,000,000), the penal amount will be forty percent (40%) of the contract price.

c. When the contract price is more than $5 million, the penal amount will be $2 ½ million of the contract price.

k. EXPLANATION OF PROVISION/CLAUSE NUMBERS UTILIZED IN THIS SOLICITATION:

(1) Federal Acquisition Regulation (FAR) provisions/clauses are numbered as follows: 52.252-7.

(2) Defense Federal Acquisition Regulation Supplement (DFARS) provisions/clauses are numbered as follows: 252.209-7000.

(3) Army Federal Acquisition Regulation Supplement (AFARS), provisions/clauses are numbered as follows: 51.252-9000.

(4) Where the sixth digit of a provision/clause number is a "5", this indicates a provision/clause from the Engineer Federal Acquisition Regulation Supplement (EFARS), provisions/clauses are numbered as follows: 52.252-5000.

l. REQUIRED CENTRAL CONTRACTOR REGISTRATION: Bidders are cautioned to read Contract Clause entitled "Required Central Contractor Registration" (252.204-7004) located in SECTION 00700.

m. BID DOCUMENTS:

The following documents must be submitted with your bid:

- SF 1442, Solicitation, Offer and Award
- Bid Schedule (Section 00010)
- Representations and Certifications (Section 00600)
- All amendments must be acknowledged

Bid Bond (Standard Form 24)

n. As of January 1, 2005, all contractors who submit an offer/bid is required to register in the online representations and certifications application (ORCA). See FAR Clauses 52.204-7 and 52.204-8 for requirement information. The website for requirement information is HTTP://ORCA.BPN.GOV.ORCAREGISTRATION replaces representations and certification normally found in section 0600. Failure to register in ORCA prior t submitting an offer/bid will result in the offer/bid being determined non-responsive.

Clause incorporated by full text

Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.

U.S. Army Corps of Engineers, Memphis District
167 North Main Street, B202
Memphis TN 38103-1894

In compliance with the above Invitation for Bids, the undersigned hereby proposes to furnish, deliver, and operate the following plant in strict accordance with the attached specifications:

One Cutterhead Hydraulic Pipeline Dredge and Attendant Plant with the following characteristics:

DREDGE NAME or NUMBER:____________________________

a. Hull length ____________________(feet)
b. Draft ____________________(feet)
c. Length of dredge spuds ____________________(feet)
d. Maximum and Minimum dredging depth ____________________(feet)
e. Maximum effective dredge swing ____________________(feet)
f. Ladder length ____________________(feet)
g. Cutter motor, brake horsepower ____________________(feet)

DISCHARGE SIZE:

a. Discharge line, inside diameter ________(inches)
b. Pump discharge, inside diameter ________(inches)

MAIN ENGINE: Continuous brake horsepower applied to pump impeller ______(hp)

ATTENDANT PLANT:

Derrick Barge - Type ____________________
Dimensions - length, width, draft ____________________(feet)
Boom length ____________________(feet)

Crane Barge - Type ____________________
Dimensions - length, width, draft ____________________(feet)
Boom length ____________________(feet)

Spill Barge Dimensions - length, width, draft ______________________(feet)

Fuel Barge Dimensions - length, width, draft ______________________(feet)

| BULLDOZERS(2) | DOZER NO.1 | DOZER NO.2 |
|---|---|---|
| Make | ________ | ________ |
| Model | ________ | ________ |

Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.

TENDERS (3)

Tender No.1
Name ____________________
Year Built ____________________
HULL:
Length (feet) ____________________
Molded Beam (feet) ____________________
Draft (feet) ____________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ________ | ________ |
| Model | ________ | ________ |
| Serial No | ________ | ________ |
| Brake HP | ________ | ________ |

Tender No.2
Name ____________________
Year Built ____________________
HULL:
____________________ Model
Molded Beam (feet) ____________________
Draft (feet) ____________________

PROPELLING
ENGINES: PORT STBD
Make ________________ Length (feet) ________________
Serial No ________________
Brake HP ________________

Tender No.3
Name ____________________
Year Built ____________________
HULL:
Length (feet) ____________________
Molded Beam (feet) ____________________
Draft (feet) ____________________

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ________ | ________ |
| Model | ________ | ________ |
| Serial No | ________ | ________ |
| Brake HP | ________ | ________ |

SURVEY/CREW BOAT (1)

Model ______________________________________________
Dimensions - length, width, draft _________________________ (feet)

| OUTBOARD MOTORS (3) | Motor 1 | Motor 2 | Motor 3 |
|---|---|---|---|
| Model | __________ | __________ | _____ |
| Horsepower | __________ | __________ | _____ |

The plant was last operated at _______________________ (location), in _____ (month/year).

The plant may be inspected at __________________________________ (location).

The plant offered is owned by ________________________________________.

Section 00800 - SPECIAL CONTRACT REQUIREMENTS

SPECIAL CONTRACT REQUIREMENTS

## *SPECIAL CONTRACT REQUIREMENTS*

**SP.1 MISPLACED MATERIAL**

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect, or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of a vessel wrecked or sunk without fault or negligence shall be that provided in Sections 15, 19 and 20 of the River and Harbor Act of March 3, 1899. (33 U.S.C. 410 et seq.).

**SP.2 SIGNAL LIGHTS**

The Contractor shall display signal lights and conduct his operations in accordance with the General Regulations of the Department of the Army and of the Coast Guard governing lights and day signals as approved by the Secretary of the Army (33 C.F.R. 201.1 - 201.16 and the Commandant, U.S. Coast Guard per Instruction M16672.2, Navigation Rules: International - Inland (COMDTINST M16672.2), or 33 CFR 81 Appendix A (International) and 33 CFR 84 through 33 CFR 89 (Inland) as applicable.

**SP.3 PLANT**

General. The Contractor agrees to place plant on the job meeting the requirements herein specified.:

a. The plant shall be in satisfactory operating condition and capable of safely and efficiently performing the work specified. The plant shall be subject to inspection of the Contracting Officer at all times. Award of this contract shall not be construed as an agreement on the part of the Government that plant listed by the Contractor in his bid is adequate for the performance of the work. The measure of the "capacity of the plant" shall be its actual performance on the work to which these specifications apply.

b. Performance of Plant. By submitting a bid, the Contractor is giving assurance that the dredging plant furnished shall perform efficiently under the conditions described in these specifications. Government inspectors shall verify that the specified minimum requirements are met during performance of the contract.

c. Unserviceable Plant. If, at any time during the life of the contract, the Contracting Officer determines that any item of plant, or part thereof, is inadequate for the service required, is not being operated at full capacity, has become unserviceable or unsafe, is incapable of efficient work, or is not being efficiently operated because of reduced or incompetent crew; he will notify the Contractor in writing of his decision. The Contracting Officer will either suspend operations or direct that the item of plant, or part thereof, be removed from the work until the defects are corrected; and after giving such notice, the rate of payment for the entire plant will be reduced in the ratio that the output falls short of that specified in the Technical Specifications, with allowances for changes in dredging conditions, until the defects are corrected or incompetent crew is replaced, or crew is increased to the satisfaction of the Contracting Officer. The Contractor may substitute plant of similar capacity and power, satisfactory to the Contracting Officer, for any item of plant, or part thereof, condemned or ordered removed from the work.

d. Control. (1) The plant and its crew will work under the actual direct supervision of the Contractor. The Contracting Officer or his representative shall direct the time and location of the work to be accomplished under the contract.

(2) The Contractor, or a representative with full authority to act for him with reference to care and operation of the plant, shall be on the site of the work at all times.

e. Movement of Plant. All moving and towing of the dredge and attendant plant from point of delivery to jobs covered in these specifications, or as directed by the Contracting Officer, will be done by the Contractor. The Contractor will be notified 3 days in advance of the movement of the dredge plant to permit assembly of equipment and towboat. When moving to a new assignment requiring shore pipeline, it will be the responsibility of the Contractor to assemble and lay the shore pipeline ready for use prior to the arrival of the dredge. When operations are suspended, as provided in paragraph 4.e., during the period covered by the contract or any extension thereof, towing of the dredge and attendant plant to the nearest safe harbor, when deemed advisable or necessary by the Contractor and approved by the Contracting Officer, will be performed by the Contractor.

f. Operation and Repair. The Contractor shall furnish all labor, fuel, equipment for transportation of fuel to dredge, appliances, appurtenances, equipment, materials, subsistence, and supplies, and bear all expense incidents to the efficient operation of his plant in connection with the work of dredging under the contract. The Contractor shall also bear all direct overhead and collateral expenses incident to the operation, upkeep, and repair of all items of plant. He shall maintain the plant in good state of repair; shall arrange for a supply of renewal parts to be on hand when needed for the dredge and each kind of attendant plant; and shall provide and maintain the crews for each item of plant employed in connection with the work. All floating pipelines shall be supported by the usual catamarans and bracing, or by small barges or pontoons. Trestles for the support of shore lines in shallow water and other places where necessary shall be built and maintained by the Contractor. All pipelines must be kept in good condition at all times, and any pipeline leaks, or broken pipeline and/or connections must be promptly and properly repaired.

## SP.4 Boat Operators

When operating in a towing status, all boat operators of boats 26 feet or longer shall possess a current operator's license issued by the U.S. Coast Guard. Vessels used at the jobsite for handling pontoon line, moving spill barges, etc.; do not require a licensed operator.

## SP.5 Civil Engineering Technician.

The Contractor's Civil Engineering Technician shall be capable of performing all survey work related to this dredging contract, which includes making reconnaissance surveys, preparing dredge layouts, setting gauges, computing yardage, and operating all electronic survey equipment, including the Differential Global Positioning System (DGPS) on the dredge and survey boat.

## SP.6 OFFICE ACCOMMODATIONS

The Contractor shall provide an office for the dredge inspectors. The office shall be not less than 150 sq ft and shall be properly lighted, ventilated, heated, and cooled. The office shall be sound insulated such that the maximum sound level inside the office will not exceed 85 dB. All costs for office accommodations shall be included in the contract hourly rate. The office shall contain the following:

# SECTION 02482 - DREDGING

## PART 1 GENERAL

### 1.1 SCOPE OF DREDGING

The work consists of maintenance dredging of the following harbors: Hickman, KY; New Madrid, MO; Caruthersville, MO; Osceola, AR; Memphis, TN; Helena, AR or at any point on the Mississippi River between Cape Girardeau MO (Mile 48 UMR) and Greenville, Mississippi (Mile 537 AHP). Material dredged from these harbors shall be discharged into the river or be retained in disposal areas by retaining dikes and box-type spillways as directed

## PART 2 PRODUCTS

### 2.1 DREDGE

#### 2.1.1 Size of Dredge

The dredge shall be not less than 27 inch I.D. discharge. The dredge shall have a minimum manufacturer's horsepower rating for continuous operation as specified in the table below for each respective size of dredge. The yardages in the table are estimates and will be used as the basis to evaluate bids. The dredge inspectors will monitor the actual dredge output, as determined by before and after dredging surveys performed by the Government, against the applicable quantity shown. Failure to maintain that quantity will result in a reduction in payments in accordance with paragraph 00800-8.c, unless the Contracting Officer determines that circumstances beyond the control and without the fault or negligence of the Contractor caused the reduction in output. Dredging performed at some locations will require approximately 15,000 ft of discharge line with a 50 ft lift; during this time the dredge shall not be required to meet the specified minimum output. Dredges larger than 27 inch will be considered but the estimated output will be based on the quantity shown for a 27 inch dredge. The discharge size will be considered to be the minimum diameter of either the pump discharge or discharge line, whichever is less.

| Size of Dredge Pump Discharge (I.D.) | Minimum Continuous BHP Connected to Dredge Pump | Estimated Minimum Output Per Pumping Hour Cubic Yards |
|---|---|---|
| 27 inches | 3,900 | 1100 |

The dredge ladder and spuds shall be of such construction and configuration that the dredge will dig material to a depth of 50 ft below the water surface without exceeding a ladder angle of 45 degrees from horizontal, and will make a 250-ft bottom width cut at a depth of 50 ft without exceeding a swing angle of 45 degrees to either side of the cut centerline. Spuds shall be capable of holding the dredge in place under the dredging conditions above in currents up to 12 ft per second. The dredge shall be capable of starting work and working efficiently at a depth of 12 ft.

The draft of the dredge shall not exceed 9 ft. The dredge shall be of such design as to work

efficiently and permit passage of other vessels while working in a 250-ft wide channel. A check (flap) valve will be located on the dredge near the discharge side of the pump. The suction pipe shall have an intake section of pipe with valve near the pump for the purpose of inserting dye in the pump to determine the velocity and shall have a device that will degas the dredged material. The sound level in the lever room shall not exceed 90 dB.

2.1.2 Spare Cutters and Impellers

The Contractor shall have available for use at all times, a minimum of three interchangeable pump impellers in the sizes that can be accommodated by the pump to permit the dredge to work under varying conditions of length of discharge line and lift. The Contractor shall have available at all times a minimum of two serviceable, basket-type 6 or 7 blade cutterheads.

2.2 ATTENDANT PLANT

2.2.1 General

Attendant plant shall include the following as minimum requirements and shall be composed of such fuel barges, tenders, floating discharge pipe, shore pipe, spill barge, derrick or anchor barges, landing barge, water barges, and other attendant or auxiliary plant as may be required for operations under these specifications, whether or not items are specifically mentioned. The auxiliary and attendant plant shall be in good condition and of sufficient size and capacity to efficiently serve the dredge. The dredge tenders and other attendant plant requiring internal combustion engines for propulsion or auxiliary power requirements, except outboard motors, shall not be equipped with a type of engine requiring gasoline or other highly volatile fuels for operations. No division in pay will be made for attendant plant. It will be considered as part of the dredging plant and shall be kept in operating condition at all times regardless of pay status of the dredge.

2.2.2 Anchor Barge

One derrick barge with not less than 30-ft boom length for moving and shifting anchors.

2.2.3 Barge Mounted Crane

One (1) barge mounted crane having a lifting capacity of at least 50 tons, with not less than 80-ft boom length and equipped with one clamshell bucket.

2.2.4 Fuel Barge

One (1) fuel barge capable of servicing the dredge for 7 days.

2.2.5 Landing Barge

One (1) small shallow draft barge with sufficient walkway and handrails shall be required for use as a landing barge.

2.2.6 Pipelines

The work involved will require pipelines ranging from 600 ft to 15,000 ft in length. The following minimum pipeline equipment shall be furnished: 6,500 ft of pontoon discharge line of not less than 27 in ID (1,000 ft of the line shall be in lengths of not more than 50 ft), an additional 2,000 ft of pontoon discharge line, of not less than 24 in ID, will be required for Wolf River and McKellar Lake (Memphis) harbors; two (2) stiff pontoon elbows and two (2) swivels, equipped with winches or skidder barge with power winch and adequate fairleads or chocks; two (2) landing pontoons equipped with power winches and "A" frame; one (1) shallow draft spill barge (2 ft maximum draft) not less than 65 ft long by 26 ft wide with 28 ft minimum boom, designed to discharge 75 ft from waters edge, equipped with power winches, baffle plate, and spreader; and 6,500 ft of shore pipe with four sets of valves including wye branches. The pontoon line shall be equipped with satisfactory pontoons, winches, and anchors to operate the pontoon line in 12 ft per second current. The contractor may be required to submerge short lengths of the pontoon line in harbors in the vicinity of marinas to allow for passage of small vessels.

2.2.7 Survey/Crew Boat

One (1) workboat, similar or equal to a 21-ft SeaArk Marine Utility Series Little Giant Model, with front and rear door, shall be required for crew transport, layout work, sounding, general inspection, and quality control surveying. Workboat shall be equipped with the following: three outboard motors, not less than 100 horsepower each (one will be used as a spare); complete hydraulic steering system including wheel; cables, throttle controls, and electric starter for dual motors; and single-beam DGPS hydrographic surveying equipment.

2.2.8 Dozers

Two (2) wide track bulldozers, one D-5 and one D-6 Caterpillar or equivalent, shall be furnished for work in and around upland disposal areas.

2.3 TECHNICAL EQUIPMENT

2.3.1 Production Recording Equipment

The dredge shall be equipped with automated production recording equipment, to continually record pipeline pressure, pump vacuum, pump RPM, and engine RPM. Data may be recorded mechanically (ink charts) or electronically. Data shall be furnished to the Government upon request, and at completion of the contract.

2.3.2 Differential Global Positioning System (DGPS)

The contractor shall furnish, operate and maintain a complete Differential Global Positioning System (DGPS) to provide dredge positioning and alignment in the various dredging assignments of this contract. The system shall utilize DGPS equipment in conjunction with the U.S. Coast Guard Radio Beacon DGPS Network, to provide real time positioning using UTM Zone 15 or 16 coordinates. The contractor will be provided a diskette containing a Hypack file of the dredging cut layout for each individual assignment containing stationing, baseline information,

and coordinates. The complete positioning system shall provide at a minimum the following features: (1) Complete real time display of the dredge in relation to the dredging cut, centerline ranges, and current 100-ft stationing shall be displayed on a VGA monitor located in the lever room of the dredge, so that the inspector can determine the current and previous location of the dredge as it advances. (2) Data logging and recording to diskette of positioning information during the dredging assignment, to be turned in to the Corps inspector at the end of each assignment. (3) Printouts of screen data for any time interval, reflecting the advance of the dredge and the arc of the swing within the channel, shall be available upon request.

2.3.3 Depth Sounding Devices

The Contractor shall provide a depth-sounding device capable of obtaining continuous depth-sounding measurements in the area of the forward hull of the dredge. The depth shall be displayed in the lever room of the dredge.

2.3.4 Hydrographic Survey Equipment

The survey/crew boat shall be equipped with single-beam DGPS hydrographic survey equipment. Contractor must be able to print small-scale cross-sections but not full surveys (large scale plotter not required); printer may be located on survey boat or dredge.

2.3.5 Gyro Compass

As a back-up for the DGPS system, the dredge shall be equipped with a gyro compass of such precision that dredging can be conducted using compass bearings if necessary.

PART 3 EXECUTION (Not Used)

-- End of Section --

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912EQ-04-B-0019 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 03-May-2004 | PAGE OF PAGES 1 OF 193 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. W38XGR-4054-6830 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY CODE W912EQ | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, MEMPHIS<br>167 N MAIN STREET B202<br>MEMPHIS TN 38103-1894 | **See Item 7** |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME W M JOHNSON | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* 901-544-3119 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

The dredge will be used to maintain various harbors in the Memphis District at any point on the Mississippi River between Wickliffe, Kentucky (Mile 952 AHP), and Greenville, Mississippi (Mile 537 AHP), which includes Hickman, Kentucky; New Madrid, Missouri; Caruthersville, Missouri; Osceola, Arkansas; Memphis, Tennessee; and Helena, Arkansas. The dredge shall be not less than 27-inch I.D. discharge and have a manufacturer's horsepower rating for continuous operation of not less than 3,900 brake horsepower. Dredges larger than 27-inch will be considered, but the estimated output will be based on the quantity shown for a 27-inch dredge. The estimated cost range of the work is between $1,000,000 and $5,000,000 this will be an unrestricted procurement with Price Evaluation for HubZone small business concerns.

11. The Contractor shall begin performance within 20 calendar days and complete it within 180 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* Sec. 800 par 2 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 5 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 0 copies to perform the work required are due at the place specified in Item 8 by 02:30 PM *(hour)* local time 03 Jun 2004 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 90 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212 1442-101 **STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

15. TELEPHONE NO. *(Include area code)*

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

CODE | FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS | SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)*

ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE

27. PAYMENT WILL BE MADE BY: CODE

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

TEL: EMAIL:

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY

31C. AWARD DATE

NSN 7540-01-155-3212

**STANDARD FORM 1442 BACK** (REV. 4-85)

Section Supplies or Services and Price

| Item No | Description | Estimated Quantity | Unit of Issue | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| **0001** | Rental of one fully hydraulic Dredge with 27-inch ID pump discharge and Attendant Dredge plant including pipeline | | | | |
| 0001AA | First 3,000 Hours | 3,000 | Hours | ______ | ______ |
| 0001AB | All over 3,000 Hours | 1,000 | Hours | ______ | ______ |
| **0002** | Upstream Towing of Dredge and Attendant Plant | | | | |
| 0002AA | First 200 Miles | 200 | Miles | ______ | ______ |
| 0002AB | All over 200 Miles | 70 | Miles | ______ | ______ |
| **0003** | Downstream Towing of Dredge and Attendant Plant | | | | |
| 0003AA | First 200 Miles | 200 | Miles | ______ | ______ |
| 0003AB | All over 200 Miles | 70 | Miles | ______ | ______ |
| **0004** | Mobilization and Demobilization | 1 | Job | ______ | ______ |

**TOTAL BID PRICE** $______________

NOTE: Bidders shall furnish unit prices for all items listed on the schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items, but does furnish an extended total or an estimated amount for such items, the Government will deem his unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY ITEM, HIS BID WILL BE DECLARED NONRESPONSIVE.

Award will be made as a whole to one bidder.

All quantities are estimated except where unit is given as "job" or "each."

If a bid or modification to a bid based on unit prices is submitted and provides for a lump sum adjustment to the total estimated cost, the application of the lump sum adjustment to each unit price, including lump sum units, in bid schedule must be stated, or, if it is not stated, the bidder agrees that the lump sum adjustment shall be applied on a pro rata basis to every unit price in the bid schedule.

**Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.**

U.S. Army Corps of Engineers, Memphis District
167 North Main Street, B202
Memphis TN 38103-1894

In compliance with the above Invitation for Bids, the undersigned hereby proposes to furnish, deliver, and operate the following plant in strict accordance with the attached specifications:

One Cutterhead Hydraulic Pipeline Dredge and Attendant Plant with the following characteristics:

DREDGE NAME or NUMBER:______________________________

a. Hull length ______________________________(feet)
b. Draft ______________________________(feet)
c. Length of dredge spuds ______________________________(feet)
d. Maximum and Minimum dredging depth ______________________________(feet)
e. Maximum effective dredge swing ______________________________(feet)
f. Ladder length ______________________________(feet)
g. Cutter motor, brake horsepower ______________________________(feet)

<u>DISCHARGE SIZE</u>:

a. Discharge line, inside diameter ___________(inches)
b. Pump discharge, inside diameter __________(inches)

<u>MAIN ENGINE</u>: Continuous brake horsepower applied to pump impeller _________(hp)

<u>ATTENDANT PLANT</u>:

Derrick Barge - Type ______________________________
Dimensions - length, width, draft ______________________________(feet)
Boom length ______________________________(feet)

Crane Barge - Type ______________________________
Dimensions - length, width, draft ______________________________(feet)
Boom length ______________________________(feet)

Spill Barge Dimensions - length, width, draft ______________________________(feet)

Fuel Barge Dimensions - length, width, draft ____________________(feet)

| BULLDOZERS(2) | | DOZER NO.1 | DOZER NO.2 |
|---|---|---|---|
| | Make | ________ | ________ |
| | Model | ________ | ________ |

Bid Data Sheet for Lease of One Cutterhead, Hydraulic, Pipeline Dredge, Fully Operated, with Attendant Plant - Mississippi River & Harbors.

TENDERS (3)

Tender No.1
Name ____________________
Year Built ____________________
HULL: ______
Length (feet) ________________ ______
Molded Beam (feet) ____________ ______
Draft (feet) ________________ ______

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ____________ | ________ |
| Model | ____________ | ________ |
| Serial No | ____________ | ________ |
| Brake HP | ____________ | ________ |

Tender No.2
Name ____________________
Year Built ____________________
HULL: ______
Length (feet) ________________ ______
Molded Beam (feet) ____________ ______
Draft (feet) ________________ ______

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ____________ | ________ |
| Model | ____________ | ________ |
| Serial No | ____________ | ________ |
| Brake HP | ____________ | ________ |

Tender No.3
Name ____________________
Year Built ____________________
HULL:

| PROPELLING ENGINES: | PORT | STBD |
|---|---|---|
| Make | ____________ | ________ |

| | | | | |
|---|---|---|---|---|
| Length (feet) ____________________ | Model | ____________________ | ____________ |
| Molded Beam (feet) ______________ | Serial No | ____________________ | ____________ |
| Draft (feet) ____________________ | Brake HP | ____________________ | ____________ |

WORK/CREWBOAT (1)

Model ____________________________________________________

Dimensions - length, width, draft ______________________________ (feet)

| OUTBOARD MOTORS (3) | Motor 1 | Motor 2 | Motor 3 |
|---|---|---|---|
| Model | ____________ | ____________ | ____________ |
| Horsepower | ____________ | ____________ | ____________ |

The plant was last operated at __________________________(location), in (month/year).

The plant may be inspected at (location).

The plant offered is owned by

4. MISPLACED MATERIAL

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect, or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of a vessel wrecked or sunk without fault or negligence shall be that provided in Sections 15, 19 and 20 of the River and Harbor Act of March 3, 1899. (33 U.S.C. 410 et seq.).

5. SIGNAL LIGHTS

The Contractor shall display signal lights and conduct his operations in accordance with the General Regulations of the Department of the Army and of the Coast Guard governing lights and day signals as approved by the Secretary of the Army (33 C.F.R. 201.1 - 201.16 and the Commandant, U.S. Coast Guard per Instruction M16672.2, Navigation Rules: International - Inland (COMDTINST M16672.2), or 33 CFR 81 Appendix A (International)
and 33 CFR 84 through 33 CFR 89 (Inland) as applicable.

6. PLANT

a. General. The Contractor agrees to place plant on the job meeting the requirements herein specified. The plant shall be in satisfactory operating condition and capable of safely and efficiently performing the work specified. The plant shall be subject to inspection of the Contracting Officer at all times. Award of this contract shall not be construed as an agreement on the part of the Government that plant listed by the Contractor in his bid is adequate for the performance of the work. The measure of the "capacity of the plant" shall be its actual performance on the work to which these specifications apply.

b. Performance of Plant. By submitting a bid, the Contractor is giving assurance that the dredging plant furnished shall perform efficiently under the conditions described in these specifications. Government inspectors shall verify that the specified minimum requirements are met during performance of the contract.

c. Unserviceable Plant. If, at any time during the life of the contract, the Contracting Officer determines that any item of plant, or part thereof, is inadequate for the service required, is not being operated at full capacity, has become unserviceable or unsafe, is incapable of efficient work, or is not being efficiently operated because of reduced or incompetent crew; he will notify the Contractor in

writing of his decision. The Contracting Officer will either suspend operations or direct that the item of plant, or part thereof, be removed from the work until the defects are corrected; and after giving such notice, the rate of payment for the entire plant will be reduced in the ratio that the output falls short of that specified in the Technical Specifications, with allowances for changes in dredging conditions, until the defects are corrected or incompetent crew is replaced, or crew is increased to the satisfaction of the Contracting Officer. The Contractor may substitute plant of similar capacity and power, satisfactory to the Contracting Officer, for any item of plant, or part thereof, condemned or ordered removed from the work.

d. Control. (1) The plant and its crew will work under the actual direct supervision of the Contractor. The Contracting Officer or his representative shall direct the time and location of the work to be accomplished under the contract.

(2) The Contractor, or a representative with full authority to act for him with reference to care and operation of the plant, shall be on the site of the work at all times.

e. Movement of Plant. All moving and towing of the dredge and attendant plant from point of delivery to jobs covered in these specifications, or as directed by the Contracting Officer, will be done by the Contractor. The Contractor will be notified 3 days in advance of the movement of the dredge plant to permit assembly of equipment and towboat. When moving to a new assignment requiring shore pipeline, it will be the responsibility of the Contractor to assemble and lay the shore pipeline ready for use prior to the arrival of the dredge. When operations are suspended, as provided in paragraph 3.e., during the period covered by the contract or any extension thereof, towing of the dredge and attendant plant to the nearest safe harbor, when deemed advisable or necessary by the Contractor and approved by the Contracting Officer, will be performed by the Contractor.

f. Operation and Repair. The Contractor shall furnish all labor, fuel, equipment for transportation of fuel to dredge, appliances, appurtenances, equipment, materials, subsistence, and supplies, and bear all expense incident to the efficient operation of his plant in connection with the work of dredging under the contract. The Contractor shall also bear all direct overhead and collateral expenses incident to the operation, upkeep, and repair of all items of plant. He shall maintain the plant in good state of repair; shall arrange for a supply of renewal parts to be on hand when needed for the dredge and each kind of attendant plant; and shall provide and maintain the crews for each item of plant employed in connection with the work. All floating pipelines shall be supported by the usual catamarans and bracing, or by small barges or pontoons. Trestles for the support of shore lines in shallow water and other places where necessary shall be built and maintained by the Contractor. All pipelines must be kept in good condition at all times, and any pipeline leaks, or broken pipeline and/or connections must be promptly and properly repaired.

DIVISION 2 - SITE WORK

SECTION 02482

DREDGING

TABLE OF CONTENTS

PART 1 GENERAL
1.1 SCOPE OF DREDGING

PART 2 PRODUCTS
2.1 DREDGE
2.1.1 Size of Dredge
2.1.2 Spare Cutters and Impellers
2.2 ATTENDANT PLANT
2.2.1 General
2.2.2 Anchor Barge
2.2.3 Barge Mounted Crane
2.2.4 Fuel Barge
2.2.5 Landing Barge
2.2.6 Oil-water Separator
2.2.7 Pipelines
2.2.8 Tenders
2.2.9 Workboat/Crewboat
2.2.10 Dozers
2.3 TECHNICAL EQUIPMENT
2.3.1 Production Recording Equipment
2.3.2 Differential Global Positioning System (DGPS)
2.3.3 Depth Sounding Devices
2.3.4 Radio Equipment
2.3.4.1 VHF FM Marine Radio
2.3.4.2 Lowband FM Radio
2.3.5 Cellular Phone
2.3.6 Gyro Compass

PART 3 EXECUTION (Not Applicable)

-End of Section Table of Contents-

# SECTION 02482 - DREDGING

## PART 1 GENERAL

### 1.1 SCOPE OF DREDGING

This contract is for the lease of one Cutterhead Hydraulic Pipeline Dredge, fully operated with attendant plant, of not less than 27-inch pump discharge and not less than 3,900 brake horse-power. The dredge will be used principally for harbor maintenance work at Hickman, KY; New Madrid, MO; Caruthersville, MO; Osceola, AR; Memphis, TN; and Helena, AR. The dredge may be used, however, at any point on the Mississippi River between Wickliffe, Kentucky (Mile 952 AHP) and Greenville, Mississippi (Mile 537 AHP).

## PART 2 PRODUCTS

### 2.1 DREDGE

#### 2.1.1 Size of Dredge

The dredge shall be not less than 27 inch I.D. discharge. The dredge shall have a minimum manufacturer's horsepower rating for continuous operation as specified in the table below for each respective size of dredge. The yardages in the table are estimates and will be used as the basis to evaluate bids. The dredge inspectors will monitor the actual dredge output, as determined by before and after dredging surveys performed by the Government, against the applicable quantity shown. Failure to maintain that quantity will result in a reduction in payments in accordance with paragraph 00800-8.c, unless the Contracting Officer determines that circumstances beyond the control and without the fault or negligence of the Contractor caused the reduction in output. Dredging performed at some locations will require approximately 15,000 ft of discharge line with a 50 ft lift; during this time the dredge shall not be required to meet the specified minimum output. Dredges larger than 27 inch will be considered but the estimated output will be based on the quantity shown for a 27 inch dredge. The discharge size will be considered to be the minimum diameter of either the pump discharge or discharge line, whichever is less.

| Size of Dredge Pump Discharge (I.D.) | Minimum Continuous BHP Connected to Dredge Pump | Estimated Minimum Output Per Pumping Hour Cubic Yards |
|---|---|---|
| 27 inches | 3,900 | 1100 |

The dredge ladder and spuds shall be of such construction and configuration that the dredge will dig material to a depth of 50 ft below the water surface without exceeding a ladder angle of 45 degrees from horizontal, and will make a 250-ft bottom width cut at a depth of 50 ft without exceeding a swing angle of 45 degrees to either side of the cut centerline. Spuds shall be capable of holding the dredge in place under the dredging conditions above in currents up to 12 ft per second. The dredge shall be capable of starting work and working efficiently at a depth of 12 ft.

The draft of the dredge shall not exceed 9 ft. The dredge shall be of such design as to work efficiently and permit passage of other vessels while working in a 250-ft wide channel. A check (flap) valve will be located on the dredge near the discharge side of the pump. The suction pipe shall have an intake section of pipe with valve near the pump for the purpose of inserting dye in the pump to determine the velocity and shall have a device that will degas the dredged material. The sound level in the lever room shall not exceed 90 dB.

2.1.2 Spare Cutters and Impellers

The Contractor shall have available for use at all times, a minimum of three interchangeable pump impellers in the sizes that can be accommodated by the pump to permit the dredge to work under varying conditions of length of discharge line and lift. The Contractor shall have available at all times a minimum of two serviceable, basket-type 6 or 7 blade cutterheads.

2.2 ATTENDANT PLANT

2.2.1 General

Attendant plant shall include the following as minimum requirements and shall be composed of such fuel barges, tenders, floating discharge pipe, shore pipe, spill barge, derrick or anchor barges, landing barge, water barges, and other attendant or auxiliary plant as may be required for operations under these specifications, whether or not items are specifically mentioned. The auxiliary and attendant plant shall be in good condition and of sufficient size and capacity to efficiently serve the dredge. The dredge tenders and other attendant plant requiring internal combustion engines for propulsion or auxiliary power requirements, except outboard motors, shall not be equipped with a type of engine requiring gasoline or other highly volatile fuels for operations. No division in pay will be made for attendant plant. It will be considered as part of the dredging plant and shall be kept in operating condition at all times regardless of pay status of the dredge.

2.2.2 Anchor Barge

One derrick barge with not less than 30-ft boom length for moving and shifting anchors.

2.2.3 Barge Mounted Crane

One (1) barge mounted crane having a lifting capacity of at least 50 tons, with not less than 80-ft boom length and equipped with one clamshell bucket.

2.2.4 Fuel Barge

One (1) fuel barge capable of servicing the dredge for 7 days.

2.2.5 Landing Barge

One (1) small shallow draft barge with sufficient walkway and handrails shall be required for use as a landing barge.

2.2.6 Oil-water Separator

One multistage oil-water separator and one 1000-gal minimum, waste oil tank.

2.2.7 Pipelines

The work involved will require pipelines ranging from 600 ft to 15,000 ft in length. The following minimum pipeline equipment shall be furnished: 6,500 ft of pontoon discharge line of not less than 27 in ID (1,000 ft of the line shall be in lengths of not more than 50 ft), an additional 2,000 ft of pontoon discharge line, of not less than 24 in ID, will be required for Osceola and Wolf River (Memphis) harbors; two (2) stiff pontoon elbows and two (2) swivels, equipped with winches or skidder barge with power winch and adequate fairleads or chocks; two (2) landing pontoons equipped with power winches and "A" frame; one (1) shallow draft spill barge (2 ft maximum draft) not less than 65 ft long by 26 ft wide with 28 ft minimum boom, designed to discharge 75 ft from waters edge, equipped with power winches, baffle plate, and spreader; and 6,500 ft of shore pipe with four sets of valves including wye branches. The pontoon line shall be equipped with satisfactory pontoons, winches, and anchors to operate the pontoon line in 12 ft per second current. The contractor may be required to submerge short lengths of the pontoon line in harbors in the vicinity of marinas to allow for passage of small vessels.

2.2.8 Tenders

Two (2) tenders for 24 hours operation per day of such size and design that either can adequately serve the dredge and attendant plant under any conditions to be encountered. The tenders shall be not less than 500 intermittent shaft horsepower and shall work in as little as 5 ft of water. In addition to the two tenders required above, one (1) additional tender of not less than 1,000 intermittent shaft horsepower is required for day shift operation (12 hours). Each of the tenders shall be of steel construction, twin screw, with conventional shallow draft river workboat design. Tugs are not acceptable. The minimum crew for each tender shall consist of one operator and one deckhand per shift.

2.2.9 Workboat/Crewboat

One (1) workboat, similar or equal to a 21-ft SeaArk Marine Utility Series Little Giant Model, with front and rear door, shall be required for crew transport, layout work, sounding, and general inspection. Workboat shall be equipped with the following: three outboard motors, not less than 100 horsepower each (one will be used as a spare); complete hydraulic steering system including wheel; cables, throttle controls, and electric starter for dual motors; and one digital read-out depth sounding machine, with paper scroll and remote digital readout, equal to a Interspace model 448, capable of obtaining continuous depth sounding measurements.

2.2.10 Dozers

Two (2) wide track D-5 Caterpillar bulldozers, or equivalent, shall be furnished for shore line work.

## 2.3 TECHNICAL EQUIPMENT

### 2.3.1 Production Recording Equipment

The dredge shall be equipped with recording vacuum, pressure, and RPM instruments to record pipeline pressure, pump vacuum, and pump revolution. Sufficient charts shall be provided to record data daily, and such charts shall be furnished to the Government.

### 2.3.2 Differential Global Positioning System (DGPS)

The contractor shall furnish, operate and maintain a complete Differential Global Positioning System (DGPS) to provide dredge positioning and alignment in the various dredging assignments of this contract. The system shall utilize DGPS equipment in conjunction with the U.S. Coast Guard Radio Beacon DGPS Network, to provide real time positioning using UTM Zone 15 or 16 coordinates. The contractor will be provided a diskette containing a Hypack file of the dredging cut layout for each individual assignment containing stationing, baseline information, and coordinates. The complete positioning system shall provide at a minimum the following features: (1) Complete real time display of the dredge in relation to the dredging cut, centerline ranges, and current 100-ft stationing shall be displayed on a VGA monitor located in the lever-room of the dredge, so that the inspector can determine the current and previous location of the dredge as it advances. (2) Data logging and recording to diskette of positioning information during the dredging assignment, to be turned in to the Corps inspector at the end of each assignment. (3) Printouts of screen data for any time interval, reflecting the advance of the dredge and the arc of the swing within the channel, shall be available upon request.

### 2.3.3 Depth Sounding Devices

The Contractor shall provide a depth-sounding device capable of obtaining continuous depth-sounding measurements in the area of the forward hull of the dredge. The depth shall be displayed in the lever room of the dredge.

### 2.3.4 Radio Equipment

The Contractor shall furnish and maintain the following radio equipment throughout the period of the contract:

#### 2.3.4.1 VHF FM Marine Radio

The Contractor shall furnish, maintain throughout the contract time, and operate in accordance with FCC regulations a VHF FM marine radio transceiver on the dredge, tenders, and survey skiff. Transceiver shall operate on the maritime frequency at 156.800 (Channel 16) and 156.650 (Channel 13).

#### 2.3.4.2 Lowband FM Radio

The dredge, tenders, and company vehicles shall be equipped with a lowband FM radio, which shall be used to provide oral communications between the dredge and the other units at the job site.

2.3.5 Cellular Phone

A cellular phone, with roof-mounted antenna, shall be provided in the lever room of the dredge. This phone shall be made available to Government personnel for official use only.

2.3.6 Gyro Compass

As a back-up for the DGPS system, the dredge shall be equipped with a gyro compass of such precision that dredging can be conducted using compass bearings if necessary.

PART 3 EXECUTION (Not Used)

-- End of Section --

**Great Lakes Dredge & Dock Company, LLC**

2122 York Road
Oak Brook, Illinois 60523
630 574 3000
630 574 2909 (fax)

February 8, 2008

U.S. Army Engineer District, Memphis
167 North Main Street B202
Memphis, TN 38103-1894

Pre-Bid Letter No. 2

Attn: Mr. Wendell Norman, wendell.n.norman@usace.army.mil
Mr. Stephen W. Channell, Stephen.w.channell@usace.army.mil
Mr. Carl E. Clayton, Carlos.e.clayton@usace.army.mil

Re: Mississippi River, Harbors and New Construction of Northwest Tennessee Harbor
Solicitation No. W912EQ-08-B-0001
**Request to Correct Defective Specification**

Dear Sirs:

Great Lakes Dredge & Dock Company LLC ("Great Lakes") is submitting this letter in an attempt to avoid the need to file a pre-bid protest regarding IFB No.W912EQ-08-B-0001 ("IFB" or "solicitation").

The IFB is structured as a rental contract under which the Corps proposes to rent a minimum 27-inch discharge cutter suction dredge for the dredging of maintenance and new work material from the Mississippi River. The minimum productivity of the 27-inch dredge is to be 1,145 cubic yards per effective hour. The IFB also requires other minimum technical specifications and criteria for the dredge. The Standard Form 1442 included in the IFB states that the project magnitude is $5 million to $10 million.

The IFB has two Lots for bidders to bid upon. Lot 1 is for a 27-inch dredge and Lot 2 is for a 29-inch dredge. Bidders may bid for either Lot. Each Lot provides estimated rental hours for the proposed dredge. We note that the estimated hours are apparently proportional to the discharge area of the respective dredges. The 27-inch dredge is assigned an estimated total duration for bid (including options) of 4,153 hours. The 29-inch dredge is assigned an estimated total duration for bid (including options) of only 3,600 hours. Bidders are to multiply the estimated hours provided in the respective Lot for their proposed dredge times the bidders' hourly rental prices to determine the bid price for dredging. Thus, the estimated hours are a significant factor in a bidder's total price.

As demonstrated in detail below, the estimated hours in Lot 2 for the 29-inch dredge are far too low and in fact should be equal to those hours estimated for the 27-inch dredge. (We note that a single bid schedule with single estimated bid hours has been used for all previous solicitations for this work over each of the past ten years.). The actual achieved production of the 27-inch and 29-inch dredges that have historically bid and performed this contract are in fact equal, and the dredges should thus be assigned the same hours to bid against.

The IFB specifications are thus defective because the relative estimated hours for the Lots do not fairly reflect the relative production capabilities of the dredges designated for each Lot. As a result, a bidder with an equally productive 27-inch dredge is required by the IFB to multiply his hourly rental rates by more hours than his competitor's no-more-productive 29-inch dredge, causing distorted bid

prices and preventing bidders from competing on a fair and equal basis. In addition, because the estimated hours do not reflect the relative capabilities of the equipment, the Corps has no assurance that the low evaluated bid will result in the lowest cost to the government for the work that actually will be performed.

The 3,600 bid hours for the 29-inch dredge in Lot 2 is 553 hours lower than that 4,153 hours for the 27-inch dredge in Lot 1, providing a unfair 13.3% bidding advantage to the 29-inch dredge in Lot 2. The reduced hours are apparently derived from the relative discharge area of the dredges (e.g. 3600 / 4153 = $27^2 / 29^2$). This is an over-simplified and flawed calculation, because the dredge discharge area between a 27-inch and 29-inch diameter is not a metric which determines productivity on the work to be performed.

In fact, ***the actual achieved productions on this project for the 27-inch and 29-inch dredges that have actually bid and performed the work over each of the past ten years are equal***. As shown in Table 1 attached[1], from 1998 through 2007, a 27-inch dredge performed the project eight times and produced 22,335,433 cubic yards over 20,108 effective 100% pay hours (excluding traffic hours) for an average production of 1,111 cubic yards per effective hour. In the same period, a 29-inch dredge performed the project two times and produced 2,793,872 cubic yards over 2,503 effective hours for an average production of 1,116 cubic yards per effective hour. Clearly, the actual productions of the 27-inch and 29-inch dredges on this project are equal. A 29-inch cutter suction dredge has not been more productive, will achieve no shorter duration, and thus cannot be afforded a more advantageous bid schedule with fewer hours.

In sum, the flawed estimated hours for the 29-inch dredge in Lot 2 render the IFB defective because it provides the 29-inch dredge a more than 13% production and price advantage when in fact 27-inch and 29-inch dredges have historically been equally productive on this project. Even though a 27-inch dredge can complete the same amount of work in the same time, the defective IFB requires the 27-inch dredge bidder to multiply its hourly dredging rates by more hours. This fundamental flaw in the IFB violates a bedrock principle of procurement law because it prevents bidders from competing for the work on a fair and equal basis.

In order to provide a fair and equal basis for bidding and to avoid a pre-bid protest, we respectfully request that the Corps amend the solicitation to a single bid schedule using the Lot 1 hours for a minimum 27-inch dredge as has been the format for this IFB over the past decade.

Thank you for your consideration. We would be pleased to discuss this issue with you further. Please feel free to contact me directly at (630) 574-3465.

Sincerely,
**GREAT LAKES DREDGE & DOCK COMPANY, LLC**

Kyle D. Johnson
Vice President

---

[1] Table 1 is tabulated from both Government and Great Lakes' data and is provided in good faith and to the best of Great Lakes' knowledge.

**Table 1. Mississippi River Rental**
**Actual Achieved Production History**
**1998 to 2007**

| IFB No. | Year | Dredge | Dredged Quantity (CY) | 100% Pay Hours Effective | 100% Pay Hours Traffic | 100% Pay Hours Total | Production (cy / eff hr) |
|---|---|---|---|---|---|---|---|
| W912EQ-07-B-0010 | 2007 | 29-inch | 1,120,599 | 928.25 | 23.00 | 951.25 | 1,207 |
| W912EQI-06-B-0009 | 2006 | 27-inch | 1,249,686 | 1,228.70 | 36.83 | 1,265.53 | 1,017 |
| W912EQ-05-B-0014 | 2005 | 27-inch | 1,800,141 | 1,690.35 | 34.66 | 1,725.01 | 1,065 |
| W912EQ-04-B-0019 | 2004 | 29-inch | 1,673,273 | 1,574.93 | 26.08 | 1,601.01 | 1,062 |
| DACW66-03-B-0005 | 2003 | 27-inch | 3,524,728 | 3,057.71 | 43.99 | 3,101.70 | 1,153 |
| DACW66-02-B-0014 | 2002 | 27-inch | 3,061,639 | 2,608.57 | 25.42 | 2,633.99 | 1,174 |
| DACW66-01-B-0005 | 2001 | 27-inch | 4,083,426 | 3,590.86 | 26.84 | 3,617.70 | 1,137 |
| DACW66-00-B-0017 | 2000 | 27-inch | 3,449,720 | 3,351.34 | 53.31 | 3,404.65 | 1,029 |
| DACW66-99-B-0006 | 1999 | 27-inch | 3,565,291 | 3,186.39 | 69.01 | 3,255.40 | 1,119 |
| DACW66-98-B-0014 | 1998 | 27-inch | 1,600,802 | 1,394.55 | 12.67 | 1,407.22 | 1,148 |

**27-Inch Dredge Actual Production Summary**
**1998 to 2007**

| IFB No. | Year | Discharge | Dredged Quantity (CY) | 100% Pay Hours Effective | 100% Pay Hours Traffic | 100% Pay Hours Total | Production (cy / eff hr) |
|---|---|---|---|---|---|---|---|
| ALL | ALL | 27-inch | 22,335,433 | 20,108.47 | 302.73 | 20,411.20 | 1,111 |

**29-Inch Dredge Production Summary**
**1998 to 2007**

| IFB No. | Year | Discharge | Dredged Quantity (CY) | 100% Pay Hours Effective | 100% Pay Hours Traffic | 100% Pay Hours Total | Production (cy / eff hr) |
|---|---|---|---|---|---|---|---|
| ALL | ALL | 29-inch | 2,793,872 | 2,503.18 | 49.08 | 2,552.26 | 1,116 |

**Kyle D. Johnson**

**From:** Norman, Wendell N MVM [Wendell.N.Norman@usace.army.mil]
**Sent:** Tuesday, April 08, 2008 3:43 PM
**To:** Kyle D. Johnson
**Cc:** Clayton, Carlos E MVM
**Subject:** Venture Production Table

**Attachments:** Venture Production Breakdown.pdf

Venture Production Breakdown.p...

Mr. Johnson,

Attached is the table provided by Weeks Marine, Inc. in response to the Memphis District's current dredging solicitation (W912EQ-08-B-0001).

Wendell Norman

## Kyle D. Johnson

**From:** Kyle D. Johnson
**Sent:** Wednesday, April 09, 2008 11:38 AM
**To:** 'Norman, Wendell N MVM'
**Cc:** Douglas B. Mackie; 'Sauls, Daniel'
**Subject:** Solicitation

**Tracking:**

| Recipient | Read |
|---|---|
| 'Norman, Wendell N MVM' | |
| Douglas B. Mackie | Read: 4/9/2008 1:49 PM |
| 'Sauls, Daniel' | |

Dear Mr. Norman,

As discussed in our telecon yesterday regarding Amendment 5 to Solicitation W912EQ-08-B-0001, Great Lakes Dredge & Dock Company LLC intends to file a bid protest in the United States Court of Federal Claims regarding the referenced solicitation for the reasons stated in our letters dated February 8th, 14th, and 25th, 2008. We are preparing the protest and intend to file on or before Wednesday, April 16, 2008.

As also discussed, Great Lakes requests to meet with the District in an effort to mutually resolve this dispute. We suggest a meeting in Memphis, Monday afternoon, April 14.

Sincerely,



**Great Lakes Dredge & Dock Company, LLC**
*Kyle Johnson*
*Vice President*
tel (630) 574 3465
fax (630) 574 2909
kdjohnson@gldd.com

cc: Douglas B. Mackie, President GLDD

## Kyle D. Johnson

**From:** Kyle D. Johnson
**Sent:** Friday, April 11, 2008 5:06 PM
**To:** 'Norman, Wendell N MVM'
**Cc:** Clayton, Carlos E MVM; Douglas B. Mackie
**Subject:** RE: Email from Weeks Marine to the Memphis District Corps of Engineers

Dear Mr. Norman:

Thank you for this information and the production table provided by Weeks Marine.

I also wish to confirm our teleconference scheduled for Monday, April 14 at 2:00p to further discuss our concerns with the IFB.

Further to the additional information you have provided, I would like to offer the following for your consideration:

1. The District states that the Weeks Venture did not perform at “full capacity” on the 2004 and 2007 Memphis District Mississippi River Rental contracts and only had to meet the “minimum requirement”. Firstly, we are surprised that the Government would assert that its dredging contractor was allowed to purposefully perform at a rate below full capacity in order to increase rental contract earnings, especially given that an underperformance penalty provision was included in both the referenced contracts. Further, we believe the facts simply do not support this assertion. From Weeks’ own daily reports, the Venture produced only 1062 cubic yards per hour during the 2004 contract. Thus, the Venture could not even meet the minimum requirement of 1100 cubic yard per pumping hour on the work performed. For the 2007 contract, Weeks’ own records show that the Venture produced only 1044 cubic yards per hour from the required dredging template (968,867 required template cubic yards divided by 928.25 hours -- this is in contrast to “gross” cubic yards hour.) Again, the Venture could not meet the minimum requirement. Contrary to the assertion by Weeks Marine, the penalty for not working at full capacity is not new to the 2008 solicitation and the under-performance penalty was indeed in place for both contracts performed previously by Weeks. (Please see clauses 00800 SP-6 and 02482 2.1.1 of W912EQ-07-B-0010 and W912EQ-04-B-0019). Weeks was required by the contracts and under threat of a reduced payment penalty to work at full capacity and at least the minimum required production of 1100 cy/hour. The Venture could not do so. If the Venture had additional capacity in reserve, why would Weeks not utilize this capacity in 2004 or in 2007 to at least meet the minimum contract requirement? We do not believe it reasonable to assert that the Venture purposefully worked below her full capacity when in fact the dredge could not even reach the minimum production required by the contract under threat of a reduced payment penalty.
2. The production table provided by Weeks Marine only shows that the Venture’s performance is widely variable and is highly dependent upon the characteristics of the work performed, like any other dredge. We also note that Weeks excludes some six other contracts performed in the same period. The best indicator of the Venture’s production capacity on this solicitation is her actual historical performance on this same project. That the Venture has performed at higher or lower productions on other projects is no surprise. The fact remains that the Venture’s historical production performance on this same project is at best equal to -- not greater than -- that achieved by the Pontchartrain on the same work and, when taking into

account non-effective hours, the Venture has actually underperformed the Pontchartrain by over 10%.

3. Although it is less than the amount of data available for the Pontchartrain, the two years of historical production data for the Venture from this project are more than sufficient data to judge the Venture's performance on the work to be performed. This data includes two full seasons of work involving almost three million cubic yards of dredging and more than 3,000 pay hours on the predecessor contracts.
4. We do not concur that there is no dispute concerning the Venture's power or size. As proven by the actual historical performance of the dredges on this project, the ratio of pump discharge diameter that was used by the Corps to determine the relative rental bid hours is not a metric that determines dredge productivity on this project. Further, the Venture has in fact gained no production advantage due to its pump horsepower. Quite to the contrary, the Pontchartrain is as productive as the Venture on a effective hour basis on this project and is more productive than the Venture when taking into account non-effective hours.

Given that the Weeks Venture has historically achieved average productions of only 1044 cy/hr and 1062 cy/hr on this project, and has further proven itself unable on this project to meet the minimum requirement of 1100 cy/hr, we do not understand how the District can now provide Weeks Marine a bidding advantage based on a production of 1321 cy/hr. Should Weeks wish to be provided a bidding advantage with the Venture, we respectfully suggest they first win the solicitation on an even playing field and then actually perform at the levels asserted.

As we have asserted earlier, it remains clear from the historical performance data on this project that the Ponchartrain has a demonstrated and proven 12% production advantage per total effective and non-effective hours over the Venture, and that the Lot 2 estimated bid hours should be raised to 12% more than the Lot 1 estimated bid hours in order to provide a fair and equal basis for bidding.

Nonetheless, in the spirit of partnering with the District, Great Lakes remains willing to accept that the Corps amend the solicitation for the rental portion of the work to a single bid schedule with single bid hours for a minimum 27-inch dredge as was done under Amendment #3.

I look forward to further discussing the issues with you on Monday and exploring solutions for a fair resolution of this matter.

Sincerely,

**Great Lakes Dredge & Dock Company, LLC**
*Kyle Johnson*
*Vice President*
tel (630) 574 3465
fax (630) 574 2909
kdjohnson@gldd.com

-----Original Message-----
From: Norman, Wendell N MVM [mailto:Wendell.N.Norman@usace.army.mil]
Sent: Thursday, April 10, 2008 2:48 PM
To: Kyle D. Johnson
Cc: Clayton, Carlos E MVM
Subject: Email from Weeks Marine to the Memphis District Corps of Engineers

Mr. Johnson,

Below is the only correspondence between the Corps and Weeks Marine that I have not already shared with you.

I assume we are still planning to meet Monday afternoon. Let me know when you get a definitive time established.

Wendell Norman
901-544-0775

-----Original Message-----
From: Steve Chatry [mailto:SJChatry@WeeksMarine.Com]
Sent: Monday, March 17, 2008 3:37 PM
To: Norman, Wendell N MVM
Subject: memphis rental

Wendell:

After reviewing the historical production data, my primary concern is that there is significantly more data with respect to the dredge Ponchartrain than the Venture and, as such, a meaningful comparison may not be possible. Also, it is interesting to note that the highest production to date (1,207 cy/hr) was achieved by the Venture. In any event there is no dispute with respect to pump size and horsepower. In the case of the Venture, it has approximately 50% more horsepower and a 2 inch larger pump discharge diameter. These attributes must be recognized when developing the number of hours for a given dredge on the bid schedule.

Another key aspect of this issue is the fact that the solicitation was amended to include a penalty in the event the contractor is unable to meet a minimum production rate. The addition of this provision ensures that the equipment is meeting its capabilities, and if it is not, a commensurately lower rate of earnings will apply. This compensates for various equipment sizes and capabilities and levels the playing field for all contractors.

Steve

**Kyle D. Johnson**

**From:** Norman, Wendell N MVM [Wendell.N.Norman@usace.army.mil]
**Sent:** Saturday, April 12, 2008 10:17 AM
**To:** Kyle D. Johnson
**Cc:** Clayton, Carlos E MVM; Douglas B. Mackie
**Subject:** RE: Email from Weeks Marine to the Memphis District Corps of Engineers

Mr. Johnson,

I don't want to get into a war of words. However, I must clarify one statement in your previous e-mail.

I have not made the statement (nor has the Memphis District) that the "Venture did not perform at full capacity".

In a phone conversation with you, I said "There is nothing in the daily logs that indicate the Venture was operating at full capacity."

Your analysis is predicated on the assumption that the Venture was operating at full capacity and/or fully utilizing it's capabilities during the performance of the two contracts included in your table. In my opinion, Great Lakes has not adequately proven this assumption.

Very Respectfully,
Wendell Norman

-----Original Message-----
From: KDJohnson@gldd.com [mailto:KDJohnson@gldd.com]
Sent: Friday, April 11, 2008 5:06 PM
To: Norman, Wendell N MVM
Cc: Clayton, Carlos E MVM; DBMackie@gldd.com
Subject: RE: Email from Weeks Marine to the Memphis District Corps of Engineers

Dear Mr. Norman:

Thank you for this information and the production table provided by Weeks Marine.

I also wish to confirm our teleconference scheduled for Monday, April 14 at 2:00p to further discuss our concerns with the IFB.

Further to the additional information you have provided, I would like to offer the following for your consideration:

1. The District states that the Weeks Venture did not perform at "full capacity" on the 2004 and 2007 Memphis District Mississippi River Rental contracts and only had to meet the "minimum requirement". Firstly, we are surprised that the Government would assert that its dredging contractor was allowed to purposefully perform at a rate below full capacity in order to increase rental contract earnings, especially given that an underperformance penalty provision was included in both the referenced contracts. Further, we believe the facts simply do not support this assertion. From Weeks' own daily reports, the Venture produced only 1062 cubic yards per hour during the 2004 contract. Thus, the Venture could not even meet the minimum requirement of 1100 cubic yard per pumping hour on the work performed. For the 2007 contract, Weeks' own records show that the Venture produced only 1044 cubic yards per hour from the required

dredging template (968,867 required template cubic yards divided by 928.25 hours -- this is in contrast to "gross" cubic yards hour.) Again, the Venture could not meet the minimum requirement.
Contrary to the assertion by Weeks Marine, the penalty for not working at full capacity is not new to the 2008 solicitation and the under-performance penalty was indeed in place for both contracts performed previously by Weeks.
(Please see clauses 00800 SP-6 and 02482 2.1.1 of W912EQ-07-B-0010 and W912EQ-04-B-0019). Weeks was required by the contracts and under threat of a reduced payment penalty to work at full capacity and at least the minimum required production of 1100 cy/hour. The Venture could not do so. If the Venture had additional capacity in reserve, why would Weeks not utilize this capacity in 2004 or in 2007 to at least meet the minimum contract requirement? We do not believe it reasonable to assert that the Venture purposefully worked below her full capacity when in fact the dredge could not even reach the minimum production required by the contract under threat of a reduced payment penalty.

2. The production table provided by Weeks Marine only shows that the Venture's performance is widely variable and is highly dependent upon the characteristics of the work performed, like any other dredge. We also note that Weeks excludes some six other contracts performed in the same period.
The best indicator of the Venture's production capacity on this solicitation is her actual historical performance on this same project. That the Venture has performed at higher or lower productions on other projects is no surprise. The fact remains that the Venture's historical production performance on this same project is at best equal to -- not greater than -- that achieved by the Pontchartrain on the same work and, when taking into account non-effective hours, the Venture has actually underperformed the Pontchartrain by over 10%.

3. Although it is less than the amount of data available for the Pontchartrain, the two years of historical production data for the Venture from this project are more than sufficient data to judge the Venture's performance on the work to be performed. This data includes two full seasons of work involving almost three million cubic yards of dredging and more than 3,000 pay hours on the predecessor contracts.

4. We do not concur that there is no dispute concerning the Venture's power or size. As proven by the actual historical performance of the dredges on this project, the ratio of pump discharge diameter that was used by the Corps to determine the relative rental bid hours is not a metric that determines dredge productivity on this project. Further, the Venture has in fact gained no production advantage due to its pump horsepower. Quite to the contrary, the Pontchartrain is as productive as the Venture on a effective hour basis on this project and is more productive than the Venture when taking into account non-effective hours.

Given that the Weeks Venture has historically achieved average productions of only 1044 cy/hr and 1062 cy/hr on this project, and has further proven itself unable on this project to meet the minimum requirement of 1100 cy/hr, we do not understand how the District can now provide Weeks Marine a bidding advantage based on a production of 1321 cy/hr. Should Weeks wish to be provided a bidding advantage with the Venture, we respectfully suggest they first win the solicitation on an even playing field and then actually perform at the levels asserted.

As we have asserted earlier, it remains clear from the historical performance data on this project that the Ponchartrain has a demonstrated and proven 12% production advantage per total effective and non-effective hours over the Venture, and that the Lot 2 estimated bid hours should be raised to 12% more than the Lot 1 estimated bid hours in order to provide a fair and equal basis for bidding.

Nonetheless, in the spirit of partnering with the District, Great Lakes remains willing to accept that the Corps amend the solicitation for the rental portion of the work to a single bid schedule with single bid hours for a minimum 27-inch dredge as was done under

Amendment #3.

I look forward to further discussing the issues with you on Monday and exploring solutions for a fair resolution of this matter.

Sincerely,

Great Lakes Dredge & Dock Company, LLC

Kyle Johnson

Vice President

tel (630) 574 3465

fax (630) 574 2909

kdjohnson@gldd.com

-----Original Message-----
From: Norman, Wendell N MVM [mailto:Wendell.N.Norman@usace.army.mil]
Sent: Thursday, April 10, 2008 2:48 PM
To: Kyle D. Johnson
Cc: Clayton, Carlos E MVM
Subject: Email from Weeks Marine to the Memphis District Corps of Engineers

Mr. Johnson,

Below is the only correspondence between the Corps and Weeks Marine that I

have not already shared with you.

I assume we are still planning to meet Monday afternoon.  Let me know when

you get a definitive time established.

Wendell Norman

901-544-0775

-----Original Message-----

From: Steve Chatry [mailto:SJChatry@WeeksMarine.Com]

Sent: Monday, March 17, 2008 3:37 PM

To: Norman, Wendell N MVM

Subject: memphis rental

Wendell:

After reviewing the historical production data, my primary concern is that there is significantly more data with respect to the dredge Ponchartrain than the Venture and, as such, a meaningful comparison may not be possible. Also, it is interesting to note that the highest production to date (1,207 cy/hr) was achieved by the Venture. In any event there is no dispute with respect to pump size and horsepower. In the case of the Venture, it has approximately 50% more horsepower and a 2 inch larger pump discharge diameter. These attributes must be recognized when developing the number of hours for a given dredge on the bid schedule.

Another key aspect of this issue is the fact that the solicitation was amended to include a penalty in the event the contractor is unable to meet a minimum production rate. The addition of this provision ensures that the equipment is meeting its capabilities, and if it is not, a commensurately lower rate of earnings will apply. This compensates for various equipment sizes and capabilities and levels the playing field for all contractors.

Steve

## Kyle D. Johnson

**From:** Kyle D. Johnson
**Sent:** Tuesday, April 15, 2008 12:45 PM
**To:** 'Norman, Wendell N MVM'
**Cc:** Douglas B. Mackie
**Subject:** W912EQ-08-B-0001

**Tracking:**

| Recipient | Read |
| --- | --- |
| 'Norman, Wendell N MVM' | |
| Douglas B. Mackie | Read: 4/15/2008 3:13 PM |

Mr Norman:

A bonus scheme something like you suggested during our telecon yesterday has been used for rentals in the New Orleans District. (See DACW29-97-B-0035 and others). As I confirmed yesterday, Great Lakes would accept in principle a single bid schedule with an adjustment in payment for production above the minimum requirement. Frankly, we do not see why Weeks would not do so. If a bidder is confident they can produce at higher productions than the minimum, the bonus would allow them to price any such advantage into their bid. We feel this is the fair solution instead of giving Weeks an automatic bid advantage in spite of them historically performing at levels nowhere near the 1321 cy/hr provided and even below the minimum requirement. If they are not confident that they can earn the bonus, then we again fail to understand how they can be provided a bid advantage based on higher production.

regards,

kyle

**Great Lakes Dredge & Dock Company, LLC**
*Kyle Johnson*
*Vice President*
tel (630) 574 3465
fax (630) 574 2909
kdjohnson@gldd.com

**Kyle D. Johnson**

**From:** Norman, Wendell N MVM [Wendell.N.Norman@usace.army.mil]
**Sent:** Tuesday, April 15, 2008 1:41 PM
**To:** Kyle D. Johnson
**Cc:** Clayton, Carlos E MVM
**Subject:** RE: W912EQ-08-B-0001

Kyle,

I don't have a copy of the solicitation. I will attempt to get a copy from the New Orleans District.

As I read the court case, it appears that the bid schedule in the solicitation was set up with different bid schedules to be evaluated for different size/type dredges.

That tends to contradict an incentive contract based on one bid schedule.

The incentive idea is not a dead issue; however, I do not think that incentives alone will solve the potential protest.

Wendell

-----Original Message-----
From: KDJohnson@gldd.com [mailto:KDJohnson@gldd.com]
Sent: Tuesday, April 15, 2008 12:45 PM
To: Norman, Wendell N MVM
Cc: DBMackie@gldd.com
Subject: W912EQ-08-B-0001

Mr Norman:

A bonus scheme something like you suggested during our telecon yesterday has been used for rentals in the New Orleans District. (See DACW29-97-B-0035 and others). As I confirmed yesterday, Great Lakes would accept in principle a single bid schedule with an adjustment in payment for production above the minimum requirement. Frankly, we do not see why Weeks would not do so. If a bidder is confident they can produce at higher productions than the minimum, the bonus would allow them to price any such advantage into their bid. We feel this is the fair solution instead of giving Weeks an automatic bid advantage in spite of them historically performing at levels nowhere near the 1321 cy/hr provided and even below the minimum requirement. If they are not confident that they can earn the bonus, then we again fail to understand how they can be provided a bid advantage based on higher production.

regards,

kyle

Great Lakes Dredge & Dock Company, LLC

Kyle Johnson

Vice President

tel (630) 574 3465

fax (630) 574 2909

kdjohnson@gldd.com <mailto:kdjohnson@gldd.com>

## Kyle D. Johnson

**From:** Kyle D. Johnson
**Sent:** Wednesday, April 16, 2008 12:07 PM
**To:** 'Norman, Wendell N MVM'
**Subject:** RE: Venture Production Table

Dear Mr. Norman:

We have reviewed the Dredge Venture production table supplied by Weeks Marine. As stated in my April 11 email to you, this table is irrelevant and at most shows that the Venture's production rates have been widely variable and highly dependent on the characteristics of the work required on the different jobs, as is the case with any dredge. The best evidence of the Venture's ability to perform under the IFB is its prior performance under the 2004 and 2007 Memphis District rental contracts.

Nevertheless we do also question the data presented in the table. For example, we have obtained copies of Weeks' daily reports and pay estimates for the 2002-2003 Baptiste Collette project under the Freedom of Information Act. The data from those documents do not square with the figures in the table provided by Weeks. For this project, Weeks' reported on their daily reports and pay invoices to the Corps of Engineers the following numbers:

| | |
|---|---|
| CY PAY | 1,230,590 cubic yards |
| CY GROSS | 1,265,320 cubic yards |
| DELAYS | 555 hours |

Subtracting the 555 delay hours from the 1774 total hours that Weeks shows in their table results in 1,219 operating hours. Thus, from Weeks records reported to the Corps, the Dredge Venture produced 1,009 cubic yards pay per operating hour (1,230,590 cy ÷ 1,219 hours)and 1,038 cubic yards gross per operating hour (1,265,320 ÷ 1,219 hours) on this project. This production is considerably less than 1,109 cy pay per hour and 1,426 cubic yards gross per hour represented in the table and also much less than the 1321 cy/hr production afforded the Venture on the Memphis rental.

Further we also note that the "average" production rates represented in Weeks table are not mathematically correct and are overstated. These averages should calculated by dividing the total gross cubic yards and the total pay cubic yards by the total time on all jobs listed. Instead, the table calculates the "average of the averages", which overstates the production achieved.

Thank you for your continued consideration in this matter.

kyle

**Great Lakes Dredge & Dock Company, LLC**
*Kyle Johnson*
*Vice President / Chief Contract Manager*
tel (630) 574 3465
fax (630) 574 2909
kdjohnson@gldd.com

-----Original Message-----
From: Norman, Wendell N MVM [mailto:Wendell.N.Norman@usace.army.mil]
Sent: Tuesday, April 08, 2008 3:43 PM
To: Kyle D. Johnson
Cc: Clayton, Carlos E MVM
Subject: Venture Production Table

Mr. Johnson,

Attached is the table provided by Weeks Marine, Inc. in response to the Memphis District's current dredging solicitation (W912EQ-08-B-0001).

Wendell Norman