**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY LLC,** | **Electronically Filed On June 5, 2008** |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 08-cv-282 (Judge Braden)** |
| **UNITED STATES,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1)(ii), Plaintiff Great Lakes Dredge & Dock Company LLC and Defendant the United States hereby agree that this action is dismissed with prejudice, with each party to bear its own costs.

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Daniel C. Sauls
Daniel C. Sauls
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tele: 202.429.8054
Fax: 202.429.3902

Counsel of Record for Plaintiff

/s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202.307.0315
Fax: 202.514.8624

Attorneys for Defendant

Dated: June 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2008, a copy of the Stipulation of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Daniel C. Sauls
Daniel C. Sauls